**ROSEN & ASSOCIATES, P.C.**
**Robert C. Rosen (SBN 79684)**
**John B. Wallace (SBN 93047)**
**Lisa Hiraide (SBN 206142)**
444 S. Flower Street, Suite 3010
Los Angeles, CA 90071
Tel.: (213) 362-1000; Fax: (213) 362-1001
email: mail@rosen-law.com

Attorneys for Plaintiff JAMES MURTAGH, M.D.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CLARK WARREN BAKER,<br><br>               Debtor.<br><br><hr>JAMES MURTAGH, M.D.,<br><br>               Plaintiff,<br>vs.<br><br>CLARK WARREN BAKER,<br><br>               Defendant. | Bk. Case No.: 2:15-bk-20351–BB<br><br>**Chapter 7**<br>**Adv. Case No. 2:15-AP-01535-BB**<br><br>**NOTICE OF SERVICE OF:**<br><br>**1.** **SUMMONS AND COMPLAINT IN ADVERSARY PROCEEDING;**<br><br>**2.** **NOTICE OF FRBP RULE 7026 and LBR 7026-1 et seq**<br><br>**3.** **NOTICE OF FREE LEGAL HELP** |

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

1

To the Court, all parties and their counsel of record, please take notice that the following documents have been served upon the Defendant as set forth under FRBP Rule 7004(b)(9):

1.    Summons and Complaint;

2.    Notice under LBR Rule 7026-1 and FRBP Rule 7026

3.    "Free Legal Help" notice

*True and correct copies of the above documents are attached.*

Dated: October 5, 2015                    ROSEN & ASSOCIATES, P.C.


                                          By: /s/David Bleistein
                                          David Bleistein
                                          Attorneys for Plaintiff
                                          James Murtagh, M.D.



N:\MURTAGH, JAMES - 1493-02\1. MURTAGH V. BAKER - 02\BAKER-OMSJ BANKRUPTCY FILINGS\COURT\COMPLAINT RE
NON-DISCHARGEABILITY\NOTICE OF SERVICE OF COMPLAINT, NOTICE OF RULE 7026 ETC

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David P Bleistein<br>Rosen & Associates PC<br>444 South Flower Street<br>Suite 3010<br>Los Angeles, CA 90071<br><br>213–362–1000<br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re:<br><br>CLARK WARREN BAKER<br><br><br>Debtor(s). | CASE NO.:  2:15–bk–20351–BB<br><br>CHAPTER:  7<br><br><br>ADVERSARY NUMBER: 2:15–ap–01535–BB |
|---|---|
| James Murtagh<br><br>Plaintiff(s)<br>Versus<br><br>CLARK WARREN BAKER<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **11/05/2015.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

|  |  |
|---|---|
| **Date:** | **December 8, 2015** |
| **Time:** | **02:00 PM** |
| **Hearing Judge:** | **Sheri Bluebond** |
| **Location:** | **255 E Temple St., Crtrm 1475, Los Angeles, CA 90012** |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>October 6, 2015</u>

By: <u>"s/" Wendy Ann Jackson</u>

Deputy Clerk



---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                     Page 2                     **F 7004–1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005–2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____     _____
*Date*                              *Printed Name*                                       *Signature*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 7004–1.SUMMONS.ADV.PROC**

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. &
Email Address

Robert C. Rosen (SBN 79684)
robertrosen@rosen-law.com
John B. Wallace (SBN 93047)
johnwallace@rosen-law.com
ROSEN & ASSOCIATES, P.C.
333 S. Flower St., Ste. 3010,
Los Angeles, CA 90012
Tel: (213) 362-1000
Fax: (213) 362-1001

*Attorney for Plaintiff*

FOR COURT USE ONLY

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

CLARK WARREN BAKER

Debtor(s).

CASE NO.: 2:15-bk-20351–BB

CHAPTER: 7

ADVERSARY NUMBER:

JAMES MURTAGH, M.D.

Plaintiff(s)

Versus

CLARK WARREN BAKER

Defendant(s)

## SUMMONS AND NOTICE OF
## STATUS CONFERENCE IN ADVERSARY
## PROCEEDING  [LBR 7004-1]

TO THE DEFENDANT:  A Complaint has been filed by the Plaintiff against you.  If you wish to defend against the
Complaint, you must file with the court a written pleading in response to the Complaint.  You must also serve a copy of
your written response on the party shown in the upper left-hand corner of this page.  The deadline to file and serve a
written response is _____.  If you do not timely file and serve the response, the court may enter a judgment by
default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

**Hearing Date:** _____
**Time:** _____
**Courtroom:** _____

**Place:**
☒  255 East Temple Street, Los Angeles, CA 90012
☐  3420 Twelfth Street, Riverside, CA 92501
☐  411 West Fourth Street, Santa Ana, CA 92701
☐  1415 State Street, Santa Barbara, CA 93101
☐  21041 Burbank Boulevard, Woodland Hills, CA 91367

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS. REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

By: _____
                    Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                                   Page 2                                   **F 7004-1.SUMMONS.ADV.PROC**

**ROSEN & ASSOCIATES, P.C.**
**Robert C. Rosen (SBN 79684)**
**John B. Wallace (SBN 93047)**
**Lisa Hiraide (SBN 206142)**
444 S. Flower Street, Suite 3010
Los Angeles, CA 90071
Tel.: (213) 362-1000; Fax: (213) 362-1001
email: mail@rosen-law.com

Attorneys for Plaintiff JAMES MURTAGH, M.D.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CLARK WARREN BAKER,<br><br>        Debtor.<br>——————————————<br>JAMES MURTAGH, M.D.,<br><br>        Plaintiff,<br>vs.<br>CLARK WARREN BAKER,<br><br>        Defendant. | Bk. Case No.: 2:15-bk-20351–BB<br><br>Chapter 7<br>Adv. Case No. _____<br><br>**COMPLAINT FOR:**<br><br>**DETERMINATION OF NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §§ 523(a)(6) and 523(a)(4)** |

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

1

# TABLE OF CONTENTS

                                                              PAGE NO.

JURISDICTION AND VENUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3
OVERVIEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3
THE PARTIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4

    A.    BAKER'S SUICIDE TAUNTS . . . . . . . . . . . . . . . . . . . . . . .  10

    B.    BAKER'S MALICIOUS INTENT . . . . . . . . . . . . . . . . . . . . .  13

    C.    BAKER FAILED TO PAY SANCTIONS . . . . . . . . . . . . . . .  15

    D.    BAKER'S DEFAMATORY WEBSITES . . . . . . . . . . . . . . . .  15

    E.    BAKER'S STALKING . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  23

    F.    BAKER'S INTERFERENCE WITH EMPLOYMENTS . . . . . .  25

    G.    BAKER'S DEFAMATION . . . . . . . . . . . . . . . . . . . . . . . . . .  32

    H.    BAKER'S HACKING - EMAIL . . . . . . . . . . . . . . . . . . . . . .  32

    I.    BAKER'S HACKING - COMPUTER . . . . . . . . . . . . . . . . . .  32

    J.    BAKER'S HACKING - WEBSITE . . . . . . . . . . . . . . . . . . . .  33

    K.    BAKER'S PINGING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  34

    L.    BAKER'S SPOOFING . . . . . . . . . . . . . . . . . . . . . . . . . . . .  35

    M.    BAKER'S THREATS . . . . . . . . . . . . . . . . . . . . . . . . . . . .  40

    N.    BAKER'S POSTING OF PSYCHIATRIC RECORDS . . . . . . .  40

    O.    BAKER'S VIOLATION OF HIPAA . . . . . . . . . . . . . . . . . . . .  41

    P.    BAKER'S VIOLATION OF PROTECTIVE ORDERS . . . . . . .  42

    Q.    BAKER'S ALTERATION OF DOCUMENTS . . . . . . . . . . . .  44

    R.    BAKER'S FRIVOLOUS LEGAL PROCEEDINGS . . . . . . . .  46

    S.    BAKER'S DISCOVERY OF CONFIDENTIAL DATA . . . . . .  47

    T.    BAKER'S TAX EVASION . . . . . . . . . . . . . . . . . . . . . . . . .  49

    U.    BAKER'S RETALIATION . . . . . . . . . . . . . . . . . . . . . . . . . .  51

FIRST CLAIM FOR RELIEF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  52
SECOND CLAIM FOR RELIEF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  54
PRAYER FOR RELIEF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  59

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

## JURISDICTION AND VENUE

1.     This is a core proceeding under 28 U.S.C. § 157(b)(2)(I) in that Plaintiff James Murtagh, M.D. ("Plaintiff" or "Dr. Murtagh"), seeks a determination under 11 U.S.C. § 523(a)(6) as to the dischargeability of debts owed by the Debtor Clark Baker to Dr. Murtagh under 11 U.S.C. §§ 523(a)(6) and 523(a)(4).  Consent is hereby given to the entry of final orders and a judgment.

2.     On June 29, 2015, Debtor Clark Baker, the defendant herein ("Baker," "Debtor," or "Defendant"), filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

3.     This Court has jurisdiction over this adversary proceeding under 28 U.S.C. §§ 157 and 1334 because the claims are core proceedings which arise in a case pending in this Court - In re Baker (the "Baker Case").

4.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and1409 because the Baker Case is pending in this Court. Venue is also proper under 28 U.S.C. § 1391 because the Debtor resides in this District. Venue is also proper because the wrongful acts and/or omissions alleged in this Complaint took place within the District. Accordingly, this Court has personal jurisdiction over the Debtor.

## OVERVIEW

5.     Debtor should be denied a discharge because of, or at least with respect to, the following willful and malicious actions and liabilities:

(a)     Baker routinely **taunted** and encouraged Dr. Murtagh to commit *suicide* (in violation of California Penal Code section 401).

(b)     Baker regularly expressed and implemented his explicit **intent** to destroy Dr. Murtagh's career.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

1     (c)    Baker **violated an Order** of the Los Angeles Superior

2               Court awarding $60,000.00 in attorneys' fees and

3               expenses for filing a *frivolous* motion, by failing to pay any

4               amount.

5     (d)    Baker created, owns and maintained **websites** containing

6               falsehoods about Dr. Murtagh.

7     (e)    Baker **stalked** Dr. Murtagh.

8     (f)    Baker intentionally **interfered** with at least 49 actual and

9               potential **employments** of Dr. Murtagh.

10     (g)    Baker **defamed** Dr. Murtagh in email to potential and

11               actual employers, recruiters and hospitals.

12     (h)    Baker **defamed** Dr. Murtagh in verbal communications

13               with employers, recruiters and hospitals, resulting in a loss

14               of income exceeding $1 million.

15     (i)    Baker **hacked** into and other intercepted Dr. Murtagh's

16               email.

17     (j)    Baker **hacked** into Dr. Murtagh's computer and took data

18               and files including without limitation personal photographs.

19     (k)    Baker **hacked** into Dr. Murtagh's website, altered the

20               password and altered the website by adding links to

21               websites including without limitation links to

22               www.omsj.org.

23     (l)    Baker illegally **"pinged"** the phones of Dr. Murtagh and

24               other persons to locate them.

25     (m)    Baker **"spoofed"** other persons, including attorneys, in

26               emails to Dr. Murtagh and other persons in order to obtain

27               confidential information by using an email address very

28               similar to, but not identical to, the actual email address of

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

4

a person trusted by Dr. Murtagh, *including legal counsel*, effectively misdirecting and intercepting confidential and privileged communications.

(n)    Baker **threatened** Dr. Murtagh and other persons with defamation and/or violence.

(o)    Baker wrongfully posted Dr. Murtagh's personal psychiatric records online.

(p)    Baker **violated** the Health Insurance Portability and Accountability Act of 1996 ("HIPPA") by soliciting members of the public to send Baker their confidential medical records without any privacy protections and/or limitations on the use of those records.

(q)    Baker violated two other Los Angeles Superior Court Orders, including a Protective Order to return or destroy materials which Baker obtained from an attorney to whom Dr. Murtagh had confidentially provided those materials.

(r)    Baker **intentionally altered documents** and submitted those altered documents as exhibits to the Los Angeles Superior Court together with a declaration under penalty of perjury which falsely represented that the documents were authentic.

(s)    Baker initiated legal proceedings which were either dropped or unsuccessful for the explicit purpose of causing Dr. Murtagh to incur legal expenses.

(t)    Baker improperly claims that co-Debtor OMSJ is tax-exempt in order to evade payment of taxes. It appears that the IRS and FTB did not even receive notice of the bankruptcy proceedings for Baker and OMSJ.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

(u)     Baker engaged in other criminal and tortious activities, which are presently suspected by Dr. Murtagh as a result of Baker's acquisition of confidential information which could only have been acquired by illegal invasions of Dr. Murtagh's privacy.

## THE PARTIES

6.     **PLAINTIFF.**  James Murtagh, M.D. is a licensed and experienced medical doctor.  He is board certified in Internal Medicine (1985); Pulmonary Disease (1988); and Sleep Medicine (2009).  On November 15, 2013, approximately 19 months prior to Baker's bankruptcy, Dr. Murtagh filed a civil action for damages and equitable relief against Baker and the Office of Medical and Scientific Justice, Inc. ("OMSJ"), titled *James Murtagh, M.D. v. Clark Baker; Office of Medical and Scientific Justice, Inc.,* Los Angeles Superior Court Case No. BC527716 ("LASC Case").

7.     **DEFENDANT.**  Debtor Clark Baker is a California licensed private investigator, license number 19547, issued June 9, 1997.  Baker's P.I. license specifically requires him to avoid "dishonesty or fraud," at the risk of professional discipline, including license revocation, pursuant to Bus. & Prof. Code §§ 7561.1 and 7561.4.  Baker is the founder and operator of the Office of Medical and Scientific Justice, Inc. ("OMSJ"), which: (a) is another Debtor in this Court;[1] (b) purports to be a non-profit corporation;[2] (c)

---

[1]     See *In Re Office of Medical and Scientific Justice, Inc.*, Case No. 2:15-bk-20345-BB.

[2]     **OMSJ's Alleged Purpose.** OMSJ's Articles of Incorporation are inconsistent about OMSJ's purpose; compare:

●     Article II(A) states that OMSJ " is organized under the Nonprofit Public

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

claims to pursue a charitable agenda;[3] and (d) dissipated its assets immediately before its own bankruptcy petition was filed (specifically, by paying $32,000 to Viral Forensics, LLC, an entity which appears to be continuing some of the activities of OMSJ). Baker admitted that he has purposefully made himself judgment-proof to allow himself greater latitude in the activities in which he can engage without consequences.[4]

## **GENERAL ALLEGATIONS**

8.    **OMSJ.** Baker is OMSJ's President, sole shareholder and Director, and its co-obligor and co-debtor.[5]

---

Benefit Corporation Law for *charitable* purposes.
- Article II(B) states that OMSJ " is organized exclusively for *charitable, religious. educational, and/or scientific* purposes under section 501(c)(3) of the Internal Revenue Code.

[3/]    **OMSJ's "Mission."** OMSJ states its "mission" as follows:

- "To protect and defend the victims and witnesses of medical and scientific corruption," according to OMSJ's 2012 IRS Form 990 filing, Ex. 5.
- "The Office of Medical & Scientific Justice is engaged in the mission of protecting and defending the integrity of the medical and scientific community by providing CONFIDENTIAL investigative resources to the victims and witnesses of medical and scientific corruption." Website homepage.

[4/]    **Admission**. in his internet blog (the address for which is http://exlibhollywood.blogspot.com/2005/05/whats-in-name.html) (bold added) – Baker agreed to protect the substantial assets of his *defacto* wife, Carol Dunn and wrote that he would "protect her assets in a way that, if I was ever targeted by someone like Warren Christopher again, I would never again expose my loved ones to the liability I incurred. We never married and I signed away all future claims against her. In this way, I legally own nothing except my generous LAPD pension - which cannot be touched by courts or plaintiffs. I learned that there are worse things than death and that cash isn't one of them. As a private investigator, **such protection makes my job easier**."

[5/]    See *In Re OMSJ*, Docket No. 3, p. 21, Item 21 and pp. 12 and 15.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

9. **COMPLAINTS**. Complaints about Baker have been made to the following regulators, police and prosecutors about Baker, and Dr. Murtagh believes that investigations have been initiated by various authorities: (a) California Attorney General (for the criminal activity alleged herein); (b) California Department of Consumer Affairs - Bureau of Security & Investigative Services (based on Baker's violation of the statutory prohibition of "dishonesty or fraud" by a PI licensee); (c) California Franchise Tax Board (for his failure to pay taxes on OMSJ's income); (d) California Medical Board (based on Baker's advice to AIDS and HIV patients to discontinue taking medicine and on Baker's HIPPA violations with respect to medical records he publicly solicited from AIDS and HIV patients); (e) California Registry of Charitable Trusts (for his abusive claim that OMSJ is a non-profit); (f) California State Bar (for spoofing attorneys and thus attempting to acquire confidential information and for failing to return or destroy confidential materials as ordered by the Los Angeles Superior Court); (g) United States Department of Justice (for the criminal activity alleged herein and for identity theft); (h) the Federal Bureau of Investigation (for the criminal activity alleged herein); (i) Internet Crime Complaint Center c/o National White Collar Crime Center (for the criminal activity alleged herein); (j) Los Angeles District Attorney (for the criminal activity alleged herein); (k) Los Angeles Police Department (for the criminal activity alleged herein); and (l) United States Attorney (for the criminal activity alleged herein).

10. **OTHER COMPLAINANTS**. Dr. Murtagh is not the only person targeted by Baker and is not the only person who has made complaints about Baker to government authorities; complaints about Baker have been made to regulators, police and prosecutors about Baker by other persons

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

including without limitation:  Todd DeShong; Brian Foley, PhD;  Nikolas Kontar

11.  **PAYMENT**.  Through the related Debtor, OMSJ, Baker received the use of at least $1.2 million to finance the activities alleged herein, primarily from billionaire Robert Leppo.

12.  **STATE COURT ACTION**.  On February 18, 2015, Dr. Murtagh filed a third amended complaint against Defendants in the LASC Case based on the conduct of Defendants described herein. Plaintiff alleged: (a) Intentional Infliction of Emotional Distress; (b) Negligent Infliction of Emotional Distress; (c) Negligence; (d) Defamation; (e) Violation of Civil Code § 1798.53; (f) Intentional Interference with Contractual Relations; (g) Intentional Interference with Prospective Economic Advantage; (h) Intrusion Into Private Affairs; (i) Violation of B.&P. Code §§ 17200 and 17500; (j) Violation of Civ. Code §3344; (k) Unauthorized Use of Name/Likeness; and (l) Declaratory Relief. In his third amended complaint, Dr. Murtagh prays for: (a) compensatory damages which Plaintiff estimates presently to be not less than $ 5 million; (b) exemplary or punitive damages; (c) injunctive relief including a Permanent Injunction, Temporary Injunction, Order to Show Cause, and/or Temporary Restraining Order; and (d) declaratory relief.

13.  **SANCTIONS AWARD.**  On May 12, 2015, the Los Angeles Superior Court, in the LASC Case, ordered Baker and OMSJ, jointly and severally, to pay $60,000 in sanctions to Dr. Murtagh.  Defendants failed to pay any part of that sanctions award before filing for bankruptcy protection under Chapter 7 of the U.S. Bankruptcy Code.

14.  **OMSJ WIRE TRANSFERS ONE MONTH BEFORE FILING FOR BANKRUPTCY PROTECTION**.  In May 2015, as revealed in OMSJ's checking account statements produced by the Custodian of Records of Bank of America in response to Plaintiff's Subpoena for Rule 2004 Examination, OMSJ wire transferred $65,000 to Godes & Pries, a law firm

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

that substituted in as counsel for Defendants on May 22, 2015 in the LASC Case; the payments were made over 11 days: May 15, 2015 ($5,000); May 18, 2015 ($15,000); May 20, 2015 ($15,000) and May 26, 2015 ($30,000). The $65,000 transferred was nearly 100% of the amount in OMSJ's checking account at the time.

15.    On June 11, 2015, a mere 20 days after formally substituting in as counsel for Defendants in the LASC Case, Godes & Pries filed a Motion to Be Relieved as Counsel, which was granted at the hearing on the motion. Godes & Pries filed no pleadings on behalf of Defendants, nor did they propound any discovery during the 20 day period they purportedly represented Defendants.

16.    **DEBTORS' SCHEDULE F.**  On the Debtors' Schedule F – Creditors Holding Unsecured Non Priority Claims, the Debtors as co-obligors, reported "$60,000 for SLAPP judgment - Claim for damage $1,000,000". The total amount of claim owed to Creditor James Murtagh, M.D. was also stated as **$1,060,000.000.**

### A.  BAKER'S SUICIDE TAUNTS

17.    **PENAL CODE 401 VIOLATION**.  Baker has expressly taunted Dr. Murtagh to commit suicide by insidious emails. By such conduct, Baker violated California Penal Code § 401 which states that "[e]very person who deliberately aids, or advises, or encourages another to commit suicide, is guilty of a felony."

18.    **NOVEMBER 16, 2012 TAUNT**.  On November 16, 2012, at 12:48 p.m. (bold added), Baker emailed Dr. Murtagh: "Every message I receive from you reminds me that I have a life and you don't. I have more time now that hospital recruiters no longer call me as much as they

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

did....**Now that your medical career is finally over, will you work at McDonalds or hang yourself in a closet**?"

19. **NOVEMBER 19, 2012 TAUNT**. Three days later, on November 19, 2012 at 1:16 p.m., Baker again emailed Dr. Murtagh (bold added): "Dear Mo:[6] I've received a lot of email and phone calls lately - from former lawyers, healthcare recruiters, hospitals…it looks like your behavior is finally catching up with you. With no job, no family, no children, no prospects and no future, **I pray that someone won't find you hanging from a belt in a motel closet this Christmas**. I want you alive so that I can depose you on videotape. You're the most fascinating sociopath I've ever met. [¶] You can probably find work somewhere that doesn't require you to interact with other people, delivering papers or maybe as a long haul truck driver. [¶] In 2008, I warned you and your associates that the storm would come. That storm has come."

20. **OCTOBER 27, 2014 TAUNT**. Rewording the heading "circling the drain" (which was sent directly from Baker's email account), Dr. Murtagh received the following spoofed email which was similarly titled (i.e., "swirling the drain"), promptly after Dr. Murtagh was asked to leave a hospital at which he was then working: "From: "Arnold Palmer" <apalmer46@yahoo.com> [¶] Subject: **swirling the drain...** [¶] Date**:** October 27, 2014 at 10:55:57 AM MDT [¶] To: jmurtag@mindspring.com [¶] Reply-To: apalmer46@yahoo.com [¶] "**you're done - your life is over."**

21. **NOVEMBER 24, 2014 TAUNT**. Two years later on November 24, 2014 at 2:38 p.m. Baker emailed Dr. Murtagh (bold added): "Dear Mo…I see that your medical recruiters, clinics and hospitals regularly visit your

---

[6]     **"Mo."** Baker refers to James Murtagh, M.D., as "Mo" based on the name of one of the "Three Stooges" (*"Larry, Mo, and Curly"*).

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

website. They spend a few minutes there, click on links that describe your mental problems, and leave. The clock is ticking, your career is circling the drain, and **the holiday season will be a very dark and empty place for you and yours – oh wait – you don't have anyone do you**. I forgot. http://www.jamesmurtaghmdtruth.com/[7] Happy Thanksgiving, to the biggest turkey I know. Clark Baker (LAPD ret)"

22. **"HA HA" TAUNTS**. On numerous occasions, Dr. Murtagh received anonymous emails shortly after being asked to lease a hospital at which Dr. Murtagh was working, which contained the word "HA" multiple times, as in "HA HA HA HA HA HA . . ."

23. **TAUNT RE LOSS OF MEDICAL LICENSE**. Baker filed a complaint with the Texas Medical Board (in which Dr. Murtagh prevailed), and, shortly thereafter, Baker wrote to Dr. Murtagh (bold added): "I received the attached notice about your upcoming TMB hearing. **What will you do when they revoke your medical license?** They seem to get a lot of information from www.JamesMurtaghMD.com. I'm sure that your former employers in Georgia, Idaho, Maine, and Ohio will want to write letters for you too. BTW, how's your buddy Kevin Kuritzky? You have some creepy friends."

24. **OFFENSIVE NAME-CALLING.** Baker has engaged in intentional conduct designed to cause emotional distress including that Baker has publicly referred to Dr. Murtagh as a "goon", "psycho" ( hyper link to www.jamesmurtaghmdpsycho), "corrupt", "sociopath", and "fucking loser".

---

[7]     **Admission.** Baker admitted that he owns this website.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

## B. BAKER'S MALICIOUS INTENT

25. **BAKER'S VERBAL ADMISSIONS**. At least two witnesses have informed Dr. Murtagh that Baker has expressly stated to them that Baker's goal is to prevent Dr. Murtagh from earning a livelihood.

26. **DECEMBER 5, 2012**. On or about December 5, 2012, Dr. Murtagh's attorney, Joseph Bird, spoke to Baker by phone. According to an affidavit signed by Mr. Bird (as ¶7)(bold added): "Mr. Baker was not logical or lucid in his speaking, but made it clear **he was on a mission to destroy Dr. Murtagh**…"

27. **BAKER'S WRITINGS**. Numerous emails reflect Dr. Murtagh's intent to destroy Dr. Murtagh's career, to ensure that he never practices medicine again, and to isolate him from friends, colleagues, and supporters.

28. **FEBRUARY 6, 2013**. On February 6, 2013, at 11:47 a.m. Baker sent an email which stated: "It seems that Mo is in dire straights…sounding more desperate each day."

29. **DIMINISHING EMPLOYMENT OPPORTUNITIES**. Baker wrote that he has "exposed James Murtagh (Mo) on this website for more than a year, which has apparently diminished his employment opportunities around the US."

30. **APRIL 8, 2013**. On April 8, 2013, a mutual acquaintance sent an email which stated that: "…It was Baker's goal to make sure Murtagh didn't work again...."

31. **OCTOBER 30, 2013**. On October 30, 2013 at 5:06 p.m., Baker sent an email: "…I suspect that the website has delivered him to the cul-de-sac of his career. Let's hope Texas impounds it."

32. **BAKER'S VENDETTA.**

(b) **SSI Board.** Dr. Murtagh and Clark Baker first met in connection with their membership on the Board of Directors of the

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

Semmelweis Society International ("SSI"); subsequently, there was a struggle for control of SSI ( Board resolution dated August 6, 2008 to impeach Baker and remove him as a Director).

(b) **Threats of Violence.** The SSI Board *removed Clark Baker* as a Director, citing in the Board resolution, Baker's "dishonorable and possibly criminal conduct by instructing to 'target physicians', **by threatening violence**, and engaging in intimidating tactics . . . By threatening violence and **publicly advocating the lynching of a Founder** of this organization."[8]

(c) **Disagreement**. Dr. Murtagh and Baker also strongly disagree about the relationship of HIV and AIDS and more specifically, of the value of available medication for the prevention and/or treatment of AIDS; Baker is an "AIDS denialist" and his reputation and income are based on the defense of AIDS related criminal defendants.

(d) **CONTROL OF SSI**. Despite being removed from SSI, Baker gained control of the website of Semmelweis Society International; after Baker was removed, the group's website contains a referral to Baker as follows (by clicking on the <u>Assistance</u> link): **"**SEMMELWEIS SOCIETY INTERNATIONAL (SSI) IS NO LONGER IN OPERATION. IF YOU ARE A VICTIM OF FRAUDULENT (SHAM) PEER REVIEW, CONTACT OMSJ IMMEDIATELY. Since 2011, the Office of Medical & Scientific Justice (OMSJ) has accepted requests for assistance from clinicians who are targeted by hospitals and healthcare organizations for 'sham peer review.' OMSJ urges SPR victims to visit this page or before contacting any other group that misuses the Semmelweis name."

---

[8] **Death Threat**. Dr. Murtagh's colleague revealed in an email that "Clark Baker recently emailed a death threat to a colleague of Bob Gallo's".

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

33.   **BAKER'S VENDETTA.**  Baker explained that Baker wanted that "[t]he website should serve as a virtual Chinese rope trick – the harder he [Dr. Murtagh] works to extricate himself the tighter the restraint gets. When he gets a parking ticket, I want it posted on the website." Baker also planned to isolate Dr. Murtagh from his supporters through intimidation and wrote that "Eventually, we might add a page that contains the names, links and meta tags of his supporters. **This would further isolate Mo AND make well-intentioned people think twice before providing support**." (bold added.)

## C.  BAKER FAILED TO PAY SANCTIONS

34.   **LASC ORDER.**  On May 12, 2015, The Los Angeles Superior Court imposed sanctions of $60,000 jointly on Baker and OMSJ, finding that: "This court finds that [defendants'] anti-SLAPP motion was frivolous. As stated in the Order denying the anti-SLAPP motion, "defendants made no showing that the claims were based on protected conduct and have produced virtually no evidence that the claims were based on protected conduct and have produced virtually no evidence to support their anti-SLAPP motion. ...[¶] Therefore, plaintiff is entitled to his fees and costs."

35.   **BAKER'S FAILURE TO PAY**.  Rather than pay the sanctions, Baker filed this Chapter 7 proceeding to evade the judicial order.

## D. BAKER'S DEFAMATORY WEBSITES

36.   **www.jamesmurtaghmd.com.**  Baker conceived of, created, owned and maintained www.jamesmurtaghmd.com, which contained falsehoods about Dr. Murtagh. By email dated Thursday, November 1, 2012, Baker wrote the following, which shows his intent to trick readers into believing that Dr. Murtagh had authorized the website:

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

15

"I envision the website to look like an online resume. Some good examples are posted here. I would use this photo to identify him too. I wish I had time – if you can create it for us I'll be VERY happy.  You build it and I'll host it at http://www.jamesmurtaghmd.com/.  Your name won't appear anywhere."

37.  **WIPO Case**.  As a result, Dr. Murtagh was forced to incur substantial expense in bringing a proceeding before the World Internet Property Organization ("WIPO") to assert his right to an email address, namely www.jamesmurtaghmd.com; the proceeding was titled *James Murtagh M.D. v. Clark Baker, OMSJ,* WIPO Case No D2014-0711. Baker defended his claim to the website name but Dr. Murtagh prevailed in that WIPO proceeding.

38.  **www.jamesmurtaghmdpsycho.com.**  In a blatant attempt to evade the WIPO decision, Baker conceived of, created, owned and maintained www.jamesmurtaghmdpsycho.com, which contained similar falsehoods about Dr. Murtagh which were in the original website (namely, www.jamesmurtaghmd.com) but this new website was abandoned apparently because the website did not have the intended result (to cause Dr. Murtagh to lose employment) in that the website name was apparently not respected by the hospitals and recruiters which Baker tried to influence.

39.  **www.jamesmurtaghmdtruth.com.**  Baker then conceived of, created, owned and maintained www.jamesmurtaghmdtruth.com, which contained similar falsehoods about Dr. Murtagh which were in the original website (namely,  www.jamesmurtaghmd.com) as well as additional falsehoods about Dr. Murtagh and which has caused Dr. Murtagh to lose actual and prospective employments.  If a person searches on the internet for "James Murtagh," one of the first search results will be the website created by Baker. The search result on Google states: "Who is James Murtagh MD? CAUTION! www.jamesmurtaghmdtruth.com."  The first

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

sentence in this website is: "WELCOME to the unofficial page of James J. Murtagh, MD. . . ."  The word "unofficial" is vague and does not disclose the meaning that the website was not "authorized" by Dr. Murtagh. The language "unofficial page of James J. Murtagh, MD" implies simply that it is informal and that there is another website which is the official website. The language does not disclose that the website was created by someone other than Dr. Murtagh. The home page has a link to Baker's site, and states:

"IF YOU HAVE INFORMATION ABOUT DR. MURTAGH OR ASSOCIATES, CONTACT ME."

A hyperlink on the words "CONTACT ME" generates an email to murtaghinfo@nym.hush.com.  Hush.com, also known as Hushmail, is an untraceable webserver located in Canada.  This conduct violates Baker's duties as a California investigator, including Baker's duty not to deceive and Baker's duty not to operate as a private investigator outside of California.

40.   **www.omsj.org.**  Baker conceived of, created, owned and maintained www.omsj.com, which contained falsehoods about Dr. Murtagh.

41.   **www.cwbpi.com.**  Baker conceived of, created, owned and maintained www.cwbpi.com, which contained falsehoods about Dr. Murtagh.

42.   **www.propagandista.com.**  Baker conceived of, created, owned and maintained www.propagandista.com, which contained falsehoods about Dr. Murtagh.

43.   **COMMENTS ABOUT DR. MURTAGH.**  Baker's website mentions Dr. Murtagh in various webpages including:

●   "Corrupt Doc Celebrates Dubious Victory" dated **November 3, 2012** – at http://www.omsj.org/issues/civil-cases/murtagh-celeb.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

- "Corruption Dooms DC Whistleblowers" dated May 21, 2010 at http://www.omsj.org/authors/corruption-dooms-dc-whistleblowers
- Posting a link to Dr. Murtagh's highly confidential, private psychiatric records. http://www.omsj.org/goons/murtagh/20090413_Observations.pdf.

44. **DEFAMATION: "CORRUPT."** Baker refers to Dr. Murtagh as a "corrupt doc." Corrupt (as an adjective), according to Merriam Webster's Dictionary, refers to "doing things that are dishonest or illegal in order to make money or to gain or keep power." There is no evidence supporting Baker's accusation. No statement is offered as to the specific conduct which was allegedly "corrupt." Baker's accusation is defamatory, dishonest and fraudulent.

45. **FALSE ADVERTISING**. Baker made false statements on the OMSJ website that Baker has worked on multiple criminal cases involving HIV and AIDS defendants. Todd Deshong, who has an online blog which aims to educate AIDS denialists, and who has also been harassed by Baker, communicated with the lawyers for several of the cases with which Baker claimed to have been involved. Many of these attorneys confirmed that Baker's only contact on the case was Baker's phone call to offer Baker's services.

46. **WEBPAGE ADDRESS**: Baker maintains a webpage at: http://www.omsj.org/authors/corruption-dooms-dc-whistleblowers. In that webpage, Baker states and/or infers that Dr. Murtagh engaged in "corruption." Again, no statement is offered as to the specific "corruption." The website contains no evidence in support of Baker's statement. Baker's accusation is defamatory, dishonest and fraudulent. The following language

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

is quoted from Baker's first sentence about Dr. Murtagh on that webpage (bold added): "Although **cited and fined for perjury, poor patient care, issuing false and defamatory emails in other people's names, altering evidence, identity theft and tax fraud**, James Murtagh MD is not the first fraud GAP has knowingly promoted, which is why SSI has distanced itself from GAP and its cohorts since 2008."[9]  This is a false statement.

47.  **DEFAMATION -- ACCUSATION OF CRIMES**.  In Baker's first sentence on that webpage, Baker falsely and publicly accuses Dr. Murtagh of committing various crimes.  These accusations are "per se" defamatory, dishonest and fraudulent.[10]

48.  **DEFAMATION – FALSE IDENTIFICATION.**  Baker also accuses Dr. Murtagh of "issuing emails in other people's names."  There is no evidence supporting this accusation.  Baker does not identify the "other people's names" and/or what Dr. Murtagh is actually accused of doing.  Baker's accusation is defamatory, dishonest and fraudulent.

49.  **DEFAMATION – FALSE EMAILS**.  Baker also accuses Dr. Murtagh of "sending false and defamatory emails".  There is no evidence supporting this accusation on Baker's website.  No statement is offered as to how any specific statement by Dr. Murtagh in an email was false or defamatory.  Baker's accusation is defamatory, dishonest and fraudulent.

50.  **DEFAMATION – ALTERING EVIDENCE.**  Baker also accuses Dr. Murtagh of "altering evidence."  There is no evidence supporting this accusation on Baker's website.  No statement is offered as to what

---

[9]      **GAP**. GAP refers to the Government Accountability Project.

[10]      **Per Se Defamation**. If a defamatory meaning appears from the language itself without the necessity of explanation or the pleading of extrinsic facts, there is libel per se. *MacLeod v. Tribune Publishing Co.* (1959) 52 Cal.2d 536, 549, 343 P.2d 36.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

evidence was altered and/or any description as to how the evidence was altered. Baker's accusation is defamatory, dishonest and fraudulent.

51. **DEFAMATION – IDENTITY THEFT.** Baker also accuses Dr. Murtagh of "identity theft." There is no evidence supporting this accusation on Baker's website. No statement is offered as to whose identity was stolen and/or any description as to how Dr. Murtagh allegedly stole someone's identity. Baker's accusation is defamatory, dishonest and fraudulent.

52. **DEFAMATION – TAX FRAUD.** Baker also accuses Dr. Murtagh of "tax fraud." There is no evidence supporting this accusation on Baker's website. No statement is offered as to how Dr. Murtagh allegedly committed tax fraud and/or of the dollar amount involved. Baker's accusation is defamatory, dishonest and fraudulent.

53. **DEFAMATION -- FALSELY ATTRIBUTED REMARKS**. The same webpage, states that Dr. Murtagh made statements which he did not make and Baker imagine affiliations which do not exist: "According to James Murtagh, his *confederate* SSI organization is funded and controlled by the Treatment Action Campaign (TAC). TAC is a South African pharmaceutical front group whose funding comes indirectly from the pharmaceutical industry and pro-Marxist groups." Baker's statement is defamatory, dishonest and fraudulent.

54. **DEFAMATION -- "GOON.** The webpage also refers to "goons like Murtagh."

55. **VISIBILITY OF WEBSITE**. If a person searches on the internet for "James Murtagh," one of the first search results will be this page on Baker's own website. The search result on Yahoo! states:

"The Corruption Dooms DC Whistleblowers.

www.omsj.org/authors/corruption-dooms-dc-whistleblowers"

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

20

56. **FURTHER ACCUSATION OF CRIMINAL CONDUCT.** The first page of search results for Baker's webpage is itself libelous in that it publicly and falsely accuses Dr. Murtagh of corruption by its title "Corrupt Doc Celebrates Dubious Victory" dated November 3, 2012.

57. **WEBSITE ADDRESS. Baker maintain that webpage at:** http://www.omsj.org/issues/civil-cases/murtagh-celeb.

58. **REPEATED DEFAMATION.** Baker repeats the defamation accusing Dr. Murtagh of "tax evasion" and "ID theft" (bold added): "UPDATE 27 Dec 2012: Like the OpEd story, blogger Mike Volpe does not explain Murtagh's **tax evasion, ID theft**, vexatious litigation or his penchant for illegally recording conversations with his targets (1, 2, 3). To avoid troubling questions about his latest story, there is no comments section [sic]. For more about Dr. Murtagh and his associates, see: Defending Semmelweis (2012); Judge Denies Motion to Dismiss (2011); Corruption Dooms Whistleblowers (2010); The Rats Scatter (2009); Semmelweis Report (2008); Jamesmurtaghmdtruth.com."

59. **NONEXISTENT "PROOF."** Baker's webpage purports to offer evidentiary support for the following point but when one clicks on each link, the response is always: "Error 404 - Not Found:" "**UPDATE 1 Dec 2012**: Dr. Murtagh's unlawfully records telephone conversations like this, this, and this to prepare cases against his targets." A similar result occurs with the links in Baker's statement: "**UPDATE 27 Dec 2012**: Like the OpEd story, blogger Mike Volpe does not explain Murtagh's tax evasion, ID theft, vexatious litigation or his penchant for illegally recording conversations with his targets (1, 2, 3). To avoid troubling questions about his latest story, there is no comments section."

60. **DEFAMATION: "FABRICATING EVIDENCE."** Baker falsely accused Dr. Murtagh of fabricating evidence and of "receiving support from

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

Dr. Gallo," when Baker wrote in his blog,
http://exlibhollywood.blogspot.com/2008/07/gallos-egg.html: "**AUTHOR'S NOTE**: When I wrote this report in 2008, *I had no evidence* that Duesberg's primary accusers, **James Murtagh MD and Kevin Kuritzky** had a long history of fabricating evidence and were working directly with – and receiving support from - Robert Gallo himself." (emphasis added).

Baker also repeats this defamatory statment on another website, http://www.jamesmurtaghmdtruth.com/omsj-the-questionable-company-robert-gallo-keeps.

61.     **DEFAMATION: FALSE ASSOCIATION**.  Baker falsely accused Dr. Murtagh of receiving funding from "pharmaceutically funded operatives" in multiple locations, in the webpage http://exlibhollywood.blogspot.com/2008/07/gallos-egg.html): "At the time, I did not know that Murtagh and Kuritzky were being supported by pharmaceutically funded operatives from South Africa, Cornell University, and the Los Alamos National Laboratory."

62.     **FALSITY.** There is no evidence of this accusation on Baker's website.  No evidence is offered as to any funding from those three sources. Baker's accusation is defamatory, dishonest and fraudulent.

63.     **OTHER WEBSITES**.  The above examples are not Baker's only webpages about Dr. Murtagh.  Baker has created entire websites about Dr. Murtagh, hijacking his likeness and identity to make it appear that the websites are Dr. Murtagh's own websites.

64.     **REPEATED FALSE ACCUSATIONS**.  In the above-mentioned webpages, Baker placed quotation marks around statements which were never made and attached legal documents – all to falsely suggest that the statement is a quote from one of those legal documents:

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

"After claiming he was forced out and discriminated against because of his 'ancestry,' Murtagh filed several lawsuits against Emory. Murtagh then breached a settlement agreement with the university, and was fined by the court for 'perjury, poor patient care, issuing false and defamatory emails in other people's names, altering evidence, identity theft, and tax fraud.'" (See- http://www.jamesmurtaghmdtruth.com/omsj-the-questionable-company-robert-gallo-keeps/).

## E. BAKER'S STALKING.

65. **BAKER'S INTENT**.  Baker stalked and harassed Dr. Murtagh in order to accomplish Baker's purpose of causing Dr. Murtagh to lose employment opportunities.

66. **BAKER'S SUBTERFUGE**.  Baker took steps to hide the evidence of his stalking and harassment by sending emails to Dr. Murtagh anonymously – through multiple accounts at "Hush.com" and a Czech server, both of which facilitate the sending of anonymous email which cannot be traced.  However, the emails can be shown to have been sent by Baker because Baker provided versions of the emails which reveal metadata and embedded links, such as links to Baker's websites, including omsj.org.[11]

67. **FUNCTION OF TRACERS**.  Baker also sent emails with "tracers." A tracer can inform the sender of email information such as: (1) when the email is opened; and (2) to whom the recipient forwards the emails. Baker admits and boasts that he can locate Dr. Murtagh by using

---

[11]/ **Perpetrator's Scienter**.  Baker wrote to Dr. Murtagh in a spoofed email from "Poodle."  The words "from you" actually contain a link or embedded tracer linked to "http://www.omsj.org/1/Murtagh.html" (bold added): "Every message I receive **from you** reminds me that I have a life and you don't. I have more time now that hospital recruiters no longer call me as much as they did. You sure know how to make friends and influence people. Now that your medical career is finally over, **will you work at McDonalds or hang yourself in your closet?**"

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

tracer. The tracer can reveal the exact location of the server of the hospital at which Dr. Murtagh opens the email.

68. **PRESENCE OF TRACER**.  The presence of the address "mesvr.com" indicates that a tracer is present.

69. **NON-DISCLOSURE OF TRACER**.  Baker sent emails to Dr. Murtagh without disclosing that there was a tracer on the email.

70. **BAKER ALSO TRACED DR. MURTAGH'S ATTORNEY.**  Mr. Clay Culotta, Esq. represented Dr. Murtagh in a legal matter several years ago.  Mr. Culotta sent an email to Baker on Dr. Murtagh's behalf.  Baker then surreptitiously sent an email to Mr. Culotta embedded with a tracer. Baker emailed Mr. Culotta boasting that he attached a tracer to the email he had sent to Mr. Culotta, which was activated each time the email was opened or forwarded.  Baker confirmed to Mr. Culotta that he knew Mr. Culotta's location, when and how many times he read and forwarded Baker's email, the locations of the persons to whom Mr. Culotta forwarded Baker's email, and how many times those persons read the email, etc.

71. **STAKE OUT OF DR. MURTAGH'S GIRLFRIEND IN GEORGIA.**  Baker wrote in an email from his email account at OMSJ.ORG on September 29, 2012 at 9:20:52 AM EDT: "His [Dr. Murtagh's] girlfriend has a home in Alpharetta … I've staked it out before." Alpharetta is in the state of Georgia; because Baker are not licensed as private investigators in Georgia, Baker cannot possibly justify the stake-out as a lawful exercise of licensed activity.

72. **BAKER CONTACTED DR. MURTAGH'S MOTHER.**

(a) **Contact.**  Baker wrote in an email from his email account at OMSJ.ORG on Monday, November 03, 2008: "FYI, I just had a nice conversation with Murtagh's mother. She and her aging husband don't know

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

'Junior' very well anymore, but she talks to him once in a while and will let him know that we're concerned for his health and welfare."

       (b) **No Legitimate Reason for Contact**.  Baker had no client whose work required contact with Dr. Murtagh's mother.

       (c) **Veiled Threat**.  Baker's statement that "we're concerned for his health and welfare" is a veiled threat to Dr. Murtagh's "health and welfare" because Baker has no such sincere concern and Baker is not aware of any threat to Dr. Murtagh's "health and welfare" other than Baker. By contacting Dr. Murtagh's mother, Baker conveyed to Dr. Murtagh that he, Baker, was aware of the location of Dr. Murtagh's parents.

## F.  BAKER'S INTERFERENCE WITH EMPLOYMENTS

    73.   **EMPLOYMENT LOSSES.**  Dr. Murtagh lost numerous job opportunities as a direct result of the defamatory statements in the Websites and from Baker, according to various people knowledgeable about the causes of those lost opportunities.

    74.   In a sworn declaration, one recruiter, who has known and worked with Dr. Murtagh and from whom Dr. Murtagh had received desirable placements, described the effect Baker's contact had on its relationship with Dr. Murtagh, despite the positive feedback from hospitals about Dr. Murtagh: "…In January 2012, Whitaker received troubling communications allegedly from Clark Baker." ...[¶]. "**Based on the telephone call Whitaker terminated its relationship with Dr. Murtagh**. I personally felt this was unfair and without justification given the positive information Whitaker previously received regarding Dr. Murtagh." (bold added.)

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

75.     Dr. Murtagh received numerous emails from recruiters which shows the devastating effect the websites have had on Dr. Murtagh's placement opportunities:

(a)     "Dr. Murtagh, I wanted to warn you of the seriousness of the slanderous websites seen on Google about you. **From a recruitment standpoint, this could be devastating to your career** as more and more hospitals are "searching Google'" during their credentialing due-diligence process….We believe that **even with your clean NPDB and spotless work history, that the majority of the hospitals who see this, will cancel their recruitment of you**…." (12/2/14 email from Erick Barnett, Managing Partner, Staff Plus, Inc. d/b/a/ Odyssey Staffing) (bold added.)

(b)     "Dr. Murtagh, You're probably already aware, but there is a website very similar to the original which pops up on Google**. I don't see how to proceed with that in place**. *www.jamesmurtaghjmdtruth.com*/" (9/15/14 email to Dr. Murtagh from Tom Pate, President, Southern Hospitalists Contract Staffing) (bold added.)

(c)     "Dear Jim, …the site [www.jamesmurtaghmdtruth.com] is clearly designed to severely complicate your ability to earn income as a clinical physician at a minimum. **At worst this site was set up with the goal to destroy you financially**…." (2/10/14 letter to James Murtagh, M.D. from Mark Bolton, President and CEO, Coast to Coast Health Care Services) (bold added.)

(d)     "Good Afternoon Dr. Murtagh, … **It is requested that you provide a complete detailed explanation of the website www.jamesmurtaghmd.com including your response to the accusations listed against you, as well as what you are doing/have done in response to the website being posted**. Please list any action you have taken against the website and/or its creators to have it removed or

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

altered…" (4/3/14 email to Dr. Murtagh from Danielle Watts, Credentialing Coordinator, Hospital Physician Partners/ARH System Center) (bold added.)

(e)    "Dr. Murtagh, **ARH will not extend privileges to you**…I am happy you were able to get the negative website removed. Good luck with your future endeavors…." (8/14/14 email to Dr. Murtagh from Rebecca Skrzypek, Regional Director, Physician Services, Hospital Physician Partners/ARH) (bold added.)

(f)    "…However, I will be honest with you…. As long as that website is still up about you, I am afraid we might keep running into the same problem…."  (10/30/14 email to Dr. Murtagh from Joy Hernandez, Physician Recruiter, Alliance Recruiting).

(g)    "Dear Dr. Murtagh, ….Based on my continued conversations with my Director and VP, we will be needing a statement from you or your lawyer to provide us with statement refuting the information on line….Below are the sites that have been viewed as concerning: http://jamesmurtaghmd.com/; http://www.omsj.org/authors/corruption-dooms-dc-whistleblowers" (2/28/13 email to Dr. Murtagh from Garrett Youngblood, Senior Recruiting Consultant, ECHO Locum Tenens).

(h)    "Hi Dr. Murtagh, ….After consulting with the Credentialing Department at Sound along with our legal team, and along with the Credentialing Department at our clients office in Virginia, **they have decided it would be best for us not to move forward with credentialing in Virginia based on the information we have in hand**." (3/1/13 email to Dr. Murtagh from Garrett Youngblood, ECHO Locum Tenens).

(i)    "I spoke to the then General Counsel of Barton, Emily Wood, concerning Dr. Murtagh and any contact with or information supplied

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

by Clark Baker. [¶] During my discussions with her, she advised me that Clark Baker did call Barton directly and she did speak with him….[¶]…Baker painted a very negative picture of Dr. Murtagh, emphasized the Emory University Whistle Blowing case brought by Dr. Murtagh…[¶] Emily Wood confirmed that **Barton had placed Dr. Murtagh on a "do not call and do not hire" list following Clark Baker's call and email submission to Barton**…" (12/5/13Affidavit of Joseph C. Bird, Esq. ¶¶13-16) ( bold added.)

76. **BAKER'S INTENTIONAL CONDUCT.** Baker intentionally acted to interfere with Dr. Murtagh's potential and/or actual placements employment opportunities. By maintaining the defamatory websites and actually communicating falsehoods about Dr. Murtagh, Baker caused Dr. Murtagh to lose potential and/or actual placements at various hospitals and/or relationships with various recruiters, including at least the following:

| Jobs / Business Relationships Lost | Dates |
|---|---|
| St. Francis Hospital, Columbus, Georgia | Oct. 2014 |
| Mercy Hospital, in Mason City, Iowa (a member of the Trinity National Hospital System) | Nov. 2014 |
| Trinity Hospital, Tyler, Texas (a Sound Physician managed program) | June 2014 |
| ER/ICU/VA James E. Van Zandt, VA Medical Center, 2907 Pleasant Valley Blvd., Altoona, PA 16602 | Nov. 2009 |
| Southwest Idaho Advanced Care Hospital, 6651 West Franklin Road Boise, ID 83709-0914 | Feb. 2010 |
| Leavenworth VAMC | March 2010 |
| Pulmonary, Critical Care and Sleep at St. Mary's Regional Medical Center, 93 Campus Avenue, Lewiston, ME | May 2010 |
| Eastgate Laboratory Sleepcare Diagnostics, 4355 Ferguson Drive, Cincinnati, OH | June 2010 to Feb. 2012- |
| Pulmonary, Critical Care and Hospitalist, SOMC | Nov. 2010 - |

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

| Jobs / Business Relationships Lost | Dates |
|---|---|
| Southern Ohio Medical Center, Portsmouth, Ohio 45662 | Nov. 2011 |
| Pulmonology / ICU/ Hospitalist Baptist Memorial Hospital-North Mississippi, 2301 South Lamar Boulevard, Oxford, MS 38655 | Feb. 2012 - March 2012 |
| Hospitalist Locum Sierra Nevada Memorial Hospital, 155 Glasson Way, Grass Valley, CA 95945 | April 2012 - May 2012 |
| Hospitalist Locum Covenant Medical Center, 700 Cooper Avenue, Saginaw, MI 48602 | 4/2012 - 11/2012 |
| Southwest Regional Medical Center, 4903 State Route 125, Georgetown | Sept. 2012- Jan. 2013 |
| Pulmonary /Critical Care Trinity Medical Center West, 2701 17th Street, Rock Island, IL 61201 | March 2013 |
| Hospitalist Locum, Mercy Medical Center/West Coast Hospitalists, 333 Mercy Ave, Merced, CA 95340 | 10/2012 – 12/2012 |
| Biggs-Gridley Memorial Hospital, Spruce Street, Gridley, CA | May 2013 |
| Hospitalist Santa Rosa Memorial Hospital ,1165 Montgomery Drive, Santa Rosa, CA 95405 | May 2013- June 2013 |
| Pikeville Medical Center Emergency Room, Bypass Rd.,  Pikeville, KY 41501 (606) 218-3500 | May 2013 - Aug. 2013 |
| Bryan Hospital, Montpelier Ohio, Emergency Medicine | Sept. 2013 - Nov. 2013 |
| Shenandoah Medical Center, Shenandoah, Iowa Emergency Medicine | Oct. 2013 - Dec. 2013 |
| Ft Yates Hospital, HIS North Dakota | Jan. 2014 |
| VAMC Fresno | Jan. – Feb. 2014 |
| Taylor Regional in Campbellsville, KY, Pulmonary and Critical Care. | April 2014 - June 2014 |
| Mother Frances Hospital - Tyler, Texas, Pulmonary and Critical Care, Hospitalist | May 2014 - Sept. 2014 |
| Crow Agency, Indian Health Service, Montana, Locum | March 2014- |

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

| Jobs / Business Relationships Lost | Dates |
|---|---|
| Tenens Emergency Medicine Physician. | Sept. 2014 |
| St. Francis Hospital Columbus, GA, Locum Tenens Hospitalist | Oct. 2014 - Nov. 2014 |
| Mercy Hospital, Mason City, IA | Dec. 2014 |
| Mercy Hospital, Dubuque, IA | Dec. 2014 |
| SwiftMD (telemedicine) | March 2015 |
| Highlands Medical Center, Kentucky | May 2015 |
| Knox County ER | May 2015 |
| Holzer Clinic, Ohio | June 2015 |
| Nacogdoches | June 2015 |
| Pulmonology /ICU/Sleep, VA Medical Center in Fayetteville, Arkansas | March 2009 - Dec. 2015 |
| S. Arizona VAMC | Jan. 2014 |
| AllMedical locum tenens | May 2014 |
| Sound Physicians locum tenens Nationwide, and Sound's partner organizations Eagle, Echo, HCA, Parallon | |
| Cogent National Hospitalists locum tenens | |
| Comphealth Physician Recruiters | March 2014 |
| Southern Hospitalists | |
| Hospital Physician Partners (HPP) | April 2013 |
| Whitaker Medical | Jan. 2013 |
| Onyx Medical Recruiting | Jan. 2013 |
| Barton Medical Associates | Dec. 2012 |
| Global Medical Staffing documents that most groups- including Cogent, Eagle, Sound, HCA, EmCare will not work with Dr. Murtagh because of the Websites. | Sept. 2014 |

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Jobs / Business Relationships Lost | Dates |
|---|---|
| Andre Crease, MD, FACEP; Chief Executive Officer, OPYS | Nov. 2013 |
| Odyssey Staffing | Dec. 2014 |
| New Mexico and Virginia licenses (could not obtain licenses in these states) | 2013 |
| Job in Nome Alaska | 2014 |

77. **OTHER MEDICAL BOARDS**. Dr. Murtagh was unable to work in certain states (and thus lost many job opportunities for high-paying and fulfilling work) as a result of Baker's contacting other medical boards about him. For example, while applying for a New Mexico license in 2013, Dr. Murtagh was asked to explain Mr. Baker's allegations. Discussions with the New Mexico board dragged on for months, and in the meantime the job opportunity Dr. Murtagh had in New Mexico was filled by another M.D. Dr. Murtagh had a similar experience in the state of Virginia; after more than six months of discussions, again Dr. Murtagh lost out on a job opportunity in Virginia because of delays caused by Baker's complaints. Dr. Murtagh has not made any additional applications for state medical licenses due to delays caused by Baker's interference.

78. **BAKER'S COMMUNICATIONS - HOSPITALS**. Baker routinely communicated with many hospitals at which Dr. Murtagh was then working and Dr. Murtagh was regularly then asked to leave usually without explanation and despite otherwise positive reviews.

79. **BAKER'S COMMUNICATIONS - RECRUITERS**. Baker has also communicated falsehoods to recruiters with whom Dr. Murtagh has developed business relationships.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

# G. BAKER'S DEFAMATION.

80.   **BAKER's MASS MAILING.**  On June 28, 2014, Baker sent an anonymous email from drm@num.hushmail.com to many recruiters including GMedical, one of Mr. Murtagh's recruitment agencies. The email, which included a link to Baker's website, contained false information about Dr. Murtagh, and was a clear attempt to convince the recruiting agency to cancel, not honor or not renew Dr. Murtagh's contract with them.  Baker has sent anonymous emails (from the email address: drm@nym.hush.com):[12]

> "first name: James [¶] last name: Murtagh [¶] email: drm@nym.hush.com [¶] country: United States [¶] specialty: [¶] question: FYI - James John Murtagh MD is a Georgia physician who **shakes down** hospitals and clinics throughout the United States. Shortly after he finds an employer, he **causes a problem and sues** hoping to get a $10,000 - $200K settlement. He **records all telephone conversations** and uses them to sue recruiting companies and recruiters. He may try to find jobs through your agency. For more information about his behavior and court cases, visit www.jamesmurtaghmd.com**.**"

## H. BAKER'S HACKING - EMAIL

81.   **ILLEGALITY**.  Baker *hacked* into Dr. Murtagh's icloud and email accounts in violation of 18 U.S.C.§§ 1037, 1039).

## I. BAKER'S HACKING - COMPUTER

---

[12]/    **Hush.com**.  Hush.com is maintained by Hush Communications Canada Inc., a Canadian company, which advertises that it provides a "privacy oriented email service" with "built-in encryption" and that "It only takes a minute to sign up.  Hush Communications Canada Inc.. Attn.: Compliance Officer, Suite 1177 – 1100 Melville Street, Vancouver, BC, Canada V6E 4A6.  Hush's "privacy policy" provides:

"We will only disclose account data in the following circumstances:

1. If we receive an order enforceable under the laws of British Columbia, Canada, compelling us to disclose account data for a **specific user account**. The account data we disclose may include data in an unencrypted format. Because such orders generally state that we are not permitted to disclose the existence of the order to a user, we will not disclose to any user the existence, or nonexistence, of any order we may have received."

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

82.  **RECENT INCIDENT**.  Starting at or about 4:49 p.m. CST on Saturday, January 3, 2015, at the Hotel Julien in Dubuque, Iowa, while Dr. Murtagh was using his Apple MacBook Pro, someone remotely accessed and took control of Dr. Murtagh's computer.  The hacker caused the cursor to work independently of Dr. Murtagh's directions, flipped between pages and opened various applications; see details above.  After Dr. Murtagh performed a safe boot of the computer and turned off his connection to the Apple's ICloud, the machine was returned to Dr. Murtagh's control. This incident followed publicity about hacking through Apple's icloud ("new hacking tool available on GitHub").

83.  **PROOF OF BAKER'S INVOLVEMENT**.  Baker sent an email which contains photos and other documents which he could only have obtained by hacking into Dr. Murtagh's computer.  Dr. Murtagh was sent the email by David Pardo (along with many others).

84.  **UNEXPLAINED ACCESS.**  Baker appear to have access to Dr. Murtagh's private financial records, according to one email to Baker's friend, David Pardo (bold added): "Murtagh . . . [is] extremely sophisticated when it comes to hiding - **he doesn't use credit cards** either and it looks like he'll be unemployable for a while too."

## J. BAKER'S HACKING - WEBSITE

85.  **WEBSITE OWNERSHIP.**  Dr. Murtagh owns a website: www.internationalwhistleblower.org.  Dr. Murtagh paid Bluehost to host the site. It is not currently accessible to the public because Dr. Murtagh had it taken down because of Baker's actions.

86.  **UNAUTHORIZED WEBPAGES.**  Dr. Murtagh recently discovered a webpage on the website – a webpage which was completely unauthorized and which defames Dr. Murtagh. In addition, new and very

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

offensive content had been put on the Website without Dr. Murtagh's knowledge or approval, including a reference to Dr. Murtagh's claimed involvement in gay porn ( "Unauthorized Webpage").

87. **LINKS TO BAKER'S WEBSITE.** Clearly, Baker posted the Unauthorized Webpage because the Unauthorized Webpage links to a website created by Baker (direct links to OMSJ.com - "For more information about these individuals, visit http://jamesmurtaghmd.com"). Moreover, in several emails, Baker discusses creating jamesmurtaghmd.com.

88. **CHANGE OF PASSWORD.** Baker even caused the password to be changed. To the best of Dr. Murtagh's knowledge the only persons who had the password to the Website were Kendrick, Dr. Murtagh's attorney, Joseph Bird, Esq., and Dr. Murtagh, who never authorized Kendrick or Bird to give the password to anyone else. Dr. Murtagh never used the password and never gave it to anyone else. Mr. Bird assures Dr. Murtagh that he never used the password and that he never gave it to anyone else. Kendrick, who covertly cooperated with Baker, contrary to Dr. Murtagh's interests and in breach of Kendrick's duty to maintain confidentiality, must have given Baker the password.

89. **CONSEQUENCES.** Because of the negative matter posted by Baker, virtually all members of the IAW resigned.

## K. BAKER'S PINGING

90. **DEFINITION.** A cell phone "ping" determines the location, with reasonable accuracy, of a cell phone at any given point in time by utilizing the phone's GPS location aware capabilities. To "ping" in this context means to send a signal to a particular cell phone and have the cell phone respond with the requested data. (Locating Mobile Phones through Pinging and Triangulation, Pursuit Magazine 01 Jul 2008, L. Scott Harrell,

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

http://pursuitmag.com/locating-mobile-phones-through-pinging-and-triangulation/).

91. **ILLEGALITY.** Baker illegally *pinged* Dr. Murtagh's phone in violation of Penal Code § 631. By pinging Dr. Murtagh's phone, Baker can locate the nearest cell tower to Dr. Murtagh in order to locate Dr. Murtagh's most recent workplace. Baker's pinging of Dr. Murtagh's phone is illegal pursuant to the Telephone Records and Privacy Protection Act of 2006.

92. **BAKER'S BOASTING.** Baker boasted in writing that he can "ping" Dr. Murtagh's phone to locate Dr. Murtagh. Baker wrote to Pardo from his omsj.org email account on October 21, 2012: "…If you want to know where he [Dr. Murtagh] is we need to **ping his cell phone** ($$). I suspect that he is either in Ohio with his mother or with his GF in Alpharetta GA…." (emphasis added.)  Baker also wrote Pardo in another email from his omsj.org email account on September 29, 2012: "He [Dr. Murtagh] didn't bite on my messages and he probably didn't click through them on his cell… SO… when I need his location **I'll need to ping his cell**. That'll put me within 100 feet of his location." (bold added.)

### L. BAKER'S SPOOFING

93. **GOVERNING LAW.** Baker engaged in deceptive and illegal spoofing in violation of 18 U.S.C.§ 1037) (i.e., sending emails which appear to be from trusted persons, such as Dr. Murtagh's attorneys).

94. **EMAIL SPOOFING.** According to Wikipedia: "Email spoofing is the creation of email messages with a forged sender address - something which is simple to do because the core protocols do no authentication.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

Spam and phishing emails typically use such spoofing to mislead the recipient about the origin of the message."

95. **IP ADDRESS SPOOFING.** According to Wikipedia: "In computer networking, IP address spoofing or IP spoofing is the creation of internet Protocol (IP) packets with a source IP address, with the purpose of concealing the identity of the sender or impersonating another computing system."

96. **SPOOFING ATTACK.** According to Wikipedia: "In the context of network security, a spoofing attack is a situation in which one person or program successfully masquerades as another by falsifying data and thereby gaining an illegitimate advantage."

97. **BAKER'S BRAGGING**. Baker bragged "how easy it is to spoof" emails when they spoofed an email from the President of the United States, "Obama" to Pardo through the Czech server (Baker's email dated November 19, 2012): "I sent you an email spoofing Obama's email address to show you how easy it is to spoof. With no job, no friends, no career and no lawyers, Mo has a lot of time to generate fake emails, using your name to defame and insult other people."

98. **BAKER "SPOOFED" EMAILS TO DR. MURTAGH.** Baker admits he frequently uses false names in communications (such as "Judy Simmons" and "Obama") in order to deceive recipients. Baker has specifically created fake email accounts in the names of friends and acquaintances of Dr. Murtagh (e.g., Todd Deshong; Carol Czarkowski; Amanda deGroat, and Alpharetta Martin, and Dr. Murtagh's attorneys, Tom Jacobs and Jami Kohn). Baker has at least two purposes in sending spoofed email. The first purpose is at least to trick Dr. Murtagh into opening the email and/or to click on an embedded link in the email. Clicking on the link activates a tracer, which reveals Dr. Murtagh's **physical location** to

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

36

Baker. Baker often includes in these emails embedded links to Baker's various websites that when clicked, reveal to Baker Dr. Murtagh's physical location. The second purpose, even more insidious, is to trick Dr. Murtagh into responding, which Baker hopes will contain confidentiality, including email chains with privileged communications from Dr. Murtagh's attorneys.

99. **FINDING PHYSICAL LOCATION**. According to Baker, clicking the link reveals the unwitting recipient's IP address.

100. **SPOOFED PHONE CALLS**. Baker also telephoned Dr. Murtagh using phone numbers other than their own phone number, including the phone of an FBI branch.

101. **SPOOFED EMAIL LINKS TO BAKER'S WEBSITE.**

(a) **"Poodle" Email**. In a spoofed email from "Poodle" to Dr. Murtagh sent on November 16, 2012, the author [purportedly Baker] states: "Every message I receive <u>from you</u> reminds that I have a life and you don't. I have more time now that hospital recruiters no longer call me as much as they did....Now that your medical career is finally over, will you work at McDonalds or hang yourself in a closet?"

(b) **Embedded Link**. The phrase "<u>from you</u>" hyperlinks to a page on Perpetrator's website, "http://www.omsj.org/1/Murtagh.html."

(c) **Other Links to Baker**. Other spoofed emails Dr. Murtagh received contain links to http://www.omsj.org/1/operation-letterhead.html and to <u>www.jamesmurtaghmd.com</u>.

102. **BAKER'S FAKE FACEBOOK ACCOUNT**. Baker created a fake facebook account, "Judy Simmons," to contact at least one of Dr. Murtagh's employers, Sleepcare Diagnostics, located in Ohio. Baker boasts that he uses fake Facebook accounts routinely (emphasis added): "Judy Simmons is **just ONE of my many fake Facebook accounts**. PIs [private investigators] (and the Gov't) routinely use them as investigative

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

tool not to harass or commit crimes, but to gather evidence and information."

103. **BAKER "SPOOFED" DESHONG EMAIL.** Baker knows that Todd DeShong is a friend of Dr. Murtagh. On September 28, 2012, Dr. Murtagh received an email supposedly **from** Mr. DeShong from the email address jtdeshonq@hotmail.com. Dr. Murtagh was able to determine that the originating IP address for the Deshong email was: 76.93.63.68. Mr. Deshong confirmed the email was neither composed nor sent by him and that he did not own that email address.

104. **BAKER'S IP ADDRESS MATCHES SPOOFED EMAIL IP ADDRESS.** Approximately one hour after Dr. Murtagh received a spoofed email from "Todd Deshong," Baker sent an email on September 28, 2012, boasting that he "**just sent a spoofed email to Mo. If he clicks on a link I'll know where he is.**" (emphasis added). Furthermore, on October 1, 2012, Baker sent an email admitting that "**76.93.63.68 is my IP address**…" In an October 1, 2012 email, Baker wrote: "Thanks for the heads-up, but **76.93.63.68 is my IP address**") (emphasis added)).

105. **LINKS TO Baker.** On November 12, 2012, Mr. Kenneth Kendrick sent Dr. Murtagh an email showing that the physical location of the 76.93.63.68 email corresponds with Baker's known home address in Los Angeles, CA. In addition, the email contains embedded a link to the Baker's website, www.OMSJ.org and to their "Operation Letterhead."

106. **TIMING OF SPOOFED EMAILS**.

(a) **Timing**. The timing of Baker's spoofed emails often corresponds with certain events, e.g., immediately after a court hearing in Dr. Murtagh's civil lawsuit against Baker, immediately after Dr. Murtagh's attorney sending a litigation hold letter to various witnesses aligned with Baker, and after Dr. Murtagh received an adverse ruling in his civil lawsuit.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

38

(b)  **Chart**.  Dr. Murtagh has created a chart which lists some of the spoofed emails he received from Baker or Baker's agents, including Pardo: (i) the date the emails were received; (ii) the provoking event; (iii) how Dr. Murtagh knows the emails came from Baker; (iv) and the reasons Dr. Murtagh believes Baker sent the spoofed emails to him. (See "Table of Baker Anonymous Spoofed emails").

107. **BAKER SPOOFED ATTORNEYS**

(a)  **SPOOFED EMAIL FROM "TOM JACOBS**": On November 11, 2014, Dr. Murtagh received an email purporting to be from his attorney, Tom Jacobs, from the email address: tjake@aol.com sent from a Czech server.  The email had a different Czech IP address, IP 46.167.245.71, than from the IP address Baker previously used.  The email asked, "So what are your doing with all of your free time?"  If Dr. Murtagh hit Reply, Dr. Murtagh's email even though Dr. Murtagh clearly intended to send to his attorney, would be sent to tjake@aol.com.  Mr. Jacobs confirmed to Dr. Murtagh that he did not compose or send that email and that he does not own the email address "tjake@aol.com."

(b)  **SPOOFED EMAIL FROM "JAMI KOHN**":  On November 28, 2014, Dr. Murtagh received an email which states that the email was from an attorney he retained in Georgia, Jami Kohn, Esq.  Dr. Murtagh forwarded the email to Ms. Kohn, who confirmed that she did not compose or send the email.

108. **DANGER**.  By spoofing Dr. Murtagh's lawyers, Baker can acquire a communication from Dr. Murtagh to his lawyer – because Baker will have fooled Dr. Murtagh into believing that Dr. Murtagh is communicating with his lawyer when in fact Dr. Murtagh is actually communicating with Baker. This technique is particularly egregious as it poses a real danger to the attorney-client privilege.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

## M. BAKER'S THREATS

109. **PLAINTIFF.** Baker has repeatedly threatened Dr. Murtagh as alleged above, usually by indirect, cowardly innuendo, such as: (a) by writing to Dr. Murtagh that he, Dr. Murtagh, might be found dead hanging in a closet (and Baker, a former police officer, communicated this at a time of news reports of incarcerated persons found dead by hanging); (b) contacting Dr. Murtagh's mother to tell her that he, Baker, was concerned for her son's health (at a time when Baker was trying to ruin Dr. Murtagh's career and mental health); (c) by warning Dr. Murtagh of a "storm" unless Dr. Murtagh renounced certain of his beliefs; and (d) other conduct alleged above.

110. **SEMMELWEIS.** Baker was removed from the Semmelweiss Board because of threats of harm to carious physicians and scientists.

111. **Other Persons.** Baker has threatened numerous other persons with physical, property and reputational harm unless those persons renounced certain of their beliefs.

## N. BAKER'S POSTING OF PSYCHIATRIC RECORDS

112. **PSYCHIATRIC RECORDS.** Baker posted online private psychiatric records concerning Dr. Murtagh without permission. (http://www.omsj.org/goons/murtagh/20090413_Observations.pdf.)

113. **PERSONAL EMAILS.** Baker posted online Dr. Murtagh's personal emails. "According to James Murtagh" hyperlinks to Dr. Murtagh's confidential email; see also http://www.slideshare.net/mspbwatch/kevin-kuritzkys-declaration-in-murtagh -v-baker (which contains 31 emails). This fact also suggests that Baker hacked into Dr. Murtagh's email account.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

## O.  BAKER'S VIOLATION OF HIPAA

114.  **BAKER'S PHARMACEUTICAL ADVICE.**  Baker regularly advises AIDS patients to stop taking their medication.  Baker apparently bases that advice on his claim to possess great knowledge of the hoax behind the HIV-AIDS connection.

115.  **BAKER VIOLATES HIPAA**.  Baker invites the public to submit to Baker information about medical testing and about use of street and prescribed drugs.  Baker has no HIPPA policy on use of that information, in violation of 42 USCS § 1320d-6). Baker solicits confidential medical information; see e.g., http://www.omsj.org/op-letterhead-pp-form:[13]

"To your best recollection, please describe the circumstances and process that led to your testing, treatment and/or diagnosis:

"I may have been tested using: Elisa? ☐ Yes ◉ No ☐ Not Sure

Western Blot? ☐ Yes ◉ No ☐ Not Sure

Viral Load? ☐ Yes ◉ No ☐ Not Sure

Other (PCR)? ☐ Yes ◉ No ☐ Not Sure

Are you currently taking any HIV/HAART Medications?

☐ Yes

◉ No

Are you currently taking any other prescription drugs?

☐ Yes

◉ No

Do you use recreational drugs?

☐ Yes

◉ No

---

[13]/  **HIPAA.** Health Insurance Portability and Accountability Act of 1996, 42 U.S.C.S. § 1320d to 1320d-9, and the Privacy Rule, 45 C.F.R. §§ 164.502(a), 164.508(a)(1).

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

If yes, check all that apply

    ☐ Marijuana/Cannabis/Hashish

    ☐ Cocaine/Methamphetamines

    ☐ Amyl Nitrates (poppers)

    ☐ Opiates/heroin, oxycodone, Percocet (etc)

    ☐ Hallucinogens (psilocybin, LSD, Ecstasy)"

116. **BAKER MAKES NO HIPAA DISCLOSURES**. Baker fails to disclose his intended use of the information. Baker fails to disclose that patients may be waiving their privacy and the privilege which protects the information. Baker does not set forth any privacy policies on his websites as to the medical information which OMSJ receives. Baker does not show any attempt to comply with HIPAA; see e.g., http://www.omsj.org/op-letterhead-pp-form.


## P.  BAKER'S VIOLATION OF PROTECTIVE ORDERS

117.   **FIRST ORDER**.  Hon. Ruth Kwan granted Dr. Murtagh's Motion on or about May 27, 2014, and:

    (a)    Ordered Baker's counsel to pay Dr. Murtagh $1,000 in discovery sanctions for *failing to properly give notice* to Dr. Murtagh;

    (b)    Compelled Baker to *return* all "Pardo Emails;"

    (c)    *Forbade* Baker from sharing or using the Pardo Emails (specifically forbidding Baker's counsel from *reading* any of the Pardo Emails); and

    (d)    Placed the *burden* on Baker *to prove* that any challenged document was legitimately obtained from a non-confidential source.

118.   **SECOND ORDER**.  Judge Kwan issued a second Order on July 10, 2014, which clarified that *all* Documents which Dr. Murtagh gave to *any* of the Document Trustees were privileged and/or confidential and

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

required that Baker return or destroy those documents but Baker subsequently filed those documents as exhibits and shared those documents with other persons. Specifically, the Court held that:

(a) **_Confidentiality of Specific Evidence_**. "The 'GreenFire Memo' is protected by the attorney client privilege and/or attorney work product doctrine. . . the Court finds the 'GreenFire Memo' is subject to the attorney client privilege and/or attorney work product doctrine. Based on the foregoing, the Court finds the [witness interview] audio tapes are subject to the attorney-client privilege and attorney work product doctrine."

(b) **_Pardo's Relationship to Dr. Murtagh_**: "the Court finds the attorney-client privilege applies to communications between Plaintiff and Pardo (from at least June 2012)."

(c) **_Brown's Privileged Relationship to Dr. Murtagh_**: "all communications between Plaintiff and Brown prior to September 2012, including the June 2012 'emails containing private legal documents and strategic discussions' and August 2012 emails regarding strategy (and attaching the 'GreenFire Memo' and other documents) are subject to the attorney-client privilege. . . Based on the foregoing, the Court finds the attorney-client privilege applies to communications between Plaintiff and Brown (from at least Summer 2012 to April 2013). . . .the attorney-client privilege extends to communications between Plaintiff, Brown, and the Kendricks.."

(d) **_Kendricks' Privileged Relationship to Dr. Murtagh_**: "the attorney-client privilege extends to communications between Plaintiff, Brown, and the Kendricks. . . . the attorney client privilege extends to communications between Plaintiff and the Kendricks."

119. **BAKER OBTAINED PRIVILEGED DOCUMENTS.** Baker obtained those privileged documents from Pardo, Brown and/or Kendricks –

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

43

and Baker failed to return to Dr. Murtagh these privileged documents despite repeated requests from Dr. Murtagh's counsel.

120. **ATTORNEY-CLIENT RECORDS.** Baker posted online materials *which were determined to be attorney-client materials* -- which Baker obtained from other persons, including an attorney, David Pardo, who Dr. Murtagh had consulted.

121. **BOASTING RE NON-COMPLIANCE**. Baker posted on his website that the link to the privileged documents will be restored when this case is over – so that Baker violated the Protective Orders by keeping the privileged documents.

## Q. BAKER'S ALTERATION OF DOCUMENTS

122. **Civil Spoliation.** "Spoliation of evidence means the destruction or significant **alteration** of evidence or the failure to preserve evidence for another's use in pending or future litigation." *Williams v. Russ* (2008) 167 Cal.App.4th 1215, 1223 (bold added); *Willard v. Caterpillar, Inc.* (1995) 40 Cal.App.4th 892, 907, overruled on other grounds, 18 Cal.4th at 18; *Black's Law Dictionary* (8th ed. 2004) (spoliation of evidence is the intentional, reckless, or negligent withholding, hiding, altering, or destroying of evidence relevant to a legal proceeding).

(a)  *Spoliation No. 1.*  Baker *destroyed* relevant emails which first existed *after* he was served with process in the LASC Case.

(b)  *Spoliation No. 2.*  Baker *deleted* part of an email which related to the contested issue of Dr. Murtagh's California residence.

(c)  *Spoliation No. 3.*  Baker "***copied and pasted*** both HTML and plain text versions and source code into separate Word documents before saving them as EXHIBIT 1 in a single Portable Document Format (PDF)" – according to Baker's *own* expert. Thus, it is undisputed that a

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

document filed as an exhibit is a composite of *new* documents admittedly *created by Baker*, which he authenticated as a "true and correct copy of the original."

123. **Nature and Purpose of Alterations**. Baker deleted the "To" line, i.e., the *recipient's* email address on emails which were sent **to Baker** – and he altered the emails *to disassociate Baker from* anonymous email accounts at Hush.com ("Hush Accounts") – *to* which Dr. Murtagh's emails were sent because defamatory emails had been sent *from* the Hush Accounts. Dr. Murtagh's emails were sent to the Hush Accounts to try to elicit a response and thereby determine the *author* of defamatory emails sent from those Hush Accounts. In their Court filing, Baker slipped up and included the *metadata* (i.e., normally hidden information about the email) and the metadata *revealed* the recipient anyway, defeating the purpose of Baker's spoliation. In other words, Baker argued that Dr. Murtagh sent email to Baker but also tried to hide the *recipient email address*.

124. **Perjury.**

(a)    *Perjury No. 1.*  When asked to identify *all* of their email accounts, Baker omitted the Hush Accounts in his discovery responses, even though Baker admitted that email sent to the Hush Accounts was sent to *him*.

(b)    *Perjury No. 2.*  In discovery responses, Baker failed to disclose all of his websites.

(c)    *Perjury No. 3.*  In discovery responses, Baker failed to disclose medical recruiters he contacted, such as a recruiter who forwarded to Dr. Murtagh an email received from Baker.

(d)    *Perjury No. 4.*  In *verified* responses to discovery, Baker stated that he complied with Court Orders and "deleted [confidential matter] per court order," but as noted below, Baker still possesses Dr. Murtagh's

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

tape recordings and other confidential matter – according to Defendants' own statement that Baker intends to post those materials in the future.

(e)  *Perjury No. 5.  Knowing* that he deleted part of an email and filed a *partial* "cut and paste" composite of multiple emails, as explained above, Baker falsely declared under penalty of perjury that: "I, CLARK BAKER, do hereby swear under penalty of perjury under the laws of the State of California that the foregoing, consisting of FOURTEEN (14) pages and SIX (6) exhibits are **true and correct copies of the originals**."

125.  **Baker *Continues* to Abuse Process**.  Even after being sanctioned $1000 for serving subpoenas without giving Dr. Murtagh proper notice, Baker did so *again! Without* serving a copy on Dr. Murtagh, Defendants served a subpoena on Dr. Murtagh's landlord about Dr. Murtagh's California *residence* (about which Dr. Murtagh had a reasonable expectation of privacy, especially from Baker, and especially in a case involving *stalking* allegations). Baker then used a declaration and information from that witness in filings on October 14, 2014 with this Court. Baker also posted information from their illegal subpoena on their website, http://www.jamesmurtaghmdtruth.com. That witness stated that, absent a subpoena, she would not have provided a declaration or information.

## R. BAKER'S FRIVOLOUS LEGAL PROCEEDINGS

126.  **BAKER'S INTENT - Imposing Expense**.  Baker admitted to investigator and former FBI agent Harold Copus, that Baker's primary motivation for filing a civil suit against Dr. Murtagh in New York was to make Dr. Murtagh spend "$25,000 retainer for a New York attorney."  Baker also stated that he had assisted the reporter Celia Farber to file a lawsuit against Dr. Murtagh in New York, and that defending the lawsuit would cost Dr. Murtagh at least $25,000 to hire a New York lawyer.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

127. **BAKER'S TMB COMPLAINT**.  Baker made a 2012 Complaint to the Texas Medical Board Case No. 13-1422, and in writing admitted his purpose in complaining to the TMB was to harass Dr. Murtagh; the complaint was rejected and Dr. Murtagh was exonerated, at substantial expense to Dr. Murtagh.

128. **BAKER'S LOSS AT THE WIPO**.  Dr. Murtagh prevailed in a claim filed with the WIPO concerning the right to the website name "www.jamesmurtaghmd.com."  Then Baker filed an appeal of the WIPO decision in Federal court but then failed to prosecute it, resulting in dismissal of the appeal.

129. **BAKER'S CALIFORNIA CRIMINAL COMPLAINTS**.  Baker initiated a 2008 Criminal complaint against Dr. Murtagh in Los Angeles County, Case No. 08-0619018, which was not pursued or abandoned.

130. **BAKER'S NEW YORK COMPLAINT**.  Baker initiated a 2009 Administrative/Civil Complaint New York/NY Case No. 09106399, which was not pursued or abandoned.

## S. BAKER'S DISCOVERY OF CONFIDENTIAL DATA

131. **BAKER'S INTENT.**  Baker took steps to locate Dr. Murtagh so that Baker could then take steps to cause Dr. Murtagh to lose his employment.

132. **NEW PHONE NUMBER.**  On 8/2/2014, Dr. Murtagh obtained a new phone and a new phone number (307) 690-8483 -- specifically to evade Baker's stalking.

133. **CONFIRMATION EMAIL**.  Verizon sent a confirmation via email (bold added): "From: DoNotReply@verizonwireless.com [¶]

Subject: Your Receipts Are Available to View in My Verizon [¶]
Date: August 2, 2014 at 12:53:33 PM GMT-4 [¶]
To: JMURTAG@MINDSPRING.COM [¶]

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

Your Verizon Wireless Receipt(s) Now Available. **The receipt for your recent transaction for phone number(s) 307-690-8483 is now available on My Verizon**. Simply follow the link below to sign in to My Verizon and select the mobile number(s) listed above to view your receipt(s)."

134. **BAKER PROMPTLY LEARNED OF NEW PHONE NUMBER**.

On *Dr. Murtagh's **new** phone*, on August 4, 2014 at 7:50 a.m. CST (two days after acquiring the new number), Dr. Murtagh received a text message from Baker via a spoofed number, (772) 285-0939:

"where are you? Not sure you are in Maine or Jackson. Call me when you have a chance or let me know where you are. OX"

135. **SECRECY OF NEW PHONE NUMBER.** Until he received the text message, Dr. Murtagh had shared the new number only with a very limited group of trusted people, namely his girlfriend and a hospital staff person who did not know Mr. Baker; each was warned not to share the new number with anyone.

136. **ANALYSIS.** The only ways Baker could have obtained Dr. Murtagh's new phone number would have been: (a) by hacking into Verizon's business records (unlikely because of Verizon's security and because the information was obtained within two (2) days after the phone number was changed); or (b) by obtaining access to ("hacking into") Dr. Murtagh's email, which is the most likely alternative. Confidential email had been sent to and from Dr. Murtagh using that email account, including communications with Dr. Murtagh's lawyers.

137. **FOLLOWUP.** Dr. Murtagh sent an authorization to Verizon requesting information regarding the unpermitted access to his account and new phone number and to Mindspring/Earthlink (which hosted Dr. Murtagh's email account. Absent a subpoena, and in light of the stay caused by this case, a meaningful response will not be forthcoming.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

# T. BAKER'S TAX EVASION

138. **Revocation and Audit**. OMSJ's tax exemption under §
501(c)(3) is improper because OMSJ engages in substantial non-exempt
activities, and provides unreported compensation to its founder; in addition,
OMSJ's Form 990 filings contain inconsistent information, omit key
information and are questionable. OMSJ improperly comingles its "public
benefit" and profit seeking activities.[14]

139. **Basis for Revocation: Private Inurement**.

(a)  OMSJ operates as a referral agency to its founder, Clark
Baker, who charges $3500 for pre-trial consultation and $400 per hour plus
expenses.
(http://denyingaids.blogspot.com/2012/10/aids-denier-clark-baker-invades-u
s.html).

(c)  OMSJ's Legal Expenses. OMSJ's 2011 Form 990 shows
$124,331 in "total revenue" and $76,429 in "legal expenses," or in other
words, 61.4% of total revenues were spent on legal expenses. Mr. Baker
frequently is sued because of his tortious and illegal activities.  The legal
expenses unquestionably involved litigation expenses of Mr. Baker rather
than to defend other persons, and were therefore a form of compensation.

140. **Basis for Revocation: "Operation Letterhead."** OMSJ itself
charges for its services to individuals in competition with other private
investigators at market prices and does not differentiate itself in any way
from other private investigators. OMSJ is no different from any commercial

---

[14]/  **Commingled Website**. As explained below, Baker commingles on one
omsj.org website: (i) solicitations for both *donating* money to the alleged public benefit
corporation and *hiring Baker* as private investigators; and (ii) voluminous materials
*attacking* various persons and *advocating* that there is a widespread conspiracy by the
drug industry (a debate in which Baker thrust himself despite the complete lack of any
no medical or scientific credentials).

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

enterprise, see e.g., http://www.omsj.org/operation-letterhead (Ex. 15) (bold added):  "For a **flat service fee of $1500**, OMSJ will prepare customized correspondence for patients whose questions about their own testing, diagnosis and treatment remain unanswered.  OMSJ's consultants will review your case and prepare a series of carefully written letters for our clients."

141.  **Basis for Revocation: Criminal Activity**. Because of the criminal nature of at least one of OMSJ's activities described elsewhere in this Complaint, OMSJ's tax exempt status may be and should be revoked.

142.  **Basis for Audit: Inconsistent and Missing Information.**

(a)    **Failure to File**. OMSJ was formed on July 16, 2009. OMSJ's 2011 Form 990 shows "total revenue" of $38,582 for 2009 and $93,930 in "total revenue" for the "prior year," namely 2010.  It appears that the income threshold was exceeded and yet OMSJ did not file for 2010.

(b)    **Excessive Legal Expenses**. OMSJ's 2011 Form 990 shows $124,331 in "total revenue" and $76,429 in "legal expenses," or in other words, 61.4% of total revenues were spent on legal expenses. This is an unusual percentage to spend on legal expenses in the ordinary course and is not a product of "charitable" activity, but is a result of Baker's tortious and criminal activity.

(c)    **Unspecified "Other Expenses."** OMSJ's 2012 Form 990 shows $421,590 in "total revenue" and $251,573 in "other expenses," or in other words, 59.7% of total revenues were spent on unspecified "other expenses."

(d)    **OMSJ's Incomplete Return**.  OMSJ fails to disclose how it spends donations, stating that in 2012 OMSJ had expenses of $251,573, but OMSJ fails to provide a detailed description of its purported expenses.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

(e) **No Income for "Operation Letterhead."** OMSJ advertises that it charges $1500 for a service but does not report any earned income whatsoever from this or any other service.

(f) **Inconsistency: Baker's Compensation**. OMSJ's 2012 Form 990 states that there were no salaries paid but Attachment 'O' states that "periodic reviews are regularly conducted to determine whether compensation arrangements and benefits are reasonable." Therefore, either: (i) there was compensation which is periodically reviewed but was not disclosed in OMSJ's return; or (ii) there was no compensation and the statement in Attachment O is misleading by stating that there are periodic reviews of something which does not exist. Moreover, Mr. Baker claims to average 65 hours per week for OMSJ, so that if (as OMSJ reports) he receives no compensation for that work, it is unclear how he supports himself and his family.

## U. BAKER'S RETALIATION

143. **RETALIATION AGAINST BRIAN FOLEY, PhD**. Baker also targeted Brian Foley, PhD, who has devoted his professional career to researching HIV and AIDS, as one of Dr. Murtagh's "AIDS goons." Baker also attempted to get Dr. Foley fired from his job with the Los Alamos National Laboratory in New Mexico ("LANL") by contacting LANL and other state and federal agencies. Dr. Foley also sent a complaint to the CA Dept. of Consumer Affairs to complain about Baker's conduct. Baker have posted Dr. Foley's personal email on Perpetrator's website.

144. **RETALIATION AGAINST KEVIN KURITSKY**. Mr. Kuritsky sent a complaint to the DCA about Clark Baker on December 9, 2009. Kuritzky complained that Baker harassed him by employing persons to show up on Kuritsky doorstep. Mr. Kuritsky's complaint reflects conduct by Baker which

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

is similar to the conduct documented by Dr. Murtagh's complaint. Kuritzky sent a follow up complaint to the DCA about Baker on May 18, 2011 complaining that Baker: (a) continued to post Kuritzky's personal phone number on internet discussion boards online, (b) sent Kuritzky harassing emails, and (c) harassed both Kuritzky's mother and father, who live in separate states.

145. **RETALIATION AGAINST DR. LOKESH VUYYURU**. Lokesh Vuyyuru, MD appeared to testify at a hearing in favor of Dr. Murtagh and against Baker, who immediately created a very nasty website about Dr. Lokesh.

146. **RETALIATION AGAINST RALPH BARD, JD, MD.** Baker posted a webpage encouraging clients of Dr. Bard to seek refunds and accusing Dr. Bard of killing patients.

147. **RETALIATION AGAINST DR. MURTAGH'S ATTORNEYS**. Baker have also created negative web postings about Dr. Murtagh's lawyers, including Mr. SD Smith, Mr. Richard Condit, Mr. Tom Devine, and Mr. Mick Harrison. Baker have contacted Dr. Murtagh's lawyers in an effort to try and bully them into not representing Dr. Murtagh.

**FIRST CLAIM FOR RELIEF**

**(Against Debtor for Determination of Non-dischargeability of Debt Under 11 U.S.C. § 523(a)(6): Willful and Malicious Injury)**

148. Dr. Murtagh incorporates by this reference, all allegations in paragraphs 1 though 147, inclusive, as though set forth in full here.

149. Baker engaged in wilful and malicious conduct against Dr. Murtagh and intended the consequences of those acts, including without limitation:

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

52

(a)     Intentionally interfering with Dr. Murtagh's career livelihood by creating and maintaining false and defamatory websites about Dr. Murtagh to be viewed by hospitals and medical recruiters with whom Dr. Murtagh worked, state medical licensing agencies, and friends, colleagues and family.  Baker  intended that Dr. Murtagh would be terminated from hospitals and unable to obtain and maintain employment with hospitals and medical recruiting agencies and unable to obtain medical licenses in certain states, thus destroying Dr. Murtagh's career and livelihood and alienating him from friends, family and colleagues;

(b)     Stalking and cyberstalking Dr. Murtagh, such as by spoofing emails to Dr. Murtagh and pinging Dr. Murtagh's cell phone in order to track Dr. Murtagh's whereabouts; and

(c)     Defendants taunted Dr. Murtagh to commit suicide as a result of Defendants' conduct which frustrated Dr. Murtagh's ability to obtain and maintain meaningful employment and which alienated him from friends, family and colleagues.

150.  Baker, in perpetrating the acts alleged herein above against Dr. Murtagh, acted with the specific intent to injure Dr. Murtagh.

151.  Baker willfully and maliciously injured Dr. Murtagh, and the Defendants actions were committed with knowledge that harm to Dr. Murtagh was substantially certain.

152.  No just cause or excuse exists for Baker's actions.

153.  As a direct and proximate result of Defendants' conduct, Plaintiff Dr. Murtagh has sustained in excess of $5 million in compensatory damages.

154.  Baker's conduct and statements show that his malice, oppression and fraud, such that Dr. Murtagh is entitled to punitive damages.

155.  Based on the allegations as alleged herein, Plaintiff requests

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

a determination by this Bankruptcy Court that all damages and any and all other claims, debts and damages by Baker to Plaintiff arising from or relating the allegations herein and the basis of the LASC Case, are not dischargeable pursuant to § 523(a)(6) of the Bankruptcy Code.

## SECOND CLAIM FOR RELIEF

### (Against Debtor for Determination of Non-Dischargeability of Debt Under 11 U.S.C. § 523(a)(4))

156.  Dr. Murtagh incorporates by this reference, all allegations in paragraphs 1 though 147, inclusive, as though set forth in full here.

157.  As alleged above, while acting in a fiduciary capacity for OMSJ, Baker engaged in fraud, defalcation, embezzlement, and/or larceny by causing money to be diverted from OMSJ immediately before OMSJ filed a petition in bankruptcy, and specifically by diverting, without limitation: (a) $32,000 to Viral Forensics, LLC, which is a continuation of the same type of activities which were engaged in by OMSJ and Baker; and (b) $65,000 to attorneys who appeared in the LASC Case for only a few days before filing a motion to withdraw.

158.  Baker, in perpetrating the acts alleged herein above against Dr. Murtagh, acted with a specific intent.

159.  Baker willfully and maliciously injured Dr. Murtagh by diverting those funds, and Baker's actions were committed with knowledge that harm to Dr. Murtagh was substantially certain.

160.  No just cause or excuse exists for Baker's actions.

161.  As a direct and proximate result of Defendants' conduct, Plaintiff Dr. Murtagh has sustained compensatory damages.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

54

162.  Baker's conduct and statements show that his malice, oppression and fraud, such that Dr. Murtagh is entitled to punitive damages.

153. Based on the allegations as alleged herein, Plaintiff requests a determination by this Bankruptcy Court that all damages and any and all other claims, debts and damages by Baker to Plaintiff arising from or relating the allegations herein and the basis of the LASC Case, are not dischargeable pursuant to § 523(a)(4) of the Bankruptcy Code.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court enter judgment as follows:

1.      For an Order declaring that the debt owed to Dr. Murtagh by Baker is non-dischargeable pursuant to 11 U.S.C. § 523(a)(6), based on Baker's conduct, as alleged herein;

2.      For compensatory, punitive and exemplary damages arising from Baker's conduct alleged herein, according to proof;

3.      For attorneys' fees and costs of suit incurred in prosecuting this Complaint;

4.      For injunctive relief including a Permanent Injunction, Temporary Injunction, Order to Show Cause, and/or Temporary Restraining Order and specifically:

a.      To take down all websites, blogs, webpages and any foreign language websites, any webcast, video and/or any radio show which mention Dr. Murtagh including www.jamesmurtaghMDtruth.com.

b.      To stay away from any physical contact, correspondence, telephonic, email or other electronic contact (via any name) with: Dr. Murtagh, his mother, his girlfriend, all hospitals (at which he currently works,

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

55

at which he worked in the past, and at which he may work in the future), all medical staffing recruiters (with whom he works, with whom he worked in the past, and with whom he may work in the future), Mr. Todd DeShong, Dr. Brian Foley, PhD, and Dr. Seth Kalichman, PhD, and all attorneys retained by Dr. Murtagh.

c.      To stop: (i) posting any false information on the internet about Dr. Murtagh; (ii) Communicating any false information to any person about Dr. Murtagh; (iii) Accessing Dr. Murtagh's email, cell phone, website and/or any of the business accounts with records about Dr. Murtagh's email, cell phone, and/or website.

d.      To disclose: (a) all websites and blogs under their control (including under the control of Baker's agents); and (b) all donors or persons funding his work as to Dr. Murtagh.

5.      For declaratory relief as follows: (a) that the alter ego doctrine applies to Baker and OMSJ so that they should be treated as one person; (b) that Baker is jointly and severally for the acts of OMSJ; (c) that Baker's pinging, spoofing and hacking are each illegal; (d) that Baker has engaged in "dishonest or fraudulent" acts which as a PI licensee, he is barred from engaging in; (e) that Baker improperly claims a tax exemption for OMSJ; (f) that Baker's permit to carry a gun should be revoked because of Baker's dangerous and unstable mental condition; (g) that Baker be required to retrieve and destroy all copies of documents subject to the Los Angeles Superior Court's Protective Order dated on or about July 10, 2014 and by failing to do so, finding that Baker violated that Protective Order; (h) that Baker's public posting of Plaintiff's psychiatric records was illegal and/or dishonest; (i) that Baker be barred from advertising that it can provide "medical support," "legal support" and/or "scientific support" as advertised

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

retrieve and destroy all copies of documents subject to the Los Angeles

Superior Court's Protective Order dated on or about July 10, 2014 and by

failing to do so, finding that Baker violated that Protective Order; (h) that

Baker's public posting of Plaintiff's psychiatric records was illegal and/or

dishonest; (i) that Baker be barred from advertising that it can provide

"medical support," "legal support" and/or "scientific support" as advertised

on Defendants' website; (j) that Baker has illegally practiced medicine by

soliciting private medical information and by advising that patients stop

taking medicine; (k) that Baker violated HIPPA by soliciting and not

protecting private medical information and by not disclosing their HIPPA

policy; (l) that Baker be barred from providing investigative services outside

California; and (m) that the burden of proof on various issues be shifted to

Baker;

6.     For other equitable relief including disgorgement and restitution;

and

7.     For such other and further relief as the Court deems just and

proper.


Dated: October 5, 2015            ROSEN & ASSOCIATES, P.C.


By: _____
    David Bleistein
    Attorneys for Plaintiff
    James Murtagh, M.D.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond

United States Bankruptcy Court

Central District of California

Edward R. Roybal Federal Building and Courthouse, 255 E. Temple St., Ste. 1482/Ctrm. 1475, Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
*Date*                                       *Printed Name*                                              *Signature*

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                                      Page 3                            **F 7004-1.SUMMONS.ADV.PROC**

# FREE LEGAL HELP

A creditor has sued you in bankruptcy court. You were served with a Summons and Complaint, and you must now file an Answer. If you do not file an Answer on time, the court may enter a default judgment against you. This means that your debt may not be discharged and you will be responsible for paying it back.

## IF YOU CAN NOT AFFORD AN ATTORNEY, FREE LEGAL HELP MAY BE AVAILABLE.

For more information, call:

### Public Counsel's

### Debtor Assistance Project Hotline

### (213) 385-2977, ext. 704



THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

# AYUDA LEGAL GRATUITA

Su acreedor le ha demandado en la corte de bancarrota. Usted recibió la demanda, llamada "Summons" y "Complaint." Usted debe archivar una respuesta a la demanda en la corte. Si no archiva la respuesta a tiempo, la corte puede decidir en su contra. Si eso sucede, la deuda no se descargará en su caso de bancarrota y Usted será responsable por pagar al acreedor.

**SI LE FALTAN RECURSOS PARA CONTRATAR A UN ABOGADO, LLAME A LA LINEA DE AYUDA LEGAL GRATUITA.**

Para mas información, llame al:

**Proyecto de Ayuda al Deudor
de
Public Counsel**

**(213) 385-2977, ext. 704**



## 35TH ANNIVERSARY
THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

444 South Flower Street; Suite 3010; Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF SERVICE OF: 1. SUMMONS AND COMPLAINT IN ADVERSARY PROCEEDING;
2. NOTICE OF FRBP RULE 7026 and LBR 7026-1 et seq
3. NOTICE OF FREE LEGAL HELP
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/06/2015 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
dbleistein@rosen-law.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/06/2015 _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

CLARK WARREN BAKER (debtor); 2645 Greenvalley Road; Los Angeles, CA 90046
Hon. Sherri Bluebond; Crtrm 1475, 255 E Temple St., Los Angeles, CA 90012.
Sam S Leslie (TR); 3435 Wilshire Blvd., Suite 990; Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/06/2015 | Lora Foley | _Los Foley_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.