**ROSEN & ASSOCIATES, P.C.**
**Robert C. Rosen (SBN 79684)**
**John B. Wallace (SBN 93047)**
**Lisa Hiraide (SBN 206142)**
444 S. Flower Street, Suite 3010
Los Angeles, CA 90071
Tel.: (213) 362-1000; Fax: (213) 362-1001
email: mail@rosen-law.com; dbleistein@rosen-law.com

Attorneys for Plaintiff JAMES MURTAGH, M.D.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CLARK WARREN BAKER,<br><br>          Debtor. | Bk. Case No.: 2:15-bk-20351–BB<br><br>**Chapter 7**<br>Adv. Case No. 2:15-AP-01535-BB<br><br>**NOTICE OF ERRATA DOCKET NOS. 3 AND 6** |
| JAMES MURTAGH, M.D.,<br>          Plaintiff,<br>vs.<br>CLARK WARREN BAKER,<br>          Defendant. | |

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

1

NOTICE OF ERRATA DOCKET NOS. 3 AND 6

TO THE COURT AND ALL PARTIES, AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that the attached NOTICE OF FRBP RULE 7026 and LBR 7026-1 et seq, which is attached, was inadvertently omitted from Docket Nos. 3 and 6.

Plaintiff apologizes for the error.

Dated: October 9, 2015              ROSEN & ASSOCIATES, P.C.


By: /s/David Bleistein
David Bleistein
Attorneys for Plaintiff
James Murtagh, M.D.

N:\MURTAGH, JAMES - 1493-02\1. MURTAGH V. BAKER - 02\BAKER-OMSJ BANKRUPTCY FILINGS\COURT\COMPLAINT RE NON-DISCHARGEABILITY\NOTICE OF ERRATA.wpd

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

2
NOTICE OF ERRATA DOCKET NOS. 3 AND 6

ROSEN & ASSOCIATES, P.C.
Robert C. Rosen (SBN 79684)
John B. Wallace (SBN 93047)
Lisa Hiraide (SBN 206142)
444 S. Flower Street, Suite 3010
Los Angeles, California 90071
Tel.: (213) 362-1000; Fax: (213) 362-1001
e-mail: mail@rosen-law.com

Attorneys for Plaintiff JAMES MURTAGH, M.D.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| In re<br><br>CLARK WARREN BAKER,<br><br>　　　　Debtor.<br>_____<br>JAMES MURTAGH, M.D., an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLARK WARREN BAKER; DOES 1-10.<br><br>　　　　Defendants. | Bk. Case No.: 2:15-bk-20351–BB<br><br>Chapter 7<br>Adv. Case No. 2:15-ap-01535-BB<br><br>NOTICE OF FRBP RULE 7026 and LBR 7026-1 et seq |

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

1

NOTICE PER LBR RULE 7026-1 and FRBP RULE 7026

1   To Debtor and Defendant Clark Warren Baker, and respective
2   counsel of record, if any:
3   TAKE NOTICE that all parties and/or their counsel, if any, to an
4   adversary proceeding including that which is captioned above, are required
5   to comply with FRBP Rule 7026, which incorporates FRCP Rule 26, as well
6   as the requirements of Local Bankruptcy Rule 7026-1 et seq, which
7   includes meeting and conferring pursuant to LBR 7026-1.

Dated:  October 5, 2015                    ROSEN & ASSOCIATES, P. C.


By: /S/David Bleistein
David Bleistein
Attorneys for Plaintiff JAMES
MURTAGH, M.D.

N:\MURTAGH, JAMES - 1493-02\1. MURTAGH V. BAKER - 02\BAKER-OMSJ BANKRUPTCY FILINGS\COURT\COMPLAINT RE NON-DISCHARGEABILITY\NOTICE OF RULE 7026.wpd

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

2
NOTICE PER LBR RULE 7026-1 and FRBP RULE 7026

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
444 South Flower Street; Suite 3010; Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF ERRATA DOCKET NOS 3 AND 6
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/12/2016 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
dbleistein@rosen-law.com
bcc4929@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/12/2016 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sherri Bluebond; Crtrm 1475, 255 E Temple St., Los Angeles, CA 90012.
Sam S Leslie (TR); 3435 Wilshire Blvd., Suite 990; Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/12/2016 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

alan@broidylaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/12/2016 | David Bleistein | /s/David Bleistein |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**