ROSEN & ASSOCIATES, P.C.
Robert C. Rosen (SBN 79684)
John B. Wallace (SBN 93047)
Lisa Hiraide (SBN 206142)
444 S. Flower Street, Suite 3010
Los Angeles, CA 90071
Tel.: (213) 362-1000; Fax: (213) 362-1001
email: mail@rosen-law.com

Attorneys for Plaintiff JAMES MURTAGH, M.D.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>CLARK BAKER,<br>    Debtor. | Bk. Case No.: 2:15-bk-20351–BB<br>Chapter 7<br>**Adv. Case No.:** 2:15-ap-01535-BB<br><br>Before the Honorable Sheri Bluebond |
| JAMES MURTAGH, M.D.,<br>    Plaintiff,<br>vs.<br>CLARK BAKER,<br>    Defendants. | **NOTICE OF RULING ON DEFENDANT BAKER'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

PLEASE TAKE NOTICE THAT after reviewing the Motion to Dismiss filed by Defendant Clark Baker, after reviewing the Opposition and Reply papers, and after hearing oral argument, with Baruch Cohen, Esq., appearing for Defendant Clark Baker and John Wallace, Esq., appearing for Plaintiff James Murtagh, M.D., the Court adopted its tentative ruling (attached hereto) and denied Defendant Baker's Motion to Dismiss.

The Court also held a Status Conference and set the following dates and deadlines:

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

1

1   Defendant Baker shall file an Answer by Friday, March 11, 2016.

2   A continued Status Conference is set for April 5, 2016 at 2:00 p.m.

3   A Joint Status Report shall be filed by March 22, 2016.

DATED: Feb. 12, 2016          ROSEN & ASSOCIATES, P.C.

*/s/ J.B. Wallace*

JOHN WALLACE, ESQ.
Attorneys for Plaintiff
JAMES MURTAGH, M.D.

N:\MURTAGH, JAMES - 1493-02\1. MURTAGH V. BAKER - 02\BAKER-OMSJ BANKRUPTCY FILINGS\COURT\Opp to 2nd MTD\notice of ruling 0209 2016.wpd

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

2

United States Bankruptcy Court
Central District of California
Los Angeles
Chief Judge Sheri Bluebond, Presiding
Courtroom 1475 Calendar

Tuesday, February 09, 2016     Hearing Room   1475

2:00 PM
**2:15-20351**    **CLARK WARREN BAKER**     Chapter 7
Adv#: 2:15-01535   Murtagh v. BAKER

#204.00    Motion to Dismiss Second Amended Complaint to Determine Nondischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(6)

Docket    18

**Courtroom Deputy:**

- NONE LISTED -

**Tentative Ruling:**

Deny motion. The second amended complaint adequately pleads a claim under section 523(a)(6). There is no statute of limitations problem -- the conduct alleged is ongoing. The websites that are alleged to be defamatory are still up. If and when the court is calculating damages, there may be a portion of the damages that relate to a period that is too early to include in the calculations due to a statute of limitations issue, but that is not a sufficient basis for a motion to dismiss.

| Party Information |
|---|

**Debtor(s):**

CLARK WARREN BAKER      Represented By
     Alan F Broidy

**Defendant(s):**

CLARK WARREN BAKER      Represented By
     Baruch C Cohen

**Interested Party(s):**

Courtesy NEF      Represented By
     Michael I Gottfried
     Aleksandra Zimonjic
     Baruch C Cohen

# United States Bankruptcy Court
## Central District of California
Los Angeles
Chief Judge Sheri Bluebond, Presiding
Courtroom 1475 Calendar

Tuesday, February 09, 2016      Hearing Room   1475

**2:00 PM**
**CONT...**    **CLARK WARREN BAKER**      Chapter 7

**Plaintiff(s):**
James Murtagh      Represented By
     David P Bleistein

**Trustee(s):**
Sam S Leslie (TR)      Pro Se

Sam S Leslie (TR)      Represented By
     Carolyn A Dye

**U.S. Trustee(s):**
United States Trustee (LA)      Pro Se

# United States Bankruptcy Court
## Central District of California
Los Angeles
Chief Judge Sheri Bluebond, Presiding
Courtroom 1475 Calendar

Tuesday, February 09, 2016             Hearing Room    1475

## 2:00 PM
**2:15-20351   CLARK WARREN BAKER**             Chapter 7
Adv#: 2:15-01535   Murtagh v. BAKER

#205.00    Status Conference re: 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny) (68 (Dischargeability - 523(a)(6), willful and malicious injury)) Complaint by James Murtagh against Clark Warren Baker

        fr. 12-8-15

                      Docket     1

**Courtroom Deputy:**
   - NONE LISTED -

**Tentative Ruling:**
   Set deadline for defendant to file and serve an answer to the second amended complaint.

### Party Information

**Debtor(s):**

| | |
|---|---|
| CLARK WARREN BAKER | Represented By<br>Alan F Broidy |

**Defendant(s):**

| | |
|---|---|
| CLARK WARREN BAKER | Pro Se |

**Plaintiff(s):**

| | |
|---|---|
| James Murtagh | Represented By<br>David P Bleistein |

**Trustee(s):**

| | |
|---|---|
| Sam S Leslie (TR) | Pro Se |
| Sam S Leslie (TR) | Pro Se |

**U.S. Trustee(s):**

| | |
|---|---|
| United States Trustee (LA) | Pro Se |

United States Bankruptcy Court
Central District of California
Los Angeles
Chief Judge Sheri Bluebond, Presiding
Courtroom 1475 Calendar

Tuesday, February 09, 2016                              Hearing Room    1475

2:00 PM
CONT...    CLARK WARREN BAKER                                                  Chapter 7

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

444 South Flower Street; Suite 3010; Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF RULING ON DEFENDANT BAKER'S MOTION TO DISMISS SECOND AMENDED COMPLAINT
_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/12/2016_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov / Alan F Broidy alan@broidylaw.com
Michael I Gottfried mgottfried@lgbfirm.com / Aleksandra Zimonjic azimonjic@lgbfirm.com
Sam S Leslie (TR) sleslie@trusteeleslie.com
Baruch C. Cohen bcc4929@gmail.com / dbleistein@rosen-law.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/12/2016_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sherri Bluebond; Crtrm 1475, 255 E Temple St., Los Angeles, CA 90012
Alan F. Broidy, Esq., Law Offices Of Alan F. Broidy, APC, 1925 Century Park East, 17th Floor, Los Angeles, CA 90067

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/12/2016 | David Bleistein | /s/David Bleistein |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE