Evelynn Brown
4435 Clares Street
Capitola, Ca 95010
831-419-7289
evybrown@gmail.com
In Propria Persona



UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CLARK WARREN BAKER,<br><br>    Debtor, | Case No: 2:15-bk-20351 BB<br><br>Chapter 7<br><br>OBJECTIONS TO SUBPOENA AND MOTION TO QUASH SUBPOENA PURSUANT TO: F.R.C.P. 45(c), (d), (e) and (g).<br><br>DATE: MARCH 23, 2016; 10:00 am |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR, DEBTOR'S COUNSEL, CREDITORS AND ALL PARTIES IN INTEREST:**

### BACKGROUND

On or about February 29, 2016, Evelynn Brown received what appears to be a defective and statutorily noncompliant subpoena (*copy attached*) to testify at a deposition in the aforementioned bankruptcy case at her home address. However, the street address was incorrectly spelled "Clairs" verses the correct spelling "Clares" Street in Capitola, California, 95010. The

-1-

1  subpoena issued on form B2560 signed by Baruch C. Cohen, Esq., representing debtor Clark
2  Baker states:
3  "Testimony: You are commanded to appear at the time, date and place set forth below to testify at
4  a deposition to be taken in this bankruptcy case…
5  Typed in are the words:
6  APPEARNCE NOT REQUIRED IF PRODUCTION IS MADE BY THE DATE AND TIME
7  BELOW.
8  PLACE: LAW OFFICE OF BARUCH C. COHEN, 4929 WILSHIRE BOULEVARD, SUITE
9  940, LOS ANGELES, CA 90010.
10 DATE AND TIME: 3-24-2016 AT 12:00.

**OBJECTION TO SUBPOENA**

**Federal Rule of Civil Procedure 45(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) Within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) Within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery,* A subpoena may command:

   (A) Production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed or regularly transacts business in person; and

   (B) Inspection of premises, at the premises to be inspected.

Pursuant to (1) a subpoena may **only** command a person to attend a trial, hearing or deposition if under (A) that person resides, is employed, or regularly transacts business **in person within 100 miles**. Pursuant to (2) (A) **production of documents** or electronically stored information or things at a place **within 100 miles of where the person resides**, is employed, or regularly transacts business in person. (emphasis added).

  I, Evelynn Brown, state the following to the best of my ability under penalty of perjury. My home is in Santa Cruz County, California, approximately 350 miles from Los Angeles, California. I am currently retired and not employed by anyone or any company or corporation and do not transact any business in person or otherwise within 100 miles of Los Angeles. I am not a party or a party's officer to this proceeding nor an interested party or witness in any related proceeding and I have not been commanded to attend a trial. Therefore, since I do not live within 100 miles of Mr. Cohen's office in Los Angeles, I am outside the geographical limits for subpoena and object to the command to appear and production of documents.

  Additionally, I have no knowledge of the financial assets of the debtor, nor any knowledge of debts owed to creditors involved in the case and/or any other related case that would help in the proceeding. Commanding me to appear for a deposition or trial would in fact create an undue burden and a substantial expense that I cannot afford. The court should note that no reimbursement for expenses or compensation was offered or tendered in the subpoena.

Additionally, I am not available on March 24, 2016 because I will be outside the United States of America and will be unavailable in the foreseeable future. Therefore, I request the court not enforce the subpoena on the grounds it does not comply with the statutory requirements of geographical limits, creates an undue burden and a substantial financial expense (hardship) on me.

**MOTION TO QUASH**

**Federal Rule of Civil Procedure 45(d)**

*(3) Quashing or Modifying a Subpoena*

*(A) When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

*(i)* fails to allow a reasonable time to comply;

*(ii)* requires a person to comply beyond the geographical limits specified in Rule 45(c);

*(iii)* requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

*(iv)* subjects a person to undue burden.

I request the court quash the subpoena pursuant to (ii), as described above that geographical limits apply and (iv) that an undue burden exists, as described above in Objections.

Furthermore, under (iii) that disclosure of documents requested by Mr. Cohen in the subpoena are privileged and protected, and no waiver applies. The bankruptcy court should be aware that a California Superior Court Judge ruled that an attorney/client privilege exists between James Murtagh, M.D. and me. Although I do not completely agree with the ruling, I do not want to violate the order. To comply with the subpoena would not only violate the California Superior Court finding, it would indeed force me to disclose information and documents that have been deemed confidential attorney/client communications.

I do not believe it is in the interest of justice nor fair for me to placed in a position of having to choose between a California Superior Court's finding and a Federal Bankruptcy Court subpoena for what appears to be little more than a "fishing expedition" for documents on James Murtagh, M.D. that are completely and totally unrelated to any bankruptcy proceeding filed by Clark Baker or the California Superior Court case. The subpoena arrived very late in the instant action which makes one wonder if it was sent as a stall tactic in a case that may be dismissed in the near future.

## CONCLUSION

Since the subpoena does not comply within the geographical limit of 100 miles for compliance and an ordered appearance would create an undue burden and substantial financial unreimbursed expense, and disclosure of documents that have been deemed by a court of law to be privileged, I request the court quash the subpoena.

Submitted Respectfully,

Evelynn Brown

Executed on March 9, 2016, at Capitola, California 95010

Attachments:
Copy of Subpoena
Proof of Service Document Form F 9013-.3.1
    Baruch C. Cohen, Esq. 4929 Wilshire Boulevard, Suite 940, Los Angeles, CA 90010
    David P. Bleistein, Esq. 444 South Flower Street, Suite 3010, Los Angeles, CA 90071
Courtesy Copy for The Honorable Sheri Bluebond, United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

CENTRAL District of CALIFORNIA

In re CLARK WARREN BAKER
Debtor

(Complete if issued in an adversary proceeding)

JAMES MURTAGH, M.D.
Plaintiff
v.
CLARK WARREN BAKER
Defendant

Case No. 2:15-BK-20351-BB

Chapter 7

Adv. Proc. No. 2:15-ap-01535

## SUBPOENA TO TESTIFY AT A DEPOSITION
## IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: EVELYNN BROWN, 4435 CLAIRS STREET, CAPITOLA, CA 95010-2018

*(Name of person to whom the subpoena is directed)*

[X] *Testimony*: **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding). If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment: APPEARANCE NOT REQUIRED IF PRODUCTION IS MADE BY THE DATE AND TIME BELOW

| PLACE LAW OFFICE OF BARUCH C. COHEN, 4929 WILSHIRE BOULEVARD, SUITE 940, LOS ANGELES, CA 90010 | DATE AND TIME 3-24-2016 at 12:00pm |
|---|---|

The deposition will be recorded by this method:

[X] *Production*: You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material SEE ATTACHMENT ENTITLED: "LIST OF DOCUMENTS TO BE PRODUCED"

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2-24-2016

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

OR

*Baruch Cohen* (signature)
Attorney's signature
BARUCH C. COHEN

The name, address, email address, and telephone number of the attorney representing *(name of party)* CLARK BAKER _____, who issues or requests this subpoena, are: BARUCH C. COHEN, ESQ., LAW OFFICE OF BARUCH C. COHEN, 4929 WILSHIRE BOULEVARD, SUITE 940, LOS ANGELES, CA 90010. 323-937-4501. BCC4929@GMAIL.COM

**Notice to the person who issues or requests this subpoena**

B2560

*IN RE CLARK WARREN BAKER*: Case No. 2:15-BK-20351-BB
*JAMES MURTAGH, M.D. vs. CLARK WARREN BAKER*: Adv. 2:15-ap-01535-BB
ATTACHMENT TO SUBPOENA TO:
EVELYNN BROWN
LIST OF DOCUMENTS TO BE PRODUCED

## DEFINITIONS

Unless otherwise stated, the terms set forth below are defined as follows:

1. "DOCUMENT" means ANY written, typed or otherwise graphic materials, of ANY kind or nature, and ANY other tangible thing by which information or data is stored, including but not limited to ANY writing, drawing, film, graph, chart, photograph, mechanical or electrical sound recording or transcript thereof; ANY retrievable data, whether in computer storage, carded, punched, taped, coded or stored electrostatically, electromagnetically or otherwise; and ANY other data compilation from which information can be obtained. Without limiting the generality of the foregoing, "DOCUMENT" shall specifically include all contracts, correspondence, letters, telegram messages, telexes, telefaxes, wires, telecopies, telephone messages, telephone statements or bills, notices, notebooks, notes of conversations, memoranda, reports, diaries, minutes, recitals, statements, worksheets, abstracts, resumes, summaries, notices, jottings, books, journals, ledgers, papers, files, audits, maps, charts, diagrams, drafts, research DOCUMENTS, newspapers, appointment books, calendars, date books, DayTimers, expense reports, invoices or bank statements and associated bank records. It shall also include all copies and all draft copies of DOCUMENTS whether completed or not, by whatever means made. In cases in which the manner of data storage is such that inspection of raw data storage materials (e.g., microfilms, computer storage) would not reasonably permit examination and copying of data therein, the Requests shall be considered as requiring the translation, retrieval or other production of such data by YOU into a form sufficient to permit examination and copying. Every nonidentical copy (i.e., ANY "DOCUMENT," which is no longer identical by virtue of ANY notation or modification of ANY kind, including but not limited to notes or modifications on the backs or margins of pages thereof or on copies thereof or by virtue of attachments thereto) of a "DOCUMENT" is a separate "DOCUMENT" and must be produced in response to the Requests.

2. All designated DOCUMENTS are to be taken as including all attachments and enclosures. ANY DOCUMENT RELATING to or referring only in part to a Request shall also be produced.

3. "ANY AND ALL DOCUMENTS" means every DOCUMENT, within the custody, possession or control of the person to whom this request is directed, and his attorneys, accountants, insurance carriers, representatives, employees, experts, and/or agents, whether an original or copy, as above defined, know to YOU and every such DOCUMENT or writing which YOU can locate or discover by reasonably diligent efforts.

4. "REFER OR RELATE" or similar phrases means DOCUMENTS containing, showing,

    iv.    the location of the DOCUMENT;
    v.    the custodian of the DOCUMENT; and
    vi.    each and every fact or basis upon which such privilege is claimed or upon which DOCUMENT is otherwise withheld.

Notwithstanding the assertion of YOUR objection, ANY requested DOCUMENT which YOU object to furnishing but which nevertheless contains non-objectionable information which is responsive to this Request must be produced, but that portion of the DOCUMENT for which the objection is asserted may be redacted provided that the above-requested identification is furnished.

4. Each DOCUMENT requested herein is requested to be produced in its entirety without deletion or excisions (except as qualified above) regardless of whether YOU consider the entire DOCUMENT to be relevant or responsive to these requests.

5. As to each DOCUMENT produced, please label or otherwise indicate the number of the requests pursuant to which the DOCUMENTS are produced. ***It would be preferred if you BATESTAMP the produced documents***.

6. If ANY DOCUMENT or copy thereof was, but is no longer, in YOUR possession or subject to YOUR control, state what disposition was made of it.

## DOCUMENT DEMANDS

You are required to produce DOCUMENTS described in the following paragraphs which are in YOUR possession, custody or control or available to YOU.

1. Any and all documents which refer or relate to Plaintiff.
2. Any and all documents which refer or relate to Defendant.
3. Any and all communications between you and Plaintiff
4. Any and all communications between you and Plaintiff's attorneys.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1840 41st ave ste 102
Capitola, Ca 95010

A true and correct copy of the foregoing document entitled (*specify*): Objections to Subpoena and motion to quash Subpoena pursuant to F.R.C.P 45(c), (d), (e) and (g)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____3/8/2016_____, I Evelynn Brown checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See NEF for confirmation of electronic transmission to the U.S. trustee, any trustee in this case, and to any attorneys who receive service by NEF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/09/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
LOS ANGELES DIVISION U.S. Bankruptcy Court Roybal Federal Building
255 E. Temple Street
Los Angeles, CA 90012

Baruch C. Cohen, Esq. 4929 Wilshire Boulevard Suite 940 Los Angeles, CA 90010

David P. Bleistein, Esq. Rosen & Associates PC 444 South Flower Street Suite 3010 Los Angeles, CA 90071

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 03/09/16, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 03/09/16 | Morgan O'Reilly | Morgan O'Reilly |
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE