**ROSEN & ASSOCIATES, P.C.**
**Robert C. Rosen (SBN 79684)**
**John B. Wallace (SBN 93047)**
**Lisa Hiraide (SBN 206142)**
**David Bleistein (SBN 191810)**
444 S. Flower Street, Suite 3010
Los Angeles, CA 90071
Tel.: (213) 362-1000; Fax: (213) 362-1001
email: mail@rosen-law.com

Attorneys for Plaintiff **JAMES MURTAGH, M.D.**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>CLARK BAKER,<br>　　　　　Debtor.<br><br>_____<br>JAMES MURTAGH, M.D.,<br>　　　　　Plaintiff,<br>vs.<br>CLARK BAKER,<br>　　　　　Defendant.<br>_____<br>AND RELATED CROSS COMPLAINT | Bk. Case No.: 2:15-bk-20351–BB (Ch. 7);<br><br>Adv. Case No. 2:15-AP-01535-BB<br><br>**REPLY MEMORANDUM OF POINTS AND AUTHORITIES BY JAMES MURTAGH IN SUPPORT OF HIS MOTION TO STRIKE PORTIONS OF ANSWER [FRCP 12(f)]**<br><br>DATE:　　　May 10, 2016<br>TIME:　　　2:00 P.M.<br>Courtroom:　1475 |

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

1

**REPLY RE MOTION TO STRIKE PORTIONS OF ANSWER**

## MEMORANDUM OF POINTS AND AUTHORITIES

Baker minimally responds to Dr. Murtagh's Motion to Strike Portions of Baker's Answer (see Baker's Opp. at 18:6-17).

First, Baker argues that Dr. Murtagh failed "fails to submit a request for judicial notice" (Opp. 18, n. 13) - which is incorrect (see Docket No. 73 page iii of 13).

Second, Baker argues that Dr. Murtagh "provides no information about these documents except the 'exhibit' numbers" (Opp. 18, n. 13) - which is also correct, as shown by the description below copied verbatim from the Request for Judicial Notice.[1]  Dr. Murtagh also filed and served these exhibits. See Docket Nos. 70-6 (Ex. 17], 70-14 (Exs. 162, 162A], and 70-24 {Ex. 221].

Baker does not otherwise address Dr. Murtagh's Motion. Specifically, Baker defaults as to the abundant authorities which show that: (a) a motion to strike is an appropriate procedure to bring that matter to the Court's attention that Baker seeks to inject wholly irrelevant matter which has already been resolved; and (b) the state court orders should be respected in this Court.

---

[1]

| Ex. No. | Shorthand Reference | Description |
|---|---|---|
| 221 | Bond Order | Superior Court Order denying Baker's motion for a bond pursuant to C.C.P. § 1030 |
| 17A | First Order | Protective Order dated May 27, 2014 (finding that emails between Dr. Murtagh and David Pardo, Esq. were privileged) |
| 162; 162A | Second Order | Protective Order dated July 10, 2014 (finding that all Documents between Dr. Murtagh and the Document Trustees, including the detailed Greenfire memo, were confidential) |

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

| | | |
|---|---|---|
| 1 | Dated: May 3, 2016 | Respectfully submitted, |
| 2 | | **ROSEN & ASSOCIATES, P. C.** |
| 3 | | By: /s/David Bleistein |
| 4 | | David Bleistein |
| 5 | | John B. Wallace |
| 6 | | Lisa Hiraide |
| 7 | | Attorneys for Plaintiff |
| | | **JAMES MURTAGH, M.D.** |

N:\MURTAGH, JAMES - 1493-02\1. MURTAGH V. BAKER - 02\BAKER-OMSJ BANKRUPTCY FILINGS\COURT\MOTION TO STRIKE PORTIONS OF ANSWER\Reply 05'02'2016.wpd

**ROSEN & ASSOCIATES, P.C.**
**Law Offices**
**444 S. Flower St.**
**Suite 3010**
**Los Angeles, CA 90071**
**(213) 362-1000**

2

**REPLY RE MOTION TO STRIKE PORTIONS OF ANSWER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
444 South Flower Street, Suite 3010, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): _____
REPLY MEMORANDUM OF POINTS AND AUTHORITIES BY JAMES MURTAGH IN SUPPORT OF HIS MOTION TO STRIKE PORTIONS OF ANSWER
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/03/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  David P Bleistein dbleistein@rosen-law.com, robertrosen@rosen-law.com, johnwallace@rosen-law.com, lhiraide@rosenlaw.com, mail@rosen-law.com, jim@rosen-law.com
  Baruch C Cohen bcc4929@gmail.com
  Michael I Gottfried mgottfried@lgbfirm.com, kalandy@lgbfirm.com; cboyias@lgbfirm.com; rspahnn@lgbfirm.com;

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/03/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

  Honorable Sherri Bluebond, 255 E. Temple Street, Courtroom 1475, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/03/2016 | David Bleistein | /s/David Bleistein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**