**ROSEN & ASSOCIATES, P.C.**
**Robert C. Rosen (SBN 79684)**
**John B. Wallace (SBN 93047)**
**Lisa Hiraide (SBN 206142)**
**David Bleistein (SBN 191810)**
444 S. Flower Street, Suite 3010
Los Angeles, CA 90071
Tel.: (213) 362-1000; Fax: (213) 362-1001
email: mail@rosen-law.com

Attorneys for Plaintiff **JAMES MURTAGH, M.D.**; and Cross Defendants **JAMES MURTAGH, M.D.**; **ROSEN & ASSOCIATES, P.C.**; **ROBERT C. ROSEN**; **JOHN B. WALLACE**; **LISA HIRAIDE**; and **DAVID BLEISTEIN**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CLARK BAKER,<br><br>Debtor.<br><br>_____<br><br>JAMES MURTAGH, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK BAKER,<br><br>Defendant.<br><br>_____<br><br>AND RELATED CROSS COMPLAINT | Bk. Case No.: 2:15-bk-20351–BB (Ch. 7);<br><br>Adv. Case No.: 2:15-ap-01535-BB<br><br>**CROSS DEFENDANTS' NOTICE OF EVIDENTIARY OBJECTIONS TO BAKER'S OPPOSITION AND OBJECTIONS TO BAKER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF *REPLY* MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS TO DISMISS CROSS COMPLAINT [FRCP 8; 12(b)(6)] OR ALTERNATELY, FOR MORE DEFINITE STATEMENT [FRCP 12(e) AND TO STRIKE PORTIONS OF CROSS COMPLAINT [FRCP 12(f)]**;<br><br>**Concurrently Lodged: REPLY MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>DATE:     May 10, 2016<br>TIME:     2:00 p.m.<br>DEPT:     1475<br><br>Petition filed:  June 29, 2015<br>Cross Complaint filed: March 24, 2016<br>Trial Date: Not yet set |

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

1

**EVIDENTIARY OBJECTIONS TO OPPOSITION TO CROSS-DEFENDANT'S MOTION TO DISMISS**

# NOTICE OF EVIDENTIARY OBJECTIONS

Dr. Murtagh objects to the following matter in Baker's Opposition:

Opp. 1:17-23: "Debtor then discovered that earlier, on August 18, 2015 (post-petition), Murtagh's counsel sent the Debtor's domestic partner's counsel a harassing letter stating that they filed complaints with, in addition to the BSIS, 13 other governmental agencies: . . ."

**Objections: Extraneous** (refers to facts *not* set forth in Baker's Cross Complaint, on its face concerns a person other than Baker and does not mention any asset of the estate); **Misleading** (fails to mention the date of the "complaint" mentioned in the letter) and **Irrelevant** (again, the date on which the "complaint" was sent to the agencies is relevant - not the date of the letter to counsel for someone other than Baker).

Opp. 3:16-4:20    Baker's "Statement of Facts"

**Objections: Extraneous** (refers to facts not set forth in Baker's Cross Complaint); **Improper Opinion Evidence**; **Misleading**; and **Irrelevant**

"Attachment B" to the Declaration of counsel (referred to at Opp. 2:24-3:7):

**Objections: Extraneous** (refers to facts not set forth in Baker's Cross Complaint); **Misleading** (automatically updated date reflects "new" date when document was opened and sent to counsel, not date one year earlier was the document was sent to the regulator); and **Irrelevant** (same).

///

///

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

2

**EVIDENTIARY OBJECTIONS TO OPPOSITION TO CROSS-DEFENDANT'S MOTION TO DISMISS**

# NOTICE OF OBJECTIONS TO
# BAKER'S REQUEST FOR JUDICIAL NOTICE

Dr. Murtagh objects to Baker's Request for Judicial Notice (Opp. at 28) and to each of the three items in that: (a) Baker fails to explain why judicial notice is needed or appropriate; and (b) Baker fails to identify exactly what about the document should be judicial notices.

1. Motion by Creditor James Murtagh, M.D. to Dismiss Bankruptcy Proceeding of Clark Baker and for Related Relief;

2. Debtor's Opposition to Motion by Creditor James Murtagh, M.D. to Dismiss Bankruptcy Proceeding of Clark Baker and for Related Relief; and

3. Joint Status Report Filed on March 22, 2016

Dated: May 3, 2016                    Respectfully submitted,

**ROSEN & ASSOCIATES, P. C.**

By: /s/David Bleistein
/s/David Bleistein
John B. Wallace
Lisa Hiraide
Attorneys for Plaintiff **JAMES MURTAGH, M.D.**; and Cross Defendants **JAMES MURTAGH, M.D.**; **ROSEN & ASSOCIATES, P.C.; ROBERT C. ROSEN; JOHN B. WALLACE; LISA HIRAIDE;** and **DAVID BLEISTEIN**

N:\MURTAGH, JAMES - 1493-02\1. MURTAGH V. BAKER - 02\BAKER-OMSJ BANKRUPTCY FILINGS\COURT\MOTION TO DISMISS OR ALTERNATELY TO STRIKE CROSS COMPLAINT\REPLY\Evidentiary Objections to OPP iso Reply 05 02 2016.wpd

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

3

**EVIDENTIARY OBJECTIONS TO  OPPOSITION TO CROSS-DEFENDANT'S  MOTION TO DISMISS**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

444 South Flower Street, Suite 3010, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): _____
CROSS DEFENDANTS' NOTICE OF EVIDENTIARY OBJECTIONS TO BAKER'S OPPOSITION AND OBJECTIONS
TO BAKER'S OPPOSITION AND OBJECTIONS TO BAKER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT
OF REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS TO DISMISS [etc]
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/03/2016_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   David P Bleistein dbleistein@rosen-law.com, robertrosen@rosen-law.com, johnwallace@rosen-law.com, lhiraide@rosenlaw.com, mail@rosen-law.com, jim@rosen-law.com
   Baruch C Cohen bcc4929@gmail.com
   Michael I Gottfried mgottfried@lgbfirm.com, kalandy@lgbfirm.com; cboyias@lgbfirm.com; rspahnn@lgbfirm.com;

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)   05/03/2016_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Honorable Sherri Bluebond, 255 E. Temple Street, Courtroom 1475, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/03/2016 | David Bleistein | /s/David Bleistein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                  **F 9013-3.1.PROOF.SERVICE**