| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Baruch C. Cohen, Esq. (SBN 159455)<br>LAW OFFICE OF BARUCH C. COHEN<br>    A Professional Law Corporation<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, California 90010<br>(323) 937-4501   Fax (323) 937-4503<br>Email: BCC4929@gmail.com<br>LinkedIn Profile: http://www.linkedin.com/in/baruchcohen<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for CLARK WARREN BAKER* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>CLARK WARREN BAKER<br><br>                                                 Debtor(s). | CASE NO.: 2:15-BK-20351-BB<br>CHAPTER: 7<br>ADVERSARY NO.: 2:15-AP-01535-BB |
|---|---|
| JAMES MURTAGH, M.D.<br><br>                                                 Plaintiff(s),<br>         vs.<br><br>CLARK WARREN BAKER<br><br>                                                 Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:**<br><br>**Plaintiff's Motion for a Protective Order** |

PLEASE TAKE NOTE that the order or judgment titled ORDER DENYING PLAINTIFF JAMES MURTAGH'S MOTION FOR PROTECTIVE ORDER was lodged on May 25, 2016 and is attached. This order relates to the motion which is docket number 79.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 1                                        **F 9021-1.2.ADV.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 25, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David P Bleistein
   dbleistein@rosen-law.com, robertrosen@rosen-law.com, johnwallace@rosen-law.com, lhiraide@rosen-law.com, mail@rosen-law.com, jim@rosen-law.com
Baruch C Cohen bcc4929@gmail.com
Michael I Gottfried
   mgottfried@lgbfirm.com, kalandy@lgbfirm.com; cboyias@lgbfirm.com; rspahnn@lgbfirm.com; srichmond@lgbfirm.com
Sam S Leslie (TR) sleslie@trusteeleslie.com, sleslie@ecf.epiqsystems.com; trustee@trusteeleslie.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Aleksandra Zimonjic azimonjic@lgbfirm.com, cboyias@lgbfirm.com

☐ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:  On **May 25, 2016,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Bruce Anderson* c/o Rosen & Associates PC, 444 South Flower Street, Suite 3010, Los Angeles, CA 90071

☐ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 25, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond, Roybal Federal Bldg. & Courthouse, 255 E. Temple St, Ste 1482, Los Angeles, CA 90012
David P Bleistein at 213-362-1001

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **May 25, 2016** | **Baruch C. Cohen** | /s/ Baruch C. Cohen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**

# EXHIBIT "A"

Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501      Fax (323) 937-4503
Email: BCC4929@gmail.com
LinkedIn Profile: http://www.linkedin.com/in/baruchcohen

*Attorneys for Defendant/Cross-Complainant CLARK WARREN BAKER*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CLARK WARREN BAKER,<br><br>    Debtor.<br>---<br>JAMES MURTAGH, M.D.,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK WARREN BAKER,<br><br>    Defendant. | Case No. 2:15-BK-20351-BB<br><br>Adv. 2:15-ap-01535-BB<br><br>Before the Honorable Sherie Bluebond<br><br>Chapter 7<br><br>**ORDER DENYING PLAINTIFF JAMES MURTAGH'S MOTION FOR PROTECTIVE ORDER**<br><br>Date:  5-24-2016<br>Time:  2:00 pm<br>Place: Courtroom 1475<br>       255 E. Temple Street<br>       Los Angeles CA 90012 |

On 5-24-2016, a hearing on Plaintiff James Murtagh ("Movant")'s *Motion for a Protective Order* ("Motion") [See Docket #79] came on for hearing before the Honorable Sherie Bluebond, United States Bankruptcy Judge, presiding. Appearances were noted on the record of the proceedings. After having considered the Motion and all relevant documentation and argument in support of and opposing the Motion, and for all the reasons stated in the record of the proceedings and such other

1

matters as the Court deemed appropriate, the Court's tentative ruling which is attached to this Order and is now part of the record, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

> Movant lacks standing to object to a subpoena served on the BSIS. Any information or documentation given to the BSIS would no longer be protected by any work product rule or attorney/client privilege, and movant is not harmed by any violation of any geographic limitation or other procedural defect in service of the subpoena.

The Motion is **DENIED**.

###

**United States Bankruptcy Court**
**Central District of California**
Los Angeles
Chief Judge Sheri Bluebond, Presiding
Courtroom 1475 Calendar

Tuesday, May 24, 2016                                                                  Hearing Room    1475

<u>2:00 PM</u>
**2:15-20351    CLARK WARREN BAKER**                                                       Chapter 7
Adv#: 2:15-01535    Murtagh v. BAKER et al

#214.00    Plaintiff's Joint Stipulation re: Plaintiff's Motion for Protective Order:

a) Quashing or limiting subpoenas

b) Suppressing any documents received in response to subpoenas

c) Related relief

fr. 5-10-16

Docket    79

**Courtroom Deputy:**

5/3/16 - Plaintiff to file notice of rescheduled hearing. Hearing has been rescheduled to MAY 24, 2016 @ 2PM.

**Tentative Ruling:**

Debtor served 10 subpoenas. Nine have been withdrawn. The remaining subpoena was directed to the Bureau of Security and Investigative Services ("BSIS").

Motion has a defective (unsigned) proof of service. Deny motion on procedural grounds. In addition, however, the motion should be denied on the merits. Movant lacks standing to object to a subpoena served on the BSIS. Any information or documentation given to the BSIS would no longer be protected by any work product rule or attorney/client privilege, and movant is not harmed by any violation of any geographic limitation or other procedural defect in service of the subpoena.

| Party Information |
|---|

<u>Counter-Defendant(s):</u>

John B. Wallace                                                            Represented By
                                                                           David P Bleistein