Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501     Fax (323) 937-4503
e-mail: BCC4929@gmail.com
Linkedin Profile: http://www.linkedin.com/in/baruchcohen

*Attorney For Defendant and Cross-Complainant CLARK WARREN BAKER*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CLARK WARREN BAKER<br><br>    Debtor | Case No. 2:15-BK-20351-BB<br>Adv. 2:15-ap-01535-BB<br>Before the Honorable Sherie Bluebond<br><br>Chapter 7<br><br>**DEFENDANT CLARK WARREN BAKER'S EVIDENTIARY OBJECTIONS TO SUPPLEMENTAL BRIEF BY JAMES MURTAGH RE MOTION TO STRIKE PORTIONS OF ANSWER [FRCP 12(f)]**<br><br>Date: 5-31-2016<br>Time: 10:00am<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Courtroom 1475<br>Los Angeles, CA 90012 |

Debtor, Defendant and Cross-Complainant, Clark Warren Baker (hereinafter referred to as "Debtor"), hereby objects to the *Supplemental Brief by James Murtagh re Motion to Strike Portions of Answer [FRCP 12(f)]* (the "Motion")

Cross-Defendants previously filed 3075 pages of exhibits, en masse, numbered 1 through 173 (This list does not include exhibits 174-182) entitled "Declaration" yet containing no declaration or

1   other effort to authenticate - as this Court ruled in its tentative.  It is impossible for Murtagh to

2   authenticate any of the submitted documents in a single statement - each document has its own basis

3   for authentication: (1) the statement itself is insufficient - doesn't meet the standard for any form of

4   authentication - no personal knowledge. (2) not every document is authenticated by Murtagh's broad

5   definition: (3) not every document was created by Murtagh - these, and documents which Murtagh

6   signed, are the only documents which Murtagh can authenticate; (4) the fact that a document was

7   received by Murtagh does not authenticate it; (5) the fact that Murtagh "has knowledge" of a document

8   is insufficient - this denotes a hearsay or other non-personal basis for purporting to authenticate it; (5)

9   unless Murtagh created or signed the document, he cannot attest that the copy is "true and correct."It

10  also improperly places before the Court objectionable and prejudicial matter, including many

11  documents which Murtagh is incompetent to authenticate: internet records, websites, deposition

12  transcripts, court documents which are not certified or otherwise, documents not written by Murtagh

13  - e-mails, declarations, articles, counsel's letters, etc., hearsay, multiple hearsay. No effort is made to

14  provide any information which would make any 1 document admissible in evidence. Only the first

15  constitutes proper authentication - and very few of the documents were created by Murtagh - the fact

16  that Murtagh's statement says created, received, OR has knowledge of - the latter 2 being insufficient

17  - means that no effort was made to authenticate each document.

18         The court had this declaration, among all the other documents, in its file prior to determining

19  that there was no authentication; simply reproducing one of those exhibits in an attempt to

20  authenticate all of them does not provide any basis for the court's reversal of its previous rulings.

21         As debtor submitted in opposition to cross-defendants' motions, cross-defendants' mass filing

22  of 3075 pages was improper, putting it on the court and debtor to establish if and how a particular

23  document is authenticated, objectionable, etc. Tt requires debtor and the court to go through all 3075

24  pages to determine which one applies, if any.

25         Among these documents is Exhibit 171, which purports to be a Declaration of James Murtagh

26  which Cross-Defendants submit, purportedly in response to the court's determination that

27  Cross-Defendants never authenticated any of the documents they referred to in their motions.

28         As authentication, Cross-Defendants have attached another copy of Exhibit 171 to their reply,

which is, in and of itself, merely an exhibit among many previously submitted. Actually, this exhibit is included in the list on the declaration - it purports to authenticate itself, but it is simply another exhibit, which is not authenticated by counsel - who apparently prepared it, or by Murtagh, who signed it.  Murtagh's counsel has attached this exhibit to the reply, but has not authenticated it.

Exhibit 171 - the Declaration of James Murtagh was executed on December 31, 2014, when no bankruptcy or federal action pending. Its contents are already before the court, many times over. The only  statement in this declaration which is relevant to this discussion, is paragraph 57, which states: "Exhibits. Attached hereto are true and correct copies of documents which I created, received or am knowledgeable about:" This is in violation of FRE 901: (a) In General. To satisfy the requirement of authenticating or identifying an item of evidence, the proponent must produce evidence sufficient to support a finding that the item is what the proponent claims it is. (b) Examples. The following are examples only — not a complete list — of evidence that satisfies the requirement: (1) Testimony of a Witness with Knowledge. Testimony that an item is what it is claimed to be. It is also a violation of FRE 602: A witness may testify to a matter only if evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter. Evidence to prove personal knowledge may consist of the witness's own testimony.

Said 'authentication' of 1 through 173 is defective in that Cross-Defendants have chosen to reproduce a copy of a declaration which is itself an exhibit, purporting to authenticate the 3000+ other pages, but not itself. It attempts to authenticate 182 exhibits (3075 pages in all), en masse, which is improper. It attempts to authenticate on the basis that Murtagh "created, received or [is] knowledgeable about" these documents which is not sufficient. (How can he say a copy of any document is true and correct, when he is merely "knowledgeable about" it?)

Exhibit 171 - the Declaration of James Murtagh contains improper language in federal bankruptcy court - it was signed under the laws of California but not under the laws of the United States. 28 USC §1476(1): If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)". *Orr v. Bank Of America, NT & SA*, 285 F. 3d 764, 773 (9th Cir. 2002): Authentication is a "condition precedent to admissibility," and this condition is

1     satisfied by "evidence sufficient to support a finding that the matter in question is what its proponent

2     claims." Fed.R.Evid. 901(a).

3            .

4

5     DATED:       May 27, 2016             LAW OFFICE OF BARUCH C. COHEN
                                        A Professional Law Corporation

6

7                                      By     /S/ Baruch C. Cohen
                                     Baruch C. Cohen, Esq.
                                     *Attorney for Defendant CLARK WARREN BAKER*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**4929 Wilshire Boulevard, Suite 940, Los Angeles CA 90010**

A true and correct copy of the foregoing document entitled **DEFENDANT CLARK WARREN BAKER'S EVIDENTIARY OBJECTIONS TO SUPPLEMENTAL BRIEF BY JAMES MURTAGH RE MOTION TO STRIKE PORTIONS OF ANSWER [FRCP 12(f)]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 27, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David P Bleistein
    dbleistein@rosen-law.com, robertrosen@rosen-law.com, johnwallace@rosen-law.com, lhiraide@rosen-law.com, mail@rosen-law.com, jim@rosen-law.com
Baruch C Cohen bcc4929@gmail.com
Michael I Gottfried
    mgottfried@lgbfirm.com, kalandy@lgbfirm.com; cboyias@lgbfirm.com; rspahnn@lgbfirm.com; srichmond@lgbfirm.com
Sam S Leslie (TR) sleslie@trusteeleslie.com, sleslie@ecf.epiqsystems.com; trustee@trusteeleslie.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Aleksandra Zimonjic azimonjic@lgbfirm.com, cboyias@lgbfirm.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **May 27, 2016,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Bruce Anderson* c/o Rosen & Associates PC, 444 South Flower Street, Suite 3010, Los Angeles, CA 90071

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 27, 2016,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond, Roybal Federal Bldg. & Courthouse, 255 E. Temple St, Ste 1482, Los Angeles, CA 90012
David P Bleistein at 213-362-1001

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 27, 2016 | Baruch C. Cohen | /s/ Baruch C. Cohen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.