| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Baruch C. Cohen, Esq. (SBN 159455)<br>LAW OFFICE OF BARUCH C. COHEN<br>        A Professional Law Corporation<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, California 90010<br>(323) 937-4501    Fax (323) 937-4503<br>Email: BCC4929@gmail.com<br>LinkedIn Profile: http://www.linkedin.com/in/baruchcohen<br><br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for CLARK WARREN BAKER* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>CLARK WARREN BAKER<br><br><br>                                        Debtor(s). | CASE NO.: 2:15-BK-20351-BB<br>CHAPTER: 7<br>ADVERSARY NO.: 2:15-AP-01535-BB |
|---|---|
| JAMES MURTAGH, M.D.<br><br><br>                                        Plaintiff(s),<br><br>                    vs.<br><br>CLARK WARREN BAKER<br><br><br>                                        Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:**<br><br>**PLAINTIFF'S MOTION TO STRIKE PORTIONS OF CLARK BAKER'S ANSWER TO ADVERSARY PROCEEDING COMPLAINT** |

PLEASE TAKE NOTE that the order or judgment titled ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF JAMES MURTAGH'S MOTION TO STRIKE PORTIONS OF CLARK BAKER'S ANSWER TO ADVERSARY PROCEEDING COMPLAINT was lodged on June 22, 2016 and is attached. This order relates to the motion which is docket #73.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 1                    **F 9021-1.2.ADV.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 22, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David P Bleistein
    dbleistein@rosen-law.com, robertrosen@rosen-law.com, johnwallace@rosen-law.com, lhiraide@rosen-law.com,
    mail@rosen-law.com, jim@rosen-law.com
Baruch C Cohen bcc4929@gmail.com
Michael I Gottfried
    mgottfried@lgbfirm.com, kalandy@lgbfirm.com; cboyias@lgbfirm.com; rspahnn@lgbfirm.com;
    srichmond@lgbfirm.com
Sam S Leslie (TR) sleslie@trusteeleslie.com, sleslie@ecf.epiqsystems.com; trustee@trusteeleslie.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Aleksandra Zimonjic azimonjic@lgbfirm.com, cboyias@lgbfirm.com

☐ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:  On **June 22, 2016,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*Bruce Anderson* c/o Rosen & Associates PC, 444 South Flower Street, Suite 3010, Los Angeles, CA 90071

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 22, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Sheri Bluebond, Roybal Federal Bldg. & Courthouse, 255 E. Temple St, Ste 1482, Los Angeles, CA 90012
David P Bleistein at 213-362-1001

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 22, 2016 | Baruch C. Cohen | /s/ Baruch C. Cohen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 2                              **F 9021-1.2.ADV.NOTICE.LODGMENT**

# EXHIBIT "A"

1  Baruch C. Cohen, Esq. (SBN 159455)
   **LAW OFFICE OF BARUCH C. COHEN**
2       A Professional Law Corporation
3  4929 Wilshire Boulevard, Suite 940
   Los Angeles, California 90010
4  (323) 937-4501        Fax (323) 937-4503
   Email: BCC4929@gmail.com
5  LinkedIn Profile: http://www.linkedin.com/in/baruchcohen

6  *Attorneys for Defendant/Cross-Complainant CLARK WARREN BAKER*

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        LOS ANGELES DIVISION

11

12 | In re | Case No. 2:15-BK-20351-BB |
|---|---|
13 | CLARK WARREN BAKER, | Adv. 2:15-ap-01535-BB |
14 | Debtor. | Before the Honorable Sherie Bluebond |
15 | | |
16 | JAMES MURTAGH, M.D., | Chapter 7 |
17 | Plaintiff, | **(AMENDED) ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF JAMES MURTAGH'S MOTION TO STRIKE PORTIONS OF CLARK BAKER'S ANSWER TO ADVERSARY PROCEEDING COMPLAINT** |
18 | vs. | |
19 | | |
20 | CLARK WARREN BAKER, | Date: 5-31-2016 |
21 | Defendant. | Time: 2:00 pm |
22 | | Place: Courtroom 1475 |
| | 255 E. Temple Street, Los Angeles CA 90012 |
23

24      On 5-31-2016, a hearing on Plaintiff James Murtagh ("Movant")'s Motion to Strike Portions

25 of Clark Baker's Answer to Adversary Proceeding Complaint.  (Docket #73) ("Motion") came on

26 for hearing before the Sherie Bluebond, United States Bankruptcy Judge, presiding. Appearances

27

28 were noted on the record of the proceedings. After having considered the Motion and all relevant

                                        1

1  documentation and argument in support of and opposing the Motion, and for all the reasons stated

2  in the record of the proceedings and such other matters as the Court deemed appropriate, the Court's

3  tentative ruling, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.  The Court adopts its tentative ruling which is attached to this Order and is now part of

the record.

2.  The Motion is **GRANTED** in part and **DENIED** in part.

a.  The Court strikes the provisions of C.C.P. § 1030 from the Answer.

b.  The balance of the relief requested in the Motion is **DENIED** without prejudice.

###

.

2

1

**ACKNOWLEDGEMENT OF JOHN WALLACE
APPROVING THE AMENDED ORDER AS TO FORM AND CONTENT**

2

3

~~6-1-2016~~

4

~~6-2-2016~~

~~6-8-2016~~

5

~~6-9-2016~~

6

_____

7

John Wallace

*Please note:*

8

9

*Counsel has submitted the amended proposed order to Mr. Wallace several times (via fax*

10

*and email on June 1, 2 8, and 9) in an effort to obtain the approval required by the Court. To date,*

11

*Mr. Wallace has failed to respond or otherwise provide his approval. Counsel hereby respectfully*

12

*submits the corrected Order for entry.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3