| | |
|---|---|
| **ROSEN & ASSOCIATES, P.C.**<br>Robert C. Rosen (SBN 79684)<br>John B. Wallace (SBN 93047)<br>Lisa Hiraide (SBN 206142)<br>444 S. Flower Street, Suite 3010<br>Los Angeles, CA 90071<br>Tel: (213) 362-1000<br>Fax: (213) 362-10001 | <br>**FILED & ENTERED**<br><br>**MAR 22 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** wesley    **DEPUTY CLERK** |

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CLARK WARREN BAKER,<br><br>Debtor. | Bk. Case No.: 2:15-bk-20351–BB (Ch. 7)<br>Adv. Case No.:  2:15-ap-01535-BB<br><br>**FINAL ORDER ON MOTION BY PLAINTIFF JAMES MURTAGH, M.D. FOR RELIEF CONCERNING NON-PARTY WITNESS DAVID BENDER AKA KEVIN KURITZKY** |
| JAMES MURTAGH, M.D.,<br>            Plaintiff,<br>vs.<br>CLARK BAKER,<br>            Defendant | DATE: Mar. 14, 2017<br>TIME: 11 a.m.<br>COURTROOM: 1539 |

The Court conducted a continued hearing on Plaintiff's Motion for Relief Concerning Non-Party Witness David Bender aka Kevin Kuritzky, Including Without Limitation: (A) Striking Answer and Entering Default; (B) Excluding Deposition Testimony of David Bender; (C) Monetary Sanctions Against Clark Baker and His Counsel; and/or (D) Evidentiary Sanctions (the "Motion") at 11:00 a.m. on March 14, 2017, in Courtroom 1539 of the above-entitled Court.  Having found that defendant Clark Baker ("Baker")

1

impeded, delayed or frustrated the fair examination of non-party witness David Bender ("Bender"), aka Kevin Kuritzky, for the reasons set forth on the record at the time of hearing, and other good cause appearing therefor,

**IT IS ORDERED** as follows:

1. Pursuant to Fed. R. Civ. Proc. 30(d)(2), made applicable by Fed. R. Bankr. Proc. 7030, the Court hereby imposes the following sanction on Baker: Baker shall pay plaintiff his reasonable attorneys' fees and expenses incurred in connection with attempts to depose Bender and connection with the preparation and prosecution of the Motion in the amount of $35,000.

2. Baker shall deliver the sanction amount within 30 days after entry of this order to plaintiff's counsel, Rosen & Associates, P.C.

###

Date: March 22, 2017

Sheri Bluebond
United States Bankruptcy Judge