**ROSEN & ASSOCIATES, P.C.**
Robert C. Rosen (SBN 79684)
John B. Wallace (SBN 93047)
Lisa Hiraide (SBN 206142)
444 S. Flower Street, Suite 3010
Los Angeles, CA 90071
Tel: (213) 362-1000
Fax: (213) 362-10001

**FILED & ENTERED**

MAR 24 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>CLARK WARREN BAKER,<br>    Debtor.<br><br>JAMES MURTAGH, M.D.,<br>    Plaintiff,<br>vs.<br>CLARK BAKER,<br>    Defendant. | Bk. Case No.: 2:15-bk-20351–BB (Ch. 7)<br>Adv. Case No.: 2:15-ap-01535-BB<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER**<br><br>**Conference information**<br>**DATE** March 14, 2017<br>**TIME** 11:00 A.M.<br>**COURTROOM**: 1539<br>255 East Temple Street<br>Los Angeles, CA 90012 |

The Court, at a regularly scheduled status conference, with John Wallace, Esq., appearing for Plaintiff James Murtagh, M.D., and Baruch Cohen, Esq., appearing for Defendant Clark Baker, set the following dates:

1. A continued Status Conference is set for **June 13, 2017**, at **2:00 p.m.**

2. A Joint Status Report shall be filed by **May 30, 2017**.

1

3. Expert designation and report(s) pursuant to F.R.Civ.P. 26 are to be exchanged by **May 15, 2017**.

4. Additional report(s) are permitted by **June 12, 2017**, but such report(s) are to be limited to issues responsive to issues in the report of the adversary's expert.

###

Date: March 24, 2017

Sheri Bluebond
United States Bankruptcy Judge