Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
   A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501       Fax (323) 937-4503
e-mail: baruchcohen@baruchcohenesq.com

*Attorney For Defendant CLARK WARREN BAKER*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CLARK WARREN BAKER<br><br>Debtor | Case No. 2:15-BK-20351-BB<br><br>Adv. 2:15-ap-01535-BB<br><br>Before the Honorable Sheri Bluebond<br><br>Chapter 7 |
| JAMES MURTAGH, M.D.<br><br>Plaintiff<br><br>vs.<br><br>CLARK WARREN BAKER<br><br>Defendant | **DEFENDANTS' OBJECTION TO PROPOSED ORDER ON PLAINTIFF'S MOTION FOR RELIEF BASED ON DEFENDANT'S VIOLATION OF THIS COURT'S OCTOBER 5, 2017 ORDER [DOC 335]**<br><br>Date: March 20, 2018<br>Time: 2:00 p.m.<br>Place: COURTROOM: 1539<br>Calendar No. 214 |

On 4-2-3018, Plaintiff lodged a proposed *Order on Plaintiff's Motion for Relief Based on Defendant's Violation of this Court's October 5, 2017 Order* [Doc 335] that misrepresents what the Court ordered on 3-20-2018. Defendant objects accordingly.

The *Plaintiff's Motion for Relief Based on Defendant's Violation of this Court's October 5, 2017 Order* [Doc 322] requested sanctions of only $11,700.00.

At the 3-20-2018 hearing on the Motion, this Court ruled that by April 6, 2018, Plaintiff's counsel shall submit a Supplemental Declaration to support Plaintiff's request for the $11,700.00. money sanctions, with specific entries showing time spent on particular activity in connection with the

4/12-12:26pm

1   Motion.

2   John Wallace's Declaration ¶ 14 [Page 39 of 42] in support of the Motion calculated that he spent 15 hours x $525.00 an hour = $7,875.00, and Lisa Hiraide's Declaration ¶2 [Page 41 of 42] in support of the Motion calculated that she spent 9 hours x $425.00 an hour = $3,825.00, together totaling only $11,700.00.

Instead, Plaintiff's proposed *Order on Plaintiff's Motion for Relief Based on Defendant's Violation of this Court's October 5, 2017 Order* [Doc 335] omits the $11,700.00 amount requested in the *Plaintiff's Motion for Relief Based on Defendant's Violation of this Court's October 5, 2017 Order* [Doc 322] and instead provides: "Section # 2. Money Sanctions provides that by April 6, 2018, Plaintiff's counsel shall submit a Supplemental Declaration to support Plaintiff's request for money sanctions, with specific entries showing time spent on particular activity in connection with the Motion."

This is particularly an egregious and devious omission in the proposed Order since on 4-6-2018, Plaintiff submitted his *Supplemental Declaration of John Wallace in Support of Plaintiff's Request for Sanctions in Connection with Motion Heard on March 20, 2018* [Doc 336] and miraculously increased his request for attorneys fees to $61,312.50. John Wallace now changed his numbers to 89.1 hours at $525.00 = $46,777.50, and Lisa Hiraide changed her numbers to 34.2 hours x $425.00 = $14,535.00, totaling $61,312.50 - an unauthorized increase of $49,612.50.

Defendant requests that this Court change Plaintiff's proposed *Order on Plaintiff's Motion for Relief Based on Defendant's Violation of this Court's October 5, 2017 Order* [Doc 335] to insert the $11,700.00 in "Section # 2. to read: "Money Sanctions provides that by April 6, 2018, Plaintiff's counsel shall submit a Supplemental Declaration to support Plaintiff's request for $11,700.00 in money sanctions, with specific entries showing time spent on particular activity in connection with the Motion."

DATED:    April 12, 2018            LAW OFFICE OF BARUCH C. COHEN
                                    A Professional Law Corporation

                                    By ___/S/ Baruch C. Cohen_____
                                    Baruch C. Cohen, Esq.
                                    *Attorney for Defendant CLARK WARREN BAKER*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**4929 Wilshire Boulevard, Suite 940, Los Angeles CA 90010**

A true and correct copy of the foregoing document entitled **DEFENDANTS' OBJECTION TO PROPOSED ORDER ON PLAINTIFF'S MOTION FOR RELIEF BASED ON DEFENDANT'S VIOLATION OF THIS COURT'S OCTOBER 5, 2017 ORDER  [DOC 335]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 12, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| David P Bleistein | dbleistein@rosen-law.com, robertrosen@rosen-law.com, johnwallace@rosen-law.com, lhiraide@rosen-law.com, mail@rosen-law.com, jim@rosen-law.com, sharan@rosen-law.com |
| John Wallace | johnwallace@rosen-law.com |
| Lisa Hiraide | lhiraide@rosen-law.com |
| Baruch C Cohen | bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com |
| Alan I Nahmias | anahmias@mbnlawyers.com, jdale@mirmanbubman.com |
| Sam S Leslie (TR) | sleslie@trusteeleslie.com, sleslie@ecf.epiqsystems.com; trustee@trusteeleslie.com |
| US Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **April 12, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 12, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond, Roybal Federal Bldg. & Courthouse, 255 E. Temple St, Ste 1534, Los Angeles CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| **April 12, 2018** | **Baruch C. Cohen** | /s/ Baruch C. Cohen |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**