Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501      Fax (323) 937-4503
e-mail: baruchcohen@baruchcohenesq.com

*Attorney For Defendant CLARK WARREN BAKER*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:15-BK-20351-BB |
| CLARK WARREN BAKER | Adv. 2:15-ap-01535-BB |
| Debtor | Before the Honorable Sheri Bluebond |
| | Chapter 7 |
| JAMES MURTAGH, M.D. | **CLARK BAKER'S DECLARATION RE COMPLIANCE WITH ORDER ON PLAINTIFF'S MOTION FOR RELIEF BASED ON DEFENDANT'S VIOLATION OF THIS COURT'S OCTOBER 5, 2017 ORDER** |
| Plaintiff | |
| vs. | |
| CLARK WARREN BAKER | |
| Defendant | |

DATED:      April 13, 2018

LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation

By ___/S/ Baruch C. Cohen_____
Baruch C. Cohen, Esq.
*Attorney for Defendant CLARK WARREN BAKER*

4/13-2:27pm

# DECLARATION OF CLARK BAKER

I, CLARK BAKER, declare and state as follows:

1. The facts stated below are true and correct to the best of my personal knowledge and if called upon to testify to them, I could and would competently do so.

2. This declaration is to comply with this Court's *Order on Plaintiff's Motion for Relief Based on Defendant's Violation of this Court's October 5, 2017 Order*. This Order arises from claimed violations of this Court's earlier Order [Docket No. 291] filed on October 5, 2017. The October 5 Order required that Bruce Anderson, Plaintiff's expert witness, be given access equal to the access provided to Defendant's expert to two websites (www.jamesmurtaghmdtruth.com and www.baddocjjm.com) and an email account at hushmail.com.

## REGARDING THE HUSHMAIL ACCOUNT

3. **Regarding the Hushmail Account**, this Court ruled that by April 13, 2018, Defendant shall provide Bruce Anderson all information he needs, including without limitation username(s) and password(s), to obtain access ("Access Information") to all the emails in Defendant's Hushmail accounts, namely, email accounts hosted by Hush Communications Canada Inc. (believed to include  murtaghinfo@nym.hush.com;  nym.hush.com;  drm@nym.hush.com;  and omsj@hushmail.com) which have been on that site at any time during the ten (10) years prior to the date of this Order.

### Background Regarding the Hushmail Account

4. On March 3, 2012, to avoid the increasing level of spam emails that I was receiving, I opened an account with Hushmail "OMSJ@HUSHMAIL.COM".  Since then, I used about 10-15 disposable email sub-accounts to avoid attracting spam to my primary email accounts (CWBPI and OMSJ).

5. I rarely used Hushmail to transmit messages.  I regularly deleted spam messages that I received

on it.  My Hushmail Inbox rarely contained more than a few emails, and I typically deleted those upon receipt.  I've used HUSHMAIL for brief periods when other accounts were temporarily offline.  I never sent a message to Dr. Murtagh on any of my Hushmail accounts.  I never sent messages to third parties about Dr. Murtagh on any of my Hushmail accounts.

6.    For example, during one unrelated racketeering case that I was hired to investigate, I used the Hushmail account to RECEIVE emails from a person of interest.  I preserved those eleven emails in a separate Hushmail folder.  This case had nothing to do with Dr. Murtagh.

7.    When I managed the MurtaghTruth website, I temporarily maintained and posted the murtaghinfo@nym.hush.com email address on the website in case someone wished to provide feedback or additional information about Dr. Murtagh.  During that time, I received 33 emails in that account from Dr. Murtagh.  I preserved those 33 emails in their native format.  I am informed and believe that this is the only Hushmail account that Dr. Murtagh emailed any messages to me.

8.    My understanding of the Court order was that I was to surrender my Hushmail email account and all messages and email address contained within.  I have done this (below).  I have saved all Murtagh-related emails contained on my Hushmail account.  I was under the impression that I was obligated to save all Murtagh-related email that was contained in my Hushmail account and my email in my Outlook account, which I did. My Hushmail account contained a total of 33 Murtagh emails, 11 racketeering-related emails and about 6 spam messages.

9.    Sometime in February-March 2018 I deleted the spam messages. After the 3-20-2018 hearing, when Mr. Cohen told me that I had to get them back, I contacted Hushmail and asked a customer service manager to try to recover all previously deleted emails, including emails deleted before 2013 when this lawsuit was filed.  Hushmail recovered only six of those deleted messages and returned them to my Hushmail account.  They were all spam messages from TransUnion.

10.    With respect to my Hushmail account, I believe I am complying with the court order by providing the username and passwords for 33 Murtagh emails, the 11 unrelated Electric Family

1        emails, and the various spam emails as follows:

2        a.      murtaghinfo@nym.hush.com (This email account no longer exists).

3                i.      https://www.hushmail.com/preview/hushmail/

4                ii.     username: omsj@hushmail.com

5                iii.    password ("Passphrase"): CHQ9437osg29V%oPs

6        b.      nym.hush.com - This is not an email.

7                i.      username: n/a - This is not an email.

8                ii.     password: n/a - This is not an email.

9        c.      drm@nym.hush.com (This email account no longer exists).

10               i.      https://www.hushmail.com/preview/hushmail/

11               ii.     username: omsj@hushmail.com

12               iii.    password ("Passphrase"): CHQ9437osg29V%oPs

13       d.      omsj@hushmail.com

14               i.      https://www.hushmail.com/preview/hushmail/

15               ii.     username: omsj@hushmail.com

16               iii.    password ("Passphrase"): CHQ9437osg29V%oPs

17       e.      (disposable email sub-account) 07delete@nym.hush.com

18               i.      https://www.hushmail.com/preview/hushmail/

19               ii.     username: omsj@hushmail.com

20               iii.    password ("Passphrase"): CHQ9437osg29V%oPs

21       f.      (disposable email sub-account) commercialjunk@nym.hush.com

22               i.      https://www.hushmail.com/preview/hushmail/

23               ii.     username: omsj@hushmail.com

24               iii.    password ("Passphrase"): CHQ9437osg29V%oPs

25       g.      (disposable email sub-account) creditreport212@nym.hush.com

26               i.      https://www.hushmail.com/preview/hushmail/

27               ii.     username: omsj@hushmail.com

28

1            iii.      password ("Passphrase"): CHQ9437osg29V%oPs

2    h.      (disposable email sub-account) credor@nym.hush.com

3            i.       https://www.hushmail.com/preview/hushmail/

4            ii.      username: omsj@hushmail.com

5            iii.      password ("Passphrase"): CHQ9437osg29V%oPs

6    i.       (disposable email sub-account) delete09@nym.hush.com

7            i.       https://www.hushmail.com/preview/hushmail/

8            ii.      username: omsj@hushmail.com

9            iii.      password ("Passphrase"): CHQ9437osg29V%oPs

10    j.      (disposable email sub-account) delete21@nym.hush.com

11            i.       https://www.hushmail.com/preview/hushmail/

12            ii.      username: omsj@hushmail.com

13            iii.      password ("Passphrase"): CHQ9437osg29V%oPs

14    k.      (disposable email sub-account) delete23@nym.hush.com

15            i.       https://www.hushmail.com/preview/hushmail/

16            ii.      username: omsj@hushmail.com

17            iii.      password ("Passphrase"): CHQ9437osg29V%oPs

18    l.       (disposable email sub-account) delete57@nym.hush.com

19            i.       https://www.hushmail.com/preview/hushmail/

20            ii.      username: omsj@hushmail.com

21            iii.      password ("Passphrase"): CHQ9437osg29V%oPs

22    m.     (disposable email sub-account) cbaker@nym.hush.com (This email account no longer

23        exists).

24            i.       https://www.hushmail.com/preview/hushmail/

25            ii.      username: omsj@hushmail.com

26            iii.      password ("Passphrase"): CHQ9437osg29V%oPs

27    n.      (disposable email sub-account) electricfamily@nym.hush.com (This email account no

28

longer exists).

    i.    https://www.hushmail.com/preview/hushmail/

    ii.    username: omsj@hushmail.com

    iii.    password ("Passphrase"): CHQ9437osg29V%oPs

## REGARDING THE JAMESMURTAGHMDTRUTH WEBSITE

11.  **Regarding the jamesmurtaghmdtruth website**, this Court ruled that by April 13, 2018, Defendant shall identify all files on this site, including hidden files, and provide administrative Access Information to Mr. Anderson, for the purpose of allowing Mr. Anderson to access all files.

12.  I did not give Mr. Pickrell access to the murtaghtruth website's dashboard (admin credentials). Instead, I directed Mr Pickrell to the website and directed him to type 22634 as the password to gain access to the password-protected site. To be clear, I never provided administrative access to this website to Mr. Pickrell, nor did he testify that he received administrative access. I have provided everything that I gave to Mr. Pickrell in 2017.  I am concerned that providing administrative access to Murtagh's team can result in added things that are not contained on the website.  Nevertheless, I am complying as follows:

    a.    **Identify all files in the jamesmurtaghmdtruth website**

        i.    Attached as Exhibit "1" is a list identifying all files in the jamesmurtaghmdtruth website

    b.    **Identify all hidden files on the jamesmurtaghmdtruth website**

        i.    I have no idea what a "hidden" file is.

    c.    **Administrative Access Information  the jamesmurtaghmdtruth website**

        i.    https://jamesmurtaghmd.wordpress.com/wp-login.php

        ii.    LOGIN  exlib

        iii.    Administrative Access Password: 787H$mg8T@x8

## REGARDING THE BADDOCJJM WEBSITE

13. **Regarding the baddocjjm website**, this Court ruled that by April 13, 2018, Defendant shall provide Access Information to Mr. Anderson for this site and to the administrative dashboard at the site.

14. I have no administrative access to baddoc website. I had and have nothing to do with the website, didn't create it, didn't solicit anyone to create it, and do not own the url [Doc 210-2 Declaration of Clark Baker Page2 2-11 of 43]. Again, I have no knowledge of who created this website and had no role in its creation. When I learned that Anderson had found that my email address cb@omsj.org was associated with the website, I used the Wordpress password recovery process using that email address and determined that someone had used my email address to create a subscriber account in my name. Nevertheless, I am complying as follows:

15. At the hearing on the Motion, Murtagh's counsel asked that I recreate what was in footnote # 10 of the Motion: "Baddocjjm - Pickrell's Dashboard Access. Baker's Expert wrote that (Ex. 986 at 3-8 (Pickrell expert report) [Docket No. 252-1 (pp. 35-41 of 179)] (bold added):"

"(8) On May 8, 2017, I navigated to the BADDOCJJM website log-in page at http://www.baddocjjm..com/wp-login.php. I then typed Baker's CB@OMJS.ORG email address in the USERNAME field...."  (9) The password field was empty, and I received a message telling me that the field was empty..." (10) I then clicked the 'LOST YOUR PASSWORD?" link below the fields and found a form asking me for an email address. I filled in the form with CB@OMSJ.ORG..."  (11) When I pressed GET NEW PASSWORD, the web page directed me to "Check your email for the confirmation link."... **** (13) Baker forwarded his "password reset" email to me, which contained the following "password recovery link": (BADDOC Password Reset.pdf) http://baddocjjm.com/wp-login.php?action=rp&key=ejqh56NlkrFKnMC8bpHq&login=clarky (14) When I clicked on that link, my browser was redirected to a new WordPress field, which generated the password zewa%oMHqAulzeQr...." (15) When I clicked RESET PASSWORD, I was prompted to LOG IN using my new credentials..." (16) When I clicked LOG IN, I received a log-in

1  page and completed the fields with the new password..." (17) When I clicked LOG IN, BADDOCJJM

2  opened up WordPressdashboard for "Clark Baker" at http://baddocjjm.com/wp-admin/profile.php

3  (BADDOC dashboard.pdf)."

4  16.    I have reviewed this Court's transcript of the 3-20-2017 hearing and see that I am to get

5        Anderson to point # 17: "(17) When I clicked LOG IN, BADDOCJJM opened up

6        WordPressdashboard for "Clark Baker" at http://baddocjjm.com/wp-admin/profile.php

7        (BADDOC dashboard.pdf).""

8  17.    After receiving this demand, I recreated my email address CB@OMSJ.ORG and visited

9        http://www.baddocjjm.com/wp-login.php.  I went through the password recovery process.

10       Wordpress sent me an email with a password recovery link.  I saved the log-in and link.

11       http://baddocjjm.com/wp-login.php.

12       a.    LogIn:  cb@omsj.org

13       b.    Password:    56rfGuH

14       c.    These credentials will get me into a subscriber page.

15

16       I declare under penalty of perjury under the laws of the State of California that the foregoing

17  is true and correct. Executed April 12, 2018, at Los Angeles, California.

18                                      By ___/S/___ _____
19                                         Clark Baker

20

21

22

23

24

25

26

27

28

CASE # 2:15-AP-01535-BB MURTAGH V. BAKER
ALL FILES IN THE JAMESMURTAGHMDTRUTH WEBSITE
IN COMPLIANCE WITH ORDER ON PLAINTIFF'S MOTION FOR RELIEF
BASED ON DEFENDANT'S VIOLATION OF THIS COURT'S
OCTOBER 5, 2017 ORDER

EXHIBIT 1

/public_html/jamesmurtaghmdpsycho.biz/400.shtml
/public_html/jamesmurtaghmdpsycho.biz/401.shtml
/public_html/jamesmurtaghmdpsycho.biz/403.shtml
/public_html/jamesmurtaghmdpsycho.biz/404.shtml
/public_html/jamesmurtaghmdpsycho.biz/500.php
/public_html/jamesmurtaghmdpsycho.biz/500.shtml
/public_html/jamesmurtaghmdpsycho.biz/cgi-bin
/public_html/jamesmurtaghmdpsycho.biz/default.html
/public_html/jamesmurtaghmdpsycho.biz/error_log
/public_html/jamesmurtaghmdpsycho.biz/favicon.ico
/public_html/jamesmurtaghmdpsycho.biz/google1580de8f7c6cc172.html
/public_html/jamesmurtaghmdpsycho.biz/hosting_provider_filters.php
/public_html/jamesmurtaghmdpsycho.biz/index.php
/public_html/jamesmurtaghmdpsycho.biz/license.txt
/public_html/jamesmurtaghmdpsycho.biz/MOJOPackage-kKN4wIMuHc.tgz
/public_html/jamesmurtaghmdpsycho.biz/MOJOWordpressInstaller-xbsEPkZU2Z.php
/public_html/jamesmurtaghmdpsycho.biz/MOJOWordpressInstaller-xbsEPkZU2Z.state.json
/public_html/jamesmurtaghmdpsycho.biz/readme.html
/public_html/jamesmurtaghmdpsycho.biz/robots.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-activate.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin
/public_html/jamesmurtaghmdpsycho.biz/wp-blog-header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-comments-post.php
/public_html/jamesmurtaghmdpsycho.biz/wp-config-sample.php
/public_html/jamesmurtaghmdpsycho.biz/wp-config.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content
/public_html/jamesmurtaghmdpsycho.biz/wp-cron.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes
/public_html/jamesmurtaghmdpsycho.biz/wp-links-opml.php
/public_html/jamesmurtaghmdpsycho.biz/wp-load.php
/public_html/jamesmurtaghmdpsycho.biz/wp-login.php
/public_html/jamesmurtaghmdpsycho.biz/wp-mail.php
/public_html/jamesmurtaghmdpsycho.biz/wp-settings.php
/public_html/jamesmurtaghmdpsycho.biz/wp-signup.php
/public_html/jamesmurtaghmdpsycho.biz/wp-trackback.php
/public_html/jamesmurtaghmdpsycho.biz/xmlrpc.php/public_html/jamesmurtaghmdpsycho.biz/wp-admin/about.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/admin-ajax.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/admin-footer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/admin-functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/admin-header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/admin-post.php

1

/public_html/jamesmurtaghmdpsycho.biz/wp-admin/admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/async-upload.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/comment.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/credits.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/custom-background.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/custom-header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/customize.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/edit-comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/edit-form-advanced.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/edit-form-comment.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/edit-link-form.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/edit-tag-form.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/edit-tags.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/edit.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/error_log
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/export.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/freedoms.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/import.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/install-helper.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/install.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/link-add.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/link-manager.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/link-parse-opml.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/link.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/load-scripts.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/load-styles.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/media-new.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/media-upload.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/media.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/menu-header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/menu.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/moderation.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/ms-admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/ms-delete-site.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/ms-edit.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/ms-options.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/ms-sites.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/ms-themes.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/ms-upgrade-network.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/ms-users.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/my-sites.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/nav-menus.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/options-discussion.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/options-general.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/options-head.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/options-media.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/options-permalink.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/options-reading.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/options-writing.php

2

/public_html/jamesmurtaghmdpsycho.biz/wp-admin/options.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/plugin-editor.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/plugin-install.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/plugins.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/post-new.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/post.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/press-this.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/profile.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/revision.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/setup-config.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/theme-editor.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/theme-install.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/themes.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/tools.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/update-core.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/update.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/upgrade-functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/upgrade.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/upload.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/user-edit.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/user-new.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/users.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/widgets.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/about-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/about.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/admin-menu-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/admin-menu.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/color-picker-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/color-picker-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/color-picker.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/color-picker.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/common-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/common.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/customize-controls-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/customize-controls-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/customize-controls.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/customize-controls.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/customize-nav-menus-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/customize-nav-menus-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/customize-nav-menus.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/customize-nav-menus.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/customize-widgets-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/customize-widgets-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/customize-widgets.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/customize-widgets.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/dashboard-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/dashboard.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/deprecated-media-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/deprecated-media-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/deprecated-media.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/deprecated-media.min.css

3

/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/edit-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/edit.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/farbtastic-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/farbtastic.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/forms-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/forms.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/ie-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/ie-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/ie.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/ie.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/install-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/install-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/install.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/install.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/l10n-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/l10n.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/list-tables-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/list-tables.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/login-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/login-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/login.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/login.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/media-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/media.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/nav-menus-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/nav-menus.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/press-this-editor-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/press-this-editor.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/press-this-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/press-this-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/press-this.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/press-this.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/revisions-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/revisions.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/site-icon-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/site-icon.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/themes-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/themes.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/widgets-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/widgets.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/wp-admin-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/wp-admin-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/wp-admin.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/wp-admin.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/_admin.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/_mixins.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/_variables.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/blue/colors-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/blue/colors-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/blue/colors.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/blue/colors.min.css

4

/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/blue/colors.scss

/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/coffee/colors-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/coffee/colors-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/coffee/colors.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/coffee/colors.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/coffee/colors.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/ectoplasm/colors-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/ectoplasm/colors-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/ectoplasm/colors.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/ectoplasm/colors.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/ectoplasm/colors.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/light/colors-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/light/colors-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/light/colors.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/light/colors.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/light/colors.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/midnight/colors-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/midnight/colors-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/midnight/colors.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/midnight/colors.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/midnight/colors.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/ocean/colors-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/ocean/colors-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/ocean/colors.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/ocean/colors.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/ocean/colors.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/sunrise/colors-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/sunrise/colors-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/sunrise/colors.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/sunrise/colors.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/css/colors/sunrise/colors.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/align-center-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/align-center.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/align-left-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/align-left.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/align-none-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/align-none.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/align-right-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/align-right.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/arrows-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/arrows.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/browser.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/bubble_bg-2x.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/bubble_bg.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/comment-grey-bubble-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/comment-grey-bubble.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/date-button-2x.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/date-button.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/generic.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/icons32-2x.png

5

/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/icons32-vs-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/icons32-vs.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/icons32.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/imgedit-icons-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/imgedit-icons.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/list-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/list.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/marker.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/mask.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/media-button-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/media-button-image.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/media-button-music.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/media-button-other.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/media-button-video.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/media-button.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/menu-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/menu-vs-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/menu-vs.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/menu.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/no.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/post-formats-vs.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/post-formats.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/post-formats32-vs.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/post-formats32.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/resize-2x.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/resize-rtl-2x.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/resize-rtl.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/resize.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/se.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/sort-2x.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/sort.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/spinner-2x.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/spinner.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/stars-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/stars.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/w-logo-blue.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/w-logo-white.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/wheel.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/wordpress-logo-white.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/wordpress-logo.png
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/wordpress-logo.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/wpspin_light-2x.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/wpspin_light.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/xit-2x.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/xit.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/images/yes.png


/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/admin-filters.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/admin.php

6

/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/ajax-actions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/bookmark.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-ftp-pure.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-ftp-sockets.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-ftp.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-pclzip.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-walker-category-checklist.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-walker-nav-menu-checklist.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-walker-nav-menu-edit.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-comments-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-filesystem-base.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-filesystem-direct.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-filesystem-ftpext.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-filesystem-ftpsockets.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-filesystem-ssh2.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-importer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-internal-pointers.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-links-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-media-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-ms-sites-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-ms-themes-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-ms-users-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-plugin-install-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-plugins-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-post-comments-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-posts-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-press-this.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-screen.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-site-icon.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-terms-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-theme-install-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-themes-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-upgrader-skins.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-upgrader.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/class-wp-users-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/comment.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/continents-cities.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/credits.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/dashboard.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/deprecated.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/edit-tag-messages.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/export.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/file.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/image-edit.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/image.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/import.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/media.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/menu.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/meta-boxes.php

/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/misc.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/ms-admin-filters.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/ms-deprecated.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/ms.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/nav-menu.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/network.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/noop.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/options.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/plugin-install.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/plugin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/post.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/revision.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/schema.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/screen.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/taxonomy.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/template.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/theme-install.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/theme.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/translation-install.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/update-core.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/update.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/upgrade.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/user.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/includes/widgets.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/accordion.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/accordion.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/bookmarklet.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/bookmarklet.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/color-picker.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/color-picker.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/comment.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/comment.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/common.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/common.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/custom-background.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/custom-background.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/custom-header.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/customize-controls.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/customize-controls.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/customize-nav-menus.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/customize-nav-menus.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/customize-widgets.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/customize-widgets.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/dashboard.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/dashboard.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/edit-comments.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/edit-comments.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/editor-expand.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/editor-expand.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/editor.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/editor.min.js

/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/farbtastic.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/gallery.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/gallery.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/image-edit.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/image-edit.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/inline-edit-post.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/inline-edit-post.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/inline-edit-tax.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/inline-edit-tax.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/iris.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/language-chooser.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/language-chooser.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/link.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/link.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/media-gallery.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/media-gallery.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/media-upload.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/media-upload.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/media.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/media.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/nav-menu.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/nav-menu.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/password-strength-meter.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/password-strength-meter.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/plugin-install.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/plugin-install.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/post.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/post.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/postbox.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/postbox.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/press-this.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/press-this.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/revisions.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/revisions.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/set-post-thumbnail.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/set-post-thumbnail.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/svg-painter.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/svg-painter.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/tags-box.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/tags-box.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/tags.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/tags.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/theme.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/theme.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/updates.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/updates.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/user-profile.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/user-profile.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/user-suggest.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/user-suggest.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/widgets.js

/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/widgets.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/word-count.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/word-count.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/wp-fullscreen-stub.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/wp-fullscreen-stub.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/xfn.js
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/js/xfn.min.js


/public_html/jamesmurtaghmdpsycho.biz/wp-admin/maint/repair.php

/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/about.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/credits.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/edit.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/freedoms.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/menu.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/plugin-editor.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/plugin-install.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/plugins.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/profile.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/settings.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/setup.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/site-info.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/site-new.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/site-settings.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/site-themes.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/site-users.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/sites.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/theme-editor.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/theme-install.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/themes.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/update-core.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/update.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/upgrade.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/user-edit.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/user-new.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/network/users.php


/public_html/jamesmurtaghmdpsycho.biz/wp-admin/user/about.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/user/admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/user/credits.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/user/freedoms.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/user/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/user/menu.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/user/profile.php
/public_html/jamesmurtaghmdpsycho.biz/wp-admin/user/user-edit.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/fv-flowplayer-custom
/public_html/jamesmurtaghmdpsycho.biz/wp-content/mu-plugins
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes
/public_html/jamesmurtaghmdpsycho.biz/wp-content/upgrade
/public_html/jamesmurtaghmdpsycho.biz/wp-content/uploads
/public_html/jamesmurtaghmdpsycho.biz/wp-content/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/install.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/fv-flowplayer-custom/style-1.css

/public_html/jamesmurtaghmdpsycho.biz/wp-content/mu-plugins/endurance-browser-cache.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/mu-plugins/endurance-page-cache.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/index.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/akismet.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/class.akismet-admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/class.akismet-widget.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/class.akismet.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/LICENSE.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/wrapper.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/_inc/akismet.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/_inc/akismet.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/_inc/form.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/_inc/img/logo-full-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/views/config.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/views/get.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/views/notice.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/views/start.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/views/stats.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/akismet/views/strict.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/cartpauj-register-
captcha/captcha_code.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/cartpauj-register-
captcha/captcha_images.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/cartpauj-register-captcha/cartpauj-
register-captcha.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/cartpauj-register-captcha/logo-login.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/cartpauj-register-captcha/monofont.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/cartpauj-register-captcha/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/cartpauj-register-captcha/shared.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/disable-

comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/uninstall.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/disable-comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/uninstall.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/includes/comments-template.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/includes/settings-page.php


/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-de_DE.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-de_DE.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-es_ES.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-es_ES.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-fa_ir.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-fa_ir.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-fr_FR.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-fr_FR.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-id_ID.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-id_ID.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-pl_PL.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-pl_PL.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-pt_BR.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-pt_BR.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-ru_RU.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-ru_RU.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-vi.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-comments-vi.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-

12

comments-vi_VI.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-
comments-vi_VI.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-
comments-zh_TW.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-
comments-zh_TW.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/disable-comments/languages/disable-
comments.pot


/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/flowplayer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/LICENSE.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/screenshot-
1.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/screenshot-
2.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/screenshot-
3.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/screenshot-
4.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/screenshot-
5.png


/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-
flowplayer/controller/backend.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-
flowplayer/controller/frontend.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-
flowplayer/controller/shortcodes.php


/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/admin.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-
flowplayer/css/background.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/bigplay.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/bigplay.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/close1.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/controls.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-
flowplayer/css/flowplayer.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/license.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/loading.gif


/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-

13

flowplayer/css/fonts/fpicons.eot
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/fonts/fpicons.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/fonts/fpicons.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/fonts/fpicons.woff


/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/img/exit_btn.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/img/flowplayer-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/img/flowplayer.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/img/flp-share-icons.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/img/media-button.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/img/no_play_white-x2.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/img/no_play_white.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/img/play_white-x2.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/img/play_white.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/img/play_white_rtl-x2.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/img/play_white_rtl.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/img/techinfo.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/css/img/uploader-icons.png


/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/flowplayer/embed.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/flowplayer/flowplayer.swf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/flowplayer/flowplayerhls.swf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/flowplayer/fv-flowplayer.min.js


/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/images/admin-

14

bar-sprite.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/images/fabric-plaid-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/images/fv-wp-flowplayer-led-monitor.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/images/icon.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/images/list-bullet.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/images/red-button-large.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/images/red-button.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/images/wpspin.gif


/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/includes/extra-functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/includes/fp-api.php


/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/js/jquery.colorbox-min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/js/shortcode-editor.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/js/jscolor/arrow.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/js/jscolor/cross.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/js/jscolor/hs.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/js/jscolor/hv.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/js/jscolor/jscolor.js


/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/languages/fv_flowplayer-cs_CZ.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/languages/fv_flowplayer-cs_CZ.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/languages/fv_flowplayer-de_DE.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/languages/fv_flowplayer-de_DE.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/languages/fv_flowplayer-es_ES.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/languages/fv_flowplayer-es_ES.po

15

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-
flowplayer/languages/fv_flowplayer-sk_SK.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-
flowplayer/languages/fv_flowplayer-sk_SK.po


/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-
flowplayer/mediaelement/flashmediaelement.swf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-
flowplayer/mediaelement/mediaelement-and-player.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-
flowplayer/mediaelement/silverlightmediaelement.xap


/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-
flowplayer/models/checker.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-
flowplayer/models/flowplayer-frontend.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-
flowplayer/models/flowplayer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-
flowplayer/models/widget.php


/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/view/admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/fv-wordpress-flowplayer/view/wizard.php


/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/changelog.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-autoupdate.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-bbpress-json-api-
compat.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-cli.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-client-server.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-client.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-data.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-debugger.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-error.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-heartbeat.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-ixr-client.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-jitm.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-modules-list-
table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-network-sites-list-
table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-network.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-options.php

Exhibit "1" Page 16 of 116

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-post-images.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-signature.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-sync.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-tracks.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-twitter-cards.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-user-agent.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack-xmlrpc-server.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.jetpack.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.json-api-endpoints.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.json-api.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.media-extractor.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.media-summary.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/class.photon.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/composer.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/functions.compat.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/functions.gallery.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/functions.opengraph.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/functions.photon.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/jetpack.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-api-config.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/locales.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/require-lib.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/uninstall.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/wpml-config.xml
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/3rd-party/3rd-party.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/3rd-party/bbpress.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/3rd-party/bitly.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/3rd-party/buddypress.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/3rd-party/wpml.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/footer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/gallery-settings.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/genericons.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/jetpack-admin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/jetpack-jitm.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/jetpack-modules.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/jetpack-modules.models.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/jetpack-modules.views.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/jetpack.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/jp-my-jetpack.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/jp.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/jquery.inview.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/jquery.jetpack-resize.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/jquery.jetpack-sync.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/jquery.spin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/postmessage.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/spin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/fonts/automatticons/automatticons.eot

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/fonts/automatticons/automatticons.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/fonts/automatticons/automatticons.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/fonts/automatticons/automatticons.woff
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/fonts/jetpack/jetpack.eot
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/fonts/jetpack/jetpack.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/fonts/jetpack/jetpack.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/fonts/jetpack/jetpack.woff
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/genericons/COPYING.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/genericons/genericons.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/genericons/LICENSE.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/genericons/README.md
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/genericons/genericons/genericons.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/genericons/genericons/Genericons.eot
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/genericons/genericons/Genericons.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/genericons/genericons/Genericons.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/genericons/genericons/Genericons.woff
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/genericons/genericons/rtl/genericons-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/lib/admin-pages/class.jetpack-admin-page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/lib/admin-pages/class.jetpack-landing-page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/lib/admin-pages/class.jetpack-my-jetpack-page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/lib/admin-pages/class.jetpack-settings-page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/lib/markdown/0-load.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/lib/markdown/extra.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/lib/markdown/gfm.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/lib/markdown/README.md
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/lib/tracks/class.tracks-client.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/lib/tracks/class.tracks-event.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/lib/tracks/client.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/_inc/lib/tracks/tracks-ajax.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/dashboard-widget-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/dashboard-widget-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/dashboard-widget.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/dashboard-widget.css.map
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/dashboard-widget.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/dashboard-widget.min.css.map

**Exhibit "1" Page 18 of 116**

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-admin-jitm-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-admin-jitm-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-admin-jitm.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-admin-jitm.css.map
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-admin-jitm.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-admin-jitm.min.css.map
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-admin-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-admin-rtl.css.map
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-admin-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-admin-rtl.min.css.map
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-admin.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-admin.css.map
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-admin.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-admin.min.css.map
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-banners-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-banners-rtl.css.map
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-banners-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-banners-rtl.min.css.map
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-banners.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-banners.css.map
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-banners.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-banners.min.css.map
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-icons.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-icons.css.map
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-icons.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-icons.min.css.map
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jetpack.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jp-benefits.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/css/jp-benefits.css.map
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/connect-plug.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/custom-css.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/custom-css@2x.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/download-arrow.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/jetpack-icon.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/jetpack-logo.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/jetpack-logo.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/jetpack-protect-shield.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/new-badge.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rocketeer.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/stats-smiley.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/the-cloud-sm.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/the-cloud.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/the-footcloud.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/the-undercloud.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/wordpress-connect.jpg

19

Exhibit "1" Page 19 of 116

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/wordpress-connect@2x.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/wordpress-stats.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/wordpress-stats@2x.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/blue-large.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/blue-medium.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/blue-small.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/green-large.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/green-medium.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/green-small.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/orange-large.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/orange-medium.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/orange-small.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/pink-large.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/pink-medium.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/pink-small.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/purple-large.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/purple-medium.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/purple-small.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/red-large.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/red-medium.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/red-small.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/silver-large.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/silver-medium.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/rss/silver-small.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/beautifulmath.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/carousel.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/comments.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/contactform.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/custom-content-types.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/custom-css.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/google-plus.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/hovercards.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/likes.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/manage.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/mobile-push-notifications.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/mobile-theme.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/notes.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/post-by-email.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/publicize.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/related-

20

posts.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/sharing.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/shortcodes.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/shortlinks.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/spelling.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/stats.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/subscriptions.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/tiled-gallery.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/vaultpress.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/images/screenshots/widgets.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-autosave-post-v1-1-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-comment-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-delete-media-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-delete-media-v1-1-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-get-autosave-v1-1-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-get-comment-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-get-customcss.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-get-media-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-get-media-v1-1-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-get-post-counts-v1-1-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-get-post-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-get-post-v1-1-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-get-site-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-get-site-v1-2-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-get-taxonomies-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-get-taxonomy-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-list-comments-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-list-embeds-endpoint.php

21

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-list-invites-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-list-media-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-list-media-v1-1-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-list-post-types-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-list-posts-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-list-posts-v1-1-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-list-roles-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-list-shortcodes-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-list-users-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-menus-v1-1-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-post-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-post-v1-1-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-publicize-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-render-embed-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-render-embed-reversal-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-render-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-render-shortcode-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-sharing-buttons-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-site-settings-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-site-settings-v1-2-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-site-user-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-taxonomy-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-update-comment-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-update-customcss.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-update-invites-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-

22

json-api-update-media-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-update-media-v1-1-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-update-post-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-update-post-v1-1-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-update-post-v1-2-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-update-taxonomy-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-update-user-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-upload-media-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/class.wpcom-json-api-upload-media-v1-1-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-check-capabilities-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-core-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-core-modify-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-log-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-maybe-auto-update-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-modules-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-modules-get-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-modules-list-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-modules-modify-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-plugins-delete-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-plugins-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-plugins-get-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-plugins-install-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-plugins-list-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-plugins-modify-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/class.jetpack-json-api-sync-endpoint.php

23

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-
endpoints/jetpack/class.jetpack-json-api-themes-active-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-
endpoints/jetpack/class.jetpack-json-api-themes-delete-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-
endpoints/jetpack/class.jetpack-json-api-themes-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-
endpoints/jetpack/class.jetpack-json-api-themes-get-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-
endpoints/jetpack/class.jetpack-json-api-themes-install-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-
endpoints/jetpack/class.jetpack-json-api-themes-list-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-
endpoints/jetpack/class.jetpack-json-api-themes-modify-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-
endpoints/jetpack/class.jetpack-json-api-updates-status-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-
endpoints/jetpack/class.wpcom-json-api-get-option-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-
endpoints/jetpack/class.wpcom-json-api-update-option-endpoint.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/json-endpoints/jetpack/json-api-
endpoints.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-af.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-az.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-bg_BG.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-bs_BA.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-ca.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-ckb.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-cs_CZ.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-cy.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-da_DK.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-el.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-es_CL.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-fa_IR.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-gd.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-gl_ES.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-hr.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-hu_HU.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-is_IS.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-ka_GE.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-lt_LT.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-lv.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-mk_MK.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-ms_MY.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-my_MM.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-nb_NO.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-nn_NO.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-pl_PL.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-pt_PT.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-sa_IN.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-si_LK.mo

24

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-sk_SK.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-sl_SI.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-sr_RS.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-te.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-th.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-uk.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-ur.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/jetpack-vi.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/languages/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/carousel.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-content-types.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/debug.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/enhanced-distribution.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/gplus-authorship.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/gravatar-hovercards.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/holiday-snow.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/json-api.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/latex.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/likes.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/manage.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/markdown.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/minileven.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/mobile-push.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/module-extras.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/module-headings.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/module-info.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/monitor.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/notes.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/omnisearch.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/photon.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/post-by-email.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/protect.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/random-redirect.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/related-posts.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortlinks.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/site-icon.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sitemaps.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/social-links.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sso.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/stats.php

25

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/subscriptions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tonesque.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/vaultpress.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/verification-tools.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/videopress.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widget-visibility.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/wpcc.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/wpgroho.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/atd-autoproofread.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/atd-nonvis-editor-plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/atd-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/atd-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/atd.core.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/atd.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/atd.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/button.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/config-options.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/config-unignore.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/jquery.atd.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/proxy.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/rtl/atd-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/tinymce/atdbuttontr.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/tinymce/editor_plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/tinymce/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/tinymce/css/content.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/after-the-deadline/tinymce/css/content.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/carousel/jetpack-carousel-ie8fix.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/carousel/jetpack-carousel.css

26

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/carousel/jetpack-carousel.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/carousel/jetpack-carousel.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/carousel/images/arrows-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/carousel/images/arrows.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/carousel/images/carousel-likereblog-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/carousel/images/carousel-likereblog.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/carousel/images/carousel-link-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/carousel/images/carousel-link.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/carousel/images/carousel-sprite-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/carousel/images/carousel-sprite.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/carousel/rtl/jetpack-carousel-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/comments/admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/comments/base.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/comments/comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/grunion-contact-form.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/grunion-form-view.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/grunion-omnisearch.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/css/grunion.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/css/menu-alter-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/css/menu-alter-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/css/menu-alter.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/css/menu-alter.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/css/rtl/grunion-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/css/rtl/menu-alter-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/blank-screen-akismet.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/blank-screen-button.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/grunion-form-2x.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/grunion-form.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/grunion-menu-2x.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/grunion-menu-big-2x.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/grunion-menu-big.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/grunion-menu-hover-2x.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/grunion-menu-hover.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/grunion-menu.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/grunion-remove-field-2x.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/grunion-remove-field-hover-2x.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/grunion-remove-field-hover.gif

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/grunion-remove-field.gif

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/grunion-remove-option-2x.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/grunion-remove-option-hover-2x.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/grunion-remove-option-hover.gif

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/images/grunion-remove-option.gif

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/js/grunion-admin.js

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/js/grunion-frontend.js

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/contact-form/js/grunion.js

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/csstidy/class.csstidy.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/csstidy/class.csstidy_ctype.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/csstidy/class.csstidy_optimise.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/csstidy/class.csstidy_print.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/csstidy/cssparse-rtl.css

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-

28

css/csstidy/cssparse-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/csstidy/cssparse.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/csstidy/cssparse.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/csstidy/cssparsed-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/csstidy/cssparsed-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/csstidy/cssparsed.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/csstidy/cssparsed.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/csstidy/data-wp.inc.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/csstidy/data.inc.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/csstidy/lang.inc.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/csstidy/wordpress-standard.tpl
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css/preprocessors.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css/css/blank.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css/css/codemirror-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css/css/codemirror-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css/css/codemirror.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css/css/codemirror.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css/css/css-editor.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css/css/css-editor.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css/css/use-codemirror.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css/css/use-codemirror.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css/rtl/codemirror-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css/js/codemirror.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css/js/css-editor.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css/js/use-codemirror.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css/preprocessors/lessc.inc.php

**Exhibit "1" Page 29 of 116**

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-css/custom-css/preprocessors/scss.inc.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/comics.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/nova.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/portfolios.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/testimonial.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/comics/admin.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/comics/comics.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/comics/comics.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/comics/rtl/comics-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/css/edit-items.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/css/many-items.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/css/nova-font.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/css/nova.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/css/portfolio-shortcode.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/css/testimonial-shortcode.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/js/many-items.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/js/menu-checkboxes.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/custom-post-types/js/nova-drag-drop.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/holiday-snow/snowstorm.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/infinity.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/infinity.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/infinity.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/themes/twentyeleven.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/themes/twentyeleven.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/themes/twentyfifteen-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/themes/twentyfifteen.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/themes/twentyfifteen.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/themes/twentyfourteen.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/themes/twentyfourteen.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/themes/twentysixteen-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/themes/twentysixteen.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/themes/twentysixteen.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/themes/twentyten.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/themes/twentyten.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/themes/twentythirteen.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/themes/twentythirteen.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/themes/twentytwelve.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/infinite-scroll/themes/twentytwelve.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/likes/post-count-jetpack.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/likes/post-count.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/likes/queuehandler.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/likes/style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/likes/post-count-jetpack.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/likes/post-count.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/likes/queuehandler.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/likes/style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/manage/activate-admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/manage/confirm-admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/markdown/easy-markdown.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/minileven/minileven.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/minileven/images/wp-app-devices.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/minileven/theme/pub/minileven/comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/minileven/theme/pub/minileven/content-gallery.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/minileven/theme/pub/minileven/content.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/minileven/theme/pub/minileven/footer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/minileven/theme/pub/minileven/functions.php

31

/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/image.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/screenshot.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/searchform.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/sidebar.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/inc/custom-header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/inc/template-tags.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/inc/tweaks.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/inc/fonts/genericons-regular-
webfont.eot
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/inc/fonts/genericons-regular-
webfont.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/inc/fonts/genericons-regular-
webfont.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/inc/fonts/genericons-regular-
webfont.woff
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/minileven/theme/pub/minileven/js/small-menu.js
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/omnisearch/omnisearch-comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/omnisearch/omnisearch-core.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/omnisearch/omnisearch-jetpack-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/omnisearch/omnisearch-jetpack-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/omnisearch/omnisearch-jetpack.css
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/omnisearch/omnisearch-jetpack.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-

32

**Exhibit "1" Page 32 of 116**

content/plugins/jetpack/modules/omnisearch/omnisearch-media.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/omnisearch/omnisearch-plugins.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/omnisearch/omnisearch-posts.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/omnisearch/omnisearch-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/omnisearch/omnisearch-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/omnisearch/omnisearch.css
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/omnisearch/omnisearch.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/omnisearch/rtl/omnisearch-jetpack-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/omnisearch/rtl/omnisearch-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/photon/photon.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/post-by-email/post-by-email.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/post-by-email/post-by-email.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/post-by-email/post-by-email.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/protect/config-ui.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/protect/math-fallback.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/protect/protect-dashboard-widget-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/protect/protect-dashboard-widget-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/protect/protect-dashboard-widget.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/protect/protect-dashboard-widget.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/protect/shared-functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/protect/transient-cleanup.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/enhanced-open-graph.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/publicize-jetpack.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/publicize.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/ui.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/publicize/assets/connected.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/publicize/assets/facebook-logo.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/publicize/assets/linkedin-logo.png

33

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/assets/path-logo.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/assets/publicize-fb-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/assets/publicize-google-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/assets/publicize-linkedin-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/assets/publicize-path-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/assets/publicize-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/assets/publicize-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/assets/publicize-tumblr-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/assets/publicize-twitter-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/assets/publicize.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/assets/publicize.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/assets/publicize.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/assets/spinner.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/assets/tumblr-logo.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/assets/twitter-logo.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/publicize/assets/rtl/publicize-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/related-posts/jetpack-related-posts.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/related-posts/related-posts.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/related-posts/related-posts.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/related-posts/rtl/related-posts-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/admin-sharing-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/admin-sharing-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/admin-sharing.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/admin-sharing.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/admin-sharing.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-

34

content/plugins/jetpack/modules/sharedaddy/recaptcha.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/sharedaddy.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/sharing-
service.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/sharing-
sources.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/sharing.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/sharing.js
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/sharing.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/after-the-deadline@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/comments@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/contact-form@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/custom.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/custom@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/designfloat.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/digg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/digg@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/divider.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/divider@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/draggy.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/draggy@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/email.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/email@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/ember.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/enhanced-distribution@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/facebook.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/facebook@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/feed.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/googleplus1.png

35

/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/googleplus1@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/icon-facebook-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/icon-facebook.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/icon-googleplus-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/icon-googleplus.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/icon-twitter-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/icon-twitter.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/icon-wordpress-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/icon-wordpress.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/kindle.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/kindle@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/linkedin-horizontal.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/linkedin-horizontal@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/linkedin-nocount.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/linkedin-nocount@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/linkedin-smart.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/linkedin-smart@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/linkedin-vertical.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/linkedin-vertical@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/linkedin.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/linkedin@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/more.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/more@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/pinterest.png
/public_html/jamesmurtaghmdpsycho.biz/wp-

36

content/plugins/jetpack/modules/sharedaddy/images/pinterest@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/pocket.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/pocket@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/print.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/print@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/reddit.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/reddit@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/rss.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/rss@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/share-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/sharing-hidden.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/sharing-hidden@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/smart-digg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/smart-digg@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/smart-facebook.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/smart-facebook@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/smart-googleplus1.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/smart-googleplus1@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/smart-like.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/smart-like@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/smart-pinterest.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/smart-pinterest@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/smart-pocket.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/smart-pocket@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/smart-reddit.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/sharedaddy/images/smart-reddit@2x.png

37

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/images/smart-skype.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/images/smart-skype@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/images/smart-stumbleupon.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/images/smart-stumbleupon@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/images/smart-tumblr.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/images/smart-tumblr@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/images/smart-twitter.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/images/smart-twitter@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/images/tumblr.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/images/tumblr@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/images/twitter.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/images/twitter@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/images/wordpress.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sharedaddy/images/wordpress@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/archives.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/audio.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/bandcamp.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/blip.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/cartodb.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/codepen.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/dailymotion.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/diggthis.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/facebook.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/flickr.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/gist.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/googlemaps.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/googleplus.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/googlevideo.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/houzz.php

38

/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/instagram.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/medium.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/mixcloud.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/polldaddy.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/presentations.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/recipe.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/scribd.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/slideshare.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/slideshow.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/soundcloud.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/ted.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/twitchtv.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/twitter-
timeline.php
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/videopress.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/vimeo.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/vine.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/wufoo.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/youtube.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/css/recipes-
print.css
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/css/recipes.css
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/css/slideshow-shortcode.css
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/css/style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/css/rtl/recipes-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/css/rtl/slideshow-shortcode-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/images/collapse.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/images/expand.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/images/slide-nav.png

/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/img/slideshow-controls-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/plugins/jetpack/modules/shortcodes/img/slideshow-controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-

content/plugins/jetpack/modules/shortcodes/img/slideshow-loader.gif

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/js/audio-shortcode.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/js/facebook.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/js/gist.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/js/instagram.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/js/jmpress.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/js/jmpress.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/js/jquery.cycle.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/js/main.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/js/recipes-printthis.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/js/recipes.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/shortcodes/js/slideshow-shortcode.js

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/site-icon/browser.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/site-icon/jetpack-site-icon.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/site-icon/site-icon-functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/site-icon/upload-site-icon.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/site-icon/css/site-icon-admin.css

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/site-icon/js/site-icon-admin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/site-icon/js/site-icon-crop.js

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sitemaps/sitemap-xsl.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/sitemaps/sitemaps.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/subscriptions/subscriptions.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/featured-content.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/infinite-scroll.php

40

**Exhibit "1" Page 40 of 116**

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/random-
redirect.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/responsive-
videos.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-
breadcrumbs.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-
logo.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/social-
links.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/social-
menu.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-
tools/compat/twentyfifteen-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-
tools/compat/twentyfifteen.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-
tools/compat/twentyfifteen.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-
tools/compat/twentyfourteen-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-
tools/compat/twentyfourteen.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-
tools/compat/twentyfourteen.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-
tools/compat/twentysixteen-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-
tools/compat/twentysixteen.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-
tools/compat/twentysixteen.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-
tools/js/suggest.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/responsive-
videos/responsive-videos.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/responsive-
videos/responsive-videos.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/responsive-
videos/responsive-videos.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-
logo/css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-
logo/inc
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-logo/js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-
logo/css/site-logo-control-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-
logo/css/site-logo-control-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-
logo/css/site-logo-control.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-
logo/css/site-logo-control.min.css

41

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-logo/inc/class-site-logo-control.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-logo/inc/class-site-logo.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-logo/inc/compat.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-logo/inc/functions.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-logo/js/site-logo-control.js

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-logo/js/site-logo-control.min.js

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-logo/js/site-logo-header-text.js

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-logo/js/site-logo-header-text.min.js

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-logo/js/site-logo.js

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/site-logo/js/site-logo.min.js

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/theme-tools/social-menu/social-menu.css

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/tiled-gallery.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/math/class-constrained-array-rounding.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/tiled-gallery/tiled-gallery-circle.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/tiled-gallery/tiled-gallery-item.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/tiled-gallery/tiled-gallery-layout.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/tiled-gallery/tiled-gallery-rectangular.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/tiled-gallery/tiled-gallery-shape.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/tiled-gallery/tiled-gallery-square.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/tiled-gallery/tiled-gallery.css

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/tiled-gallery/tiled-gallery.js

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/tiled-gallery/rtl/tiled-gallery-rtl.css

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/tiled-gallery/templates/carousel-container.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/tiled-gallery/templates/circle-layout.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/tiled-gallery/templates/rectangular-layout.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/tiled-

gallery/templates/square-layout.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/tiled-gallery/templates/partials/carousel-image-args.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/tiled-gallery/tiled-gallery/templates/partials/item.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/verification-tools/blog-verification-tools.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/videopress/class.videopress-player.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/videopress/class.videopress-video.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/videopress/shortcode.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/videopress/videopress-admin-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/videopress/videopress-admin-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/videopress/videopress-admin.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/videopress/videopress-admin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/videopress/videopress-admin.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/videopress/videopress.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widget-visibility/widget-conditions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widget-visibility/widget-conditions/widget-conditions-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widget-visibility/widget-conditions/widget-conditions-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widget-visibility/widget-conditions/widget-conditions.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widget-visibility/widget-conditions/widget-conditions.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widget-visibility/widget-conditions/widget-conditions.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widget-visibility/widget-conditions/rtl/widget-conditions-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/contact-info.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/facebook-likebox.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/gallery.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/goodreads.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/googleplus-badge.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/gravatar-profile.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/gravatar-profile.php

43

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/image-widget.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/rsslinks-widget.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/social-media-icons.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/top-posts.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/twitter-timeline.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/wordpress-post-widget.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/contact-info/contact-info-map.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/facebook-likebox/style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/gallery/css/admin-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/gallery/css/admin-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/gallery/css/admin.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/gallery/css/admin.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/gallery/css/rtl/admin-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/gallery/js/admin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/gallery/js/gallery.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/gallery/templates/form.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/goodreads/css/goodreads.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/goodreads/css/goodreads.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/google-plus/js/admin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/image-widget/style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/social-media-icons/style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/top-posts/style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/modules/widgets/wordpress-post-widget/style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/dashboard-widget.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/jetpack-admin-jitm.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/jetpack-admin.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/jetpack-banners.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/jetpack-icons.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/_accessibility.scss

44

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/_clearings.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/_grid.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/_ie.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/_normalize.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/_print.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/mixins/_arrows.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/mixins/_breakpoint.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/mixins/_button.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/mixins/_custom-scrollbar.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/mixins/_full-width-bars.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/mixins/_gradient--vertical.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/mixins/_ie__gradient--vertical.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/mixins/_image-replacement.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/mixins/_mixins.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/mixins/_retina-background.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/_utilities/mixins/_sections.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/atoms/_animations.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/atoms/_buttons.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/atoms/_media.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/atoms/colors/_colors.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/atoms/icons/_automatticons.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/atoms/icons/_jetpack.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/atoms/typography/_functions.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/atoms/typography/_typography.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/atoms/typography/_variables.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/molecules/_nav-horizontal.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/organisms/_banners.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/pages/_connection.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/pages/_manage.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/pages/_protect.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/templates/_dashboard-widget.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/templates/_id-crisis.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/templates/_main.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/templates/_nux-landing-

45

2015.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/scss/templates/_settings.scss
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/views/admin/admin-page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/views/admin/landing-page-templates.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/views/admin/module-modal-template.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/views/admin/must-connect-main-blog.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/views/admin/my-jetpack-page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/views/admin/network-activated-notice.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/views/admin/network-admin-alert.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/views/admin/network-admin-footer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/views/admin/network-admin-header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/jetpack/views/admin/network-settings.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/lightbox-plus.pot
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/lightboxplus.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/screenshot-1.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/screenshot-2.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/screenshot-3.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/screenshot-4.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/screenshot-5.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/screenshot-6.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/trivia.fla
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/trivia.swf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/triviainfo.xml
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/lightbox.admin.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/lightbox.admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/lightbox.inline.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/lightbox.secondary.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/aflt-100x26-digwp.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/aflt-100x26-genesis.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/aflt-100x26-grvfrm.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/aflt-100x26-rckstr.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/aflt-265x70-sumome.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/exclamation.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/help.png

46

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/information.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/ui-bg_diagonals-thick_90_eeeeee_40x40.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/ui-bg_flat_0_aaaaaa_40x100.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/ui-bg_flat_75_ffffff_40x100.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/ui-bg_glass_55_fbf9ee_1x400.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/ui-bg_glass_65_ffffff_1x400.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/ui-bg_glass_75_dadada_1x400.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/ui-bg_glass_75_e6e6e6_1x400.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/ui-bg_glass_95_fef1ec_1x400.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/ui-bg_highlight-soft_75_cccccc_1x100.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/ui-icons_222222_256x240.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/ui-icons_2e83ff_256x240.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/ui-icons_454545_256x240.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/ui-icons_888888_256x240.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/admin/images/ui-icons_cd0a0a_256x240.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/classes/actions.class.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/classes/filters.class.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/classes/init.class.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/classes/shd.class.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/classes/shortcode.class.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/classes/shortcode30.class.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/classes/shortcode34.class.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/classes/utility.class.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/classes/actions.class.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/classes/filters.class.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/classes/init.class.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/classes/shd.class.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/classes/shortcode.class.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/classes/shortcode30.class.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/classes/shortcode34.class.php

47

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/classes/utility.class.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/black/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/black/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/black/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/black/images/close.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/black/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/black/images/nextblack.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/black/images/prevblack.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/blackbox/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/blackbox/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/blackbox/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/blackbox/images/border.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/blackbox/images/controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/blackbox/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/blackbox/images/loading_background.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/blackbox/images/overlay.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/blue/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/blue/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/blue/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/blue/images/close.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/blue/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/blue/images/nextblue.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/blue/images/prevblue.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/burgundy/images
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/burgundy/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/burgundy/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/burgundy/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/burgundy/images/close.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/burgundy/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/burgundy/images/nextred.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/burgundy/images/prevred.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dark/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dark/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dark/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-

48

plus/css/dark/images/controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dark/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dropshadow/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dropshadow/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dropshadow/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dropshadow/images/border.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dropshadow/images/controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dropshadow/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dropshadow/images/loading_background.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dropshadow/images/overlay.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dropshadow/images/ie6/borderBottomCenter.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dropshadow/images/ie6/borderBottomLeft.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dropshadow/images/ie6/borderBottomRight.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dropshadow/images/ie6/borderMiddleLeft.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dropshadow/images/ie6/borderMiddleRight.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dropshadow/images/ie6/borderTopCenter.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dropshadow/images/ie6/borderTopLeft.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/dropshadow/images/ie6/borderTopRight.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant/images/border.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant/images/controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant/images/loading_background.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant/images/overlay.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant-white/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant-

49

white/colorbox.css.bak
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant-white/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant-white/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant-white/images/border.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant-white/images/controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant-white/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant-white/images/loading_background.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/elegant-white/images/overlay.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/images/bc.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/images/blc.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/images/brc.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/images/btn-bg-blue.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/images/btn-bg-gray.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/images/close-box.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/images/controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/images/fb-icon.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/images/fbook-btn-blue-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/images/fbook-btn-green-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/images/fbook-btn-silver-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/images/lb.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/images/loading_background.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/images/next-img-b.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/facebook/images/prev-img-b.png

50

**Exhibit "1" Page 50 of 116**

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/facebook/images/rb.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/facebook/images/tc.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/facebook/images/tlc.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/facebook/images/trc.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/fancypants/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/fancypants/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/fancypants/helper.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/fancypants/helper.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/fancypants/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/fancypants/images/bg_tab.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/fancypants/images/controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/fancypants/images/loading_animation.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/framed/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/framed/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/framed/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/framed/images/border.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/framed/images/controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/framed/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/framed/images/loading_background.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/green/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/green/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/green/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/green/images/close.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/green/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/green/images/nextgreen.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/green/images/prevgreen.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/grey/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/grey/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/grey/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/grey/images/close.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/grey/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-

plus/css/grey/images/nextgrey.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/grey/images/prevgrey.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/lightweight/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/lightweight/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/lightweight/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/lightweight/images/controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/lightweight/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/navy/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/navy/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/navy/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/navy/images/close.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/navy/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/navy/images/nextblue.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/navy/images/prevblue.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/overtext/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/overtext/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/overtext/helper.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/overtext/helper.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/overtext/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/overtext/images/controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/overtext/images/loading_animation.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/overtext/images/loading_background.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/purple/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/purple/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/purple/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/purple/images/close.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/purple/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/purple/images/nextpurple.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/purple/images/prevpurple.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/red/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/red/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/red/images/close.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/red/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/red/images/nextred.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-
plus/css/red/images/prevred.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/colorbox-ie.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/colorbox.css

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/colorbox.min.css

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/sample.jpg

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/border1.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/border2.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/loading.gif

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/ie6/borderBottomCenter.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/ie6/borderBottomLeft.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/ie6/borderBottomRight.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/ie6/borderMiddleLeft.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/ie6/borderMiddleRight.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/ie6/borderTopCenter.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/ie6/borderTopLeft.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/ie6/borderTopRight.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/internet_explorer/borderBottomCenter.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/internet_explorer/borderBottomLeft.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/internet_explorer/borderBottomRight.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/internet_explorer/borderMiddleLeft.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/internet_explorer/borderMiddleRight.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/internet_explorer/borderTopCenter.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/internet_explorer/borderTopLeft.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowed/images/internet_explorer/borderTopRight.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowfax/colorbox.css

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowfax/colorbox.min.css

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowfax/sample.jpg

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowfax/images/border1.png

53

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowfax/images/border2.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowfax/images/controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/shadowfax/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/simple-dark/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/simple-dark/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/simple-dark/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/simple-dark/images/border.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/simple-dark/images/controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/simple-dark/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/simple-dark/images/loading_background.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/simple-dark/images/overlay.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/simple-dark/images/ie6/borderBottomCenter.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/simple-dark/images/ie6/borderBottomLeft.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/simple-dark/images/ie6/borderBottomRight.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/simple-dark/images/ie6/borderMiddleLeft.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/simple-dark/images/ie6/borderMiddleRight.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/simple-dark/images/ie6/borderTopCenter.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/simple-dark/images/ie6/borderTopLeft.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/simple-dark/images/ie6/borderTopRight.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/stockholm/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/stockholm/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/stockholm/helper.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/stockholm/helper.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/stockholm/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/stockholm/images/bg_tab.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/stockholm/images/controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/stockholm/images/loading_animation.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/teal/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/teal/colorbox.min.css

54

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/teal/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/teal/images/close.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/teal/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/teal/images/nextteal.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/teal/images/prevteal.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/textframe/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/textframe/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/textframe/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/textframe/images/close.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/textframe/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/textframe/images/next.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/textframe/images/prev.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/white/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/white/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/white/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/white/images/close.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/white/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/white/images/nextwhite.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/white/images/prevwhite.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/yellow/colorbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/yellow/colorbox.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/yellow/sample.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/yellow/images/close.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/yellow/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/yellow/images/nextyellow.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/css/yellow/images/prevyellow.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/js/jquery.colorbox.1.3.32-min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/js/jquery.colorbox.1.3.32.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/js/jquery.colorbox.1.5.9-min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/js/jquery.colorbox.1.5.9.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/js/lightbox.admin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/lightbox-plus/js/lightbox.admin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/only-tweet-like-share-and-google-1/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/only-tweet-like-share-and-google-

1/tweet-like-plusone.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/labels-left-css.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/labels-top-css-
responsive.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/license.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/screenshot-1.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/screenshot-2.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/screenshot-3.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/screenshot-4.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/screenshot-5.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/si-contact-form.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/attachments/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/attachments/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/captcha/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/captcha/LICENSE.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/captcha/README.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/1.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/10.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/11.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/12.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/13.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/14.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/15.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/16.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/17.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/18.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/19.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/2.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/20.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/21.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/22.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/23.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-

form/captcha/backgrounds/3.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/4.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/5.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/6.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/7.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/8.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/asphalt.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/bg3.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/bg4.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/bg5.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/brickwall.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/dg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/fb.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/metal.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/backgrounds/steel.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/captcha/cache/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/gdfonts/automatic.gdf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/gdfonts/bubblebath.gdf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/gdfonts/crass.gdf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/gdfonts/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/images/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/images/refresh.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/images/refresh.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/captcha/ttffonts/ahg-
bold.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-
form/captcha/ttffonts/cacophony-loud1.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-

Exhibit "1" Page 57 of 116

form/captcha/ttffonts/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/captcha/ttffonts/kmkdspk.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/captcha/ttffonts/monotone1.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/captcha/ttffonts/scood.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/date/ctf_epoch_classes.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/date/ctf_epoch_styles.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/date/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/btn_donate_LG.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/class-fscf-action.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/class-fscf-display.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/class-fscf-import.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/class-fscf-options.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/class-fscf-parse-vcita-callback.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/class-fscf-process.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/class-fscf-util.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/ctf-loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/fscf-placeholders.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/fscf-scripts-admin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/fscf-scripts.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/fscf-styles-admin.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/fscf-styles.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/jquery-ui-1820.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/jquery-ui-191.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/si-contact-form.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/star.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/images/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/images/ui-bg_flat_0_aaaaaa_40x100.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/images/ui-bg_flat_75_ffffff_40x100.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/images/ui-

bg_glass_55_fbf9ee_1x400.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/images/ui-bg_glass_65_ffffff_1x400.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/images/ui-bg_glass_75_dadada_1x400.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/images/ui-bg_glass_75_e6e6e6_1x400.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/images/ui-bg_glass_95_fef1ec_1x400.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/images/ui-bg_highlight-soft_75_cccccc_1x100.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/images/ui-icons_222222_256x240.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/images/ui-icons_2e83ff_256x240.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/images/ui-icons_454545_256x240.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/images/ui-icons_888888_256x240.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/includes/images/ui-icons_cd0a0a_256x240.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-ar.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-ar.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-bg_BG.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-bg_BG.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-da_DK.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-da_DK.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-de_DE.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-de_DE.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-el_GR.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-el_GR.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-es_ES.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-es_ES.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-fa_IR.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-fa_IR.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-fi.mo

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-fi.po

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-fr_FR.mo

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-fr_FR.po

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-he_IL.mo

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-he_IL.po

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-hu_HU.mo

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-hu_HU.po

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-it_IT.mo

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-it_IT.po

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-ja.mo

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-ja.po

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-nb_NO.mo

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-nb_NO.po

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-nl_NL.mo

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-nl_NL.po

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-pl_PL.mo

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-pl_PL.po

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-pt_BR.mo

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-pt_BR.po

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-pt_PT.mo

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-pt_PT.po

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-ro_RO.mo

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-ro_RO.po

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-ru_RU.mo

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-ru_RU.po

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-

form-sq_AL.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-sq_AL.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-sv_SE.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-sv_SE.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-tr_TR.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-tr_TR.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-uk_UA.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-uk_UA.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-zh_CN.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-zh_CN.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-zh_TW.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form-zh_TW.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/si-contact-form/languages/si-contact-form.pot
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/screenshot-1.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/screenshot-2.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/tinymce-advanced.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/css/tadv-styles.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/js/tadv.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/langs/tinymce-advanced-ar.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/langs/tinymce-advanced-ar.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/langs/tinymce-advanced-de_DE.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/langs/tinymce-advanced-de_DE.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/langs/tinymce-advanced-fr_FR.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/langs/tinymce-advanced-fr_FR.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/langs/tinymce-advanced-pl_PL.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/langs/tinymce-advanced-pl_PL.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/langs/tinymce-advanced-ru_RU.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/langs/tinymce-

61

advanced-ru_RU.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/langs/tinymce-advanced-sv_SE.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/langs/tinymce-advanced-sv_SE.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/langs/tinymce-advanced.pot
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/advlist/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/advlist/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/anchor/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/anchor/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/code/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/code/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/contextmenu/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/contextmenu/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/emoticons/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/emoticons/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/emoticons/img/icon_arrow.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/emoticons/img/icon_biggrin.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/emoticons/img/icon_confused.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/emoticons/img/icon_cool.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/emoticons/img/icon_cry.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/emoticons/img/icon_eek.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/emoticons/img/icon_evil.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/emoticons/img/icon_idea.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/emoticons/img/icon_lol.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/emoticons/img/icon_mad.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/emoticons/img/icon_mrgreen.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/emoticons/img/icon_neutral.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/emoticons/img/icon_razz.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-

62

advanced/mce/emoticons/img/icon_redface.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/emoticons/img/icon_rolleyes.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/emoticons/img/icon_sad.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/emoticons/img/icon_smile.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/emoticons/img/icon_surprised.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/emoticons/img/icon_twisted.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/emoticons/img/icon_wink.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/importcss/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/importcss/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/insertdatetime/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/insertdatetime/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/link/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/link/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/nonbreaking/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/nonbreaking/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/print/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/print/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/searchreplace/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/searchreplace/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/table/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/table/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/css/visualblocks.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/address.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/article.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/aside.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/blockquote.gif

63

**Exhibit "1" Page 63 of 116**

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/div.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/dl.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/figure.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/h1.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/h2.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/h3.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/h4.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/h5.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/h6.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/hgroup.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/ol.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/p.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/pre.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/section.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualblocks/img/ul.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualchars/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/visualchars/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-advanced/mce/wptadv/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/tinymce-
advanced/mce/wptadv/plugin.min.js
public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-importer/parsers.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-importer/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-importer/wordpress-
importer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-
importer/languages/wordpress-importer.pot
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/bower.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/changelog.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/CONTRIBUTING.md
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/license.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/phpdoc.xml
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/README.md
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/readme.txt

Exhibit "1" Page 64 of 116

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/wp-seo-main.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/wp-seo.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/ajax.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-admin-init.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-admin-user-profile.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-bulk-description-editor-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-bulk-editor-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-bulk-title-editor-list-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-config.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-customizer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-export.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-import-aioseo.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-import-external.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-import-woothemes-seo.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-import-wpseo.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-import.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-meta-columns.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-plugin-conflict.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-pointers.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-primary-term-admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-recalculate-scores.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-sitemaps-admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-social-admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-social-facebook.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-stop-words.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-yoast-dashboard-widget.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-yoast-form.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-yoast-notification-center.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-yoast-

65

notification.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/class-yoast-plugin-conflict.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/ajax/class-recalculate-scores-ajax.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/ajax/class-shortcode-filter.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/ajax/class-yoast-dismissable-notice.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/ajax/class-yoast-onpage-ajax.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/ajax/class-yoast-plugin-conflict-ajax.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/google_search_console/class-gsc-ajax.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/google_search_console/class-gsc-bulk-action.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/google_search_console/class-gsc-category-filters.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/google_search_console/class-gsc-config.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/google_search_console/class-gsc-count.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/google_search_console/class-gsc-issue.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/google_search_console/class-gsc-issues.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/google_search_console/class-gsc-mapper.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/google_search_console/class-gsc-marker.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/google_search_console/class-gsc-platform-tabs.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/google_search_console/class-gsc-service.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/google_search_console/class-gsc-settings.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/google_search_console/class-gsc-table.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/google_search_console/class-gsc.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/google_search_console/views/gsc-create-redirect.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/google_search_console/views/gsc-display.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/import/class-import-aioseo-hooks.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/import/class-import-hooks.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/import/class-

import-robots-meta-hooks.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/import/class-import-wpseo-hooks.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/metabox/class-metabox-add-keyword-tab.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/metabox/class-metabox-addon-section.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/metabox/class-metabox-form-tab.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/metabox/class-metabox-tab-section.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/metabox/class-metabox.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/metabox/interface-metabox-section.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/metabox/interface-metabox-tab.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/onpage/class-onpage-option.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/onpage/class-onpage-request.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/onpage/class-onpage.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/pages/advanced.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/pages/dashboard.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/pages/licenses.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/pages/metas.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/pages/network.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/pages/social.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/pages/tools.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/pages/xml-sitemaps.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/recalculate/class-recalculate-posts.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/recalculate/class-recalculate-terms.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/recalculate/class-recalculate.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/taxonomy/class-taxonomy-columns.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/taxonomy/class-taxonomy-content-fields.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/taxonomy/class-taxonomy-fields-presenter.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/taxonomy/class-taxonomy-fields.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/taxonomy/class-

67

taxonomy-metabox.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/taxonomy/class-taxonomy-settings-fields.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/taxonomy/class-taxonomy-social-fields.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/taxonomy/class-taxonomy.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/views/about.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/views/dashboard-widget.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/views/js-templates-primary-term.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/views/tab-breadcrumbs.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/views/tab-permalinks.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/views/tab-rss.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/views/tool-bulk-editor.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/views/tool-file-editor.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/views/tool-import-export.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/admin/views/user-profile.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/adminbar-302.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/adminbar-302.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/dashboard-305.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/dashboard-305.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/edit-page-302.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/edit-page-302.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/featured-image.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/featured-image.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/jquery.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/jquery.qtip.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/jquery.qtip.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/metabox-310.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/metabox-310.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/metabox-primary-category.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/metabox-primary-category.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/snippet-310.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/snippet-310.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/taxonomy-meta.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/taxonomy-

68

meta.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/toggle-switch.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/toggle-switch.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/wpseo-dismissible.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/wpseo-dismissible.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/wpseo-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/wpseo-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/xml-sitemap-xsl.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/yst_plugin_tools-310.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/yst_plugin_tools-310.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/yst_seo_score-310.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/yst_seo_score-310.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/dist/yoast-seo/edit.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/dist/yoast-seo/yoast-seo-310.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/dist/yoast-seo/images/edit.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/css/toggle-switch/toggle-switch.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/deprecated/class-onpage-email-presenter.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/deprecated/class-onpage-notifier.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/deprecated/class-snippet-preview.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/deprecated/class-yoast-textstatistics.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/frontend/class-breadcrumbs.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/frontend/class-frontend.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/frontend/class-googleplus.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/frontend/class-json-ld.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/frontend/class-opengraph.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/frontend/class-primary-category.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/frontend/class-twitter.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/frontend/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/images/banner-basic-seo-training.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/images/banner-local-

seo.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/images/banner-news-
seo.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/images/banner-premium-
seo.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/images/banner-video-
seo.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/images/banner-website-
review.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/images/banner-
woocommerce-seo.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/images/banner-yoast-
seo-for-wordpress-training.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/images/editicon.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/images/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-
seo/images/Local_130x100.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/images/News_SEO.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-
seo/images/Premium_130x100.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/images/question-
mark.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-
seo/images/Video_130x100.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/images/waiting.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-
seo/images/Woo_130x100.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-
seo/images/Yoast_SEO_Icon.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/class-rewrite.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/class-sitemap-
timezone.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/class-sitemaps.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/class-upgrade.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/class-wpseo-
meta.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/class-wpseo-primary-
term.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/class-wpseo-rank.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/class-wpseo-replace-
vars.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/class-wpseo-
statistics.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/class-wpseo-utils.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/wpseo-functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/wpseo-non-ajax-
functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/options/class-wpseo-
option-internallinks.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/options/class-wpseo-

70

option-ms.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/options/class-wpseo-option-permalinks.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/options/class-wpseo-option-rss.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/options/class-wpseo-option-social.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/options/class-wpseo-option-titles.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/options/class-wpseo-option-wpseo.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/options/class-wpseo-option-xml.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/options/class-wpseo-option.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/options/class-wpseo-options.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/inc/options/class-wpseo-taxonomy-meta.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/jquery.qtip.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/jquery.tablesorter.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-admin-310.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-admin-310.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-admin-global-310.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-admin-global-310.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-admin-gsc-302.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-admin-gsc-302.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-admin-media-310.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-admin-media-310.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-bulk-editor-310.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-bulk-editor-310.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-dismissible-310.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-dismissible-310.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-export-302.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-export-302.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-featured-image-310.js

71

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-featured-image-310.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-metabox-302.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-metabox-302.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-metabox-category.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-metabox-category.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-post-scraper-311.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-post-scraper-311.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-recalculate-310.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-recalculate-310.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-replacevar-plugin-310.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-replacevar-plugin-310.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-shortcode-plugin-305.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-shortcode-plugin-305.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-term-scraper-310.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/wp-seo-term-scraper-310.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/js/dist/yoast-seo/yoast-seo-310.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-bg_BG.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-bg_BG.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-ca.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-ca.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-cs_CZ.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-cs_CZ.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-cy.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-cy.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-da_DK.json

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-da_DK.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-de_DE.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-de_DE.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-en_AU.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-en_AU.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-en_GB.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-en_GB.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-es_ES.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-es_ES.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-es_MX.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-es_MX.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-eu.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-eu.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-fa_IR.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-fa_IR.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-fi.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-fi.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-fr_FR.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-fr_FR.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-he_IL.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-he_IL.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-hr.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-hr.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-id_ID.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-id_ID.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-

73

seo-it_IT.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-it_IT.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-ja.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-ja.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-nb_NO.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-nb_NO.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-nl_NL.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-nl_NL.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-pl_PL.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-pl_PL.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-pt_BR.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-pt_BR.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-pt_PT.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-pt_PT.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-ru_RU.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-ru_RU.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-sk_SK.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-sk_SK.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-sv_SE.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-sv_SE.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-tr_TR.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-tr_TR.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-zh_CN.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-zh_CN.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-zh_TW.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo-zh_TW.mo

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/languages/wordpress-seo.pot
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/autoload.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/autoload_52.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/composer/autoload_classmap.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/composer/autoload_namespaces.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/composer/autoload_psr4.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/composer/autoload_real.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/composer/autoload_real_52.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/composer/ClassLoader.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/composer/ClassLoader52.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/composer/installed.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/composer/LICENSE
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/xrstf/composer-php52
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/xrstf/composer-php52
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/xrstf/composer-php52/lib/xrstf/Composer52/AutoloadGenerator.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/xrstf/composer-php52/lib/xrstf/Composer52/ClassLoader.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/xrstf/composer-php52/lib/xrstf/Composer52/Generator.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/class-api-google-client.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/class-api-google.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/class-api-libs.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/composer.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/README.md
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/config.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/Google_Client.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/auth/Google_AssertionCredentials.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/auth/Google_Auth.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-

libs/google/auth/Google_AuthNone.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/auth/Google_LoginTicket.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/auth/Google_OAuth2.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/auth/Google_P12Signer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/auth/Google_PemVerifier.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/auth/Google_Signer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/auth/Google_Verifier.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/cache/Google_Cache.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/cache/Google_WPCache.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/external/URITemplateParser.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/io/cacerts.pem
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/io/Google_CacheParser.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/io/Google_CurlIO.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/io/Google_HttpRequest.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/io/Google_IO.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/io/Google_REST.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/io/Google_WPIO.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/service/Google_BatchRequest.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/service/Google_MediaFileUpload.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/service/Google_Model.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/service/Google_Service.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/service/Google_ServiceResource.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/api-libs/google/service/Google_Utils.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/i18n-module/composer.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/i18n-module/i18n-module.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/i18n-module/LICENSE

76

/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/i18n-module/README.md
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/class-api-request.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/class-license-manager.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/class-plugin-license-manager.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/class-plugin-update-manager.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/class-product.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/class-theme-license-manager.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/class-theme-update-manager.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/class-update-manager.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/composer.json
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/phpunit.xml
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/README.md
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/samples/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/samples/sample-plugin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/samples/sample-product.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/samples/sample-theme-functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/views/form.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/views/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/plugins/wordpress-seo/vendor/yoast/license-manager/views/script.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/20140312-12.03.21-header.php.wpseobak
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/404.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/archive.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/archives.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/author.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/favicon.ico
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/footer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/functions.php

77

/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/GPL.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/ie6.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/image.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/page-2col.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/page-3col.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/page-nosidebar.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/photoalbum-index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/screenshot.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/search.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/searchform.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/sidebar.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/sidebar2.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/single.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/yarpp-template-fusion.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/b1.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/b3.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/blank.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/blockquote.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/button-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/button-quote.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/button-reply.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/button-submit.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/comment-bg-admin.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/comment-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/comment-div-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/comment-div-start.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/div-h.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/div-h2.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/header-bg.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/header-center.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/input-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/main-bg.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/mtab-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/mtab-left.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/mtab-right.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/pagecontrols.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/post-icons.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/postinfo-bg-admin.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/postinfo-bg.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/rss.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/search-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/search-go.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/side-bg-ie6.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/side-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/side-box-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/side-box-top.png

78

/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/side-nav-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/side-nav-rss.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/side-start-ie6.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/side-start.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/tab-left.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/tab-right.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/images/tab-subnav-active.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/bn_BD.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/bn_BD.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/ca.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/ca.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/cs_CZ.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/cs_CZ.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/da_DK.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/da_DK.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/de_DE.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/de_DE.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/default.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/default.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/es_ES.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/es_ES.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/fr_FR.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/fr_FR.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/hr_HR.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/hr_HR.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/hu_HU.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/hu_HU.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/id_ID.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/id_ID.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/it_IT.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/it_IT.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/ko_KR.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/ko_KR.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/lt_LT.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/lt_LT.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/nb_NO.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/nb_NO.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/nl_NL.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/nl_NL.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/pl_PL.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/pl_PL.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/pt_BR.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/pt_BR.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/pt_PT.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/pt_PT.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/ro_RO.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/ro_RO.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/ru_RU.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/ru_RU.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/sv_SE.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/sv_SE.po

/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/tr_TR.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/lang/tr_TR.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/fusion/options/leftsidebar.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/404.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/footer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/page_archive.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/page_blog.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/README.md
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/screenshot.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/search.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/sidebar-alt.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/sidebar.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/single.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/images/favicon.ico
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/images/logo.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/images/logo@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/images/favicon.ico
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/images/logo.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/images/logo@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/framework.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/init.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/cpt-archive-settings.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/import-export.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/inpost-metaboxes.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/menu.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/seo-settings.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/term-meta.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/theme-settings.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/user-meta.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/whats-new.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/images/genesis-menu.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/images/whats-new.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/images/layouts/c.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/images/layouts/cs.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/images/layouts/css.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/images/layouts/none.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/images/layouts/sc.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/images/layouts/scs.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/admin/images/layouts/ssc.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/classes/admin.php

80

/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/classes/breadcrumb.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/css/admin.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/css/admin.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/css/load-styles.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/css/fonts/genesis-icon.eot
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/css/fonts/genesis-icon.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/css/fonts/genesis-icon.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/css/fonts/genesis-icon.woff
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/functions/breadcrumb.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/functions/compat.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/functions/deprecated.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/functions/feed.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/functions/formatting.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/functions/general.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/functions/image.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/functions/layout.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/functions/markup.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/functions/menu.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/functions/options.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/functions/seo.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/functions/upgrade.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/functions/widgetize.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/js/menu/superfish.args.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/js/menu/superfish.args.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/js/menu/superfish.compat.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/js/menu/superfish.compat.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/js/menu/superfish.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/js/menu/superfish.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/languages/genesis.pot
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/shortcodes/footer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/shortcodes/post.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/structure/archive.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/structure/comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/structure/footer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/structure/header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/structure/layout.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/structure/loops.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/structure/menu.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/structure/post.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/structure/search.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/widgets/featured-page-widget.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/widgets/featured-post-widget.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/widgets/user-profile-widget.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/genesis/lib/widgets/widgets.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/404.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/apple-touch-icon.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/archive.php

81

/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/category.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/content-archives.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/content-contact-big.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/content-contact-small.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/content-page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/content-portfolio-gallery.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/content-portfolio-standard.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/content-portfolio-video.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/content-single-gallery.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/content-single-standard.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/content-single-video.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/footer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/loop-portfolio.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/loop-search.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/loop-single-blog.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/loop-single.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/screenshot.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/search.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/single-portfolio.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/single.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/tag.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/taxonomy.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/thmlv-page-archives.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/thmlv-page-blog.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/thmlv-page-contact-big.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/thmlv-page-contact-small.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/thmlv-page-full-width.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/thmlv-page-portfolio.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/admin-functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/admin-interface.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/admin-style-grey.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/admin-style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/colorpicker.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/theme-settings.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/accept-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/accept.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/admin-bg-grad-grey.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/admin-bg-grad.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/bg-save-bar-grey.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/bg-save-bar.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/icon_option.png

82

**Exhibit "1" Page 82 of 116**

/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/icon_option_grey.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/wpspin_light.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/colorpicker/blank.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/colorpicker/colorpicker_background.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/colorpicker/colorpicker_hex.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/colorpicker/colorpicker_hsb_b.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/colorpicker/colorpicker_hsb_h.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/colorpicker/colorpicker_hsb_s.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/colorpicker/colorpicker_indic.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/colorpicker/colorpicker_overlay.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/colorpicker/colorpicker_rgb_b.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/colorpicker/colorpicker_rgb_g.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/colorpicker/colorpicker_rgb_r.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/colorpicker/colorpicker_select.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/colorpicker/colorpicker_submit.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/colorpicker/select.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/sample-layouts/sample-layout-1.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/sample-layouts/sample-layout-2.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/images/sample-layouts/sample-layout-3.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/js/ajaxupload.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/js/colorpicker.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/admin/js/jquery.maskedinput-1.2.2.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/blank.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/ie-slider.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/loading@2x.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/quotes.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/quotes@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/sidebar-dx-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/sidebar-dx-bg2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/sidebar-dx-bg@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/stripes.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/ui.totop.png

83

/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/ui.totop@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/widget-separator-sidebar.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/widget-separator-sidebar@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/badge-hot-l.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/badge-hot-l@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/badge-hot-r.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/badge-hot-r@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/badge-new-l.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/badge-new-l@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/badge-new-r.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/badge-new-r@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/badge-soon-l.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/badge-soon-l@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/badge-soon-r.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/badge-soon-r@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/bullets.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/bullets@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/loading@2x.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/mobile-menu-icon.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/mobile-menu-icon@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/pipe.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/pipe@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/post-next.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/post-next@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/post-prev.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/post-prev@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/slider-arrows.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/dark/slider-arrows@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/badge-hot-l.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/badge-hot-l@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/badge-hot-r.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/badge-hot-r@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/badge-new-l.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/badge-new-l@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/badge-new-r.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/badge-new-r@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/badge-soon-l.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/badge-soon-l@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/badge-soon-r.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/badge-soon-r@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/bullets.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/bullets@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/loading@2x.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/mobile-menu-icon.png

/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/mobile-menu-icon@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/pipe.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/pipe@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/post-next.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/post-next@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/post-prev.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/post-prev@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/slider-arrows.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/light/slider-arrows@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/shortcodes/accordion-icons.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/shortcodes/accordion-icons@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/shortcodes/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/shortcodes/loading@2x.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/shortcodes/media-icon.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/shortcodes/minus.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/shortcodes/plus.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/shortcodes/quote-shell.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/shortcodes/quote-shell@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/shortcodes/quote.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/shortcodes/quote@2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/shortcodes/spoiler-closed.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/shortcodes/spoiler-open.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/social/behance.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/social/digg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/social/dribbble.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/social/facebook.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/social/flickr.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/social/google.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/social/instagram.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/social/linkedin.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/social/myspace.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/social/pinterest.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/social/tumblr.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/social/twitter.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/social/vimeo.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/images/social/youtube.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/jquery.cookie.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/jquery.easing.1.3.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/jquery.flexslider.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/jquery.hoverintent.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/jquery.imagesloaded.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/jquery.infinitescroll.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/jquery.isotope.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/jquery.mobilegmap.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/jquery.superfish.js

85

/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/jquery.supersubs.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/jquery.themelovin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/jquery.tweet.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/jquery.ui.totop.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/modernizr.custom.18153.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/font/entypo.eot
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/font/entypo.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/font/entypo.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/include/font/entypo.woff
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/languages/default.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/languages/default.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/styles/flexslider.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/styles/isotope.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/styles/responsive.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/styles/shortcodes.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/styles/totop.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/admin-metabox.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/available-shortcodes.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/extra.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/generator.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/init.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/post-metabox.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/sort-pages.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/images/admin-login-logo.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/include/jquery.admin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/include/jquery.sort.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/include/pages/more-themes-page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/include/styles/more-themes.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/shortcodes/shortcode-accordion.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/shortcodes/shortcode-alert.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/shortcodes/shortcode-buttons.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/shortcodes/shortcode-colswrapper.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/shortcodes/shortcode-columns.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/shortcodes/shortcode-documents.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/shortcodes/shortcode-feed.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/shortcodes/shortcode-gmaps.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/shortcodes/shortcode-label.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/shortcodes/shortcode-

86

quote.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/shortcodes/shortcode-spoiler.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/shortcodes/shortcode-tab.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/shortcodes/shortcode-tabs.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/shortcodes/shortcode-twitter.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/styles/glg-admin.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/styles/glg-shortcodes.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/styles/glg-sort.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/widgets/widget-flickr.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themelovin/widgets/widget-social.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themes/dark.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/slurp/themes/light.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/404.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/archive.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/author.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/bbpress.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/content-audio.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/content-chat.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/content-gallery.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/content-image.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/content-link.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/content-page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/content-quote.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/content-single.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/content-status.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/content-video.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/content.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/footer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/image.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/no-results.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/screenshot.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/search.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/searchform.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/sidebar.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/single.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/template-home-page.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/template-page-archive.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/template-page-author-list.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/woocommerce.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/css/admin-style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/css/color-picker.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/css/jquery-ui-custom.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/1col.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/2-col-portfolio.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/2cl.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/2cr.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/3-col-portfolio.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/3cm.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/3cr.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/4-col-portfolio.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/accept.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/blog-icon.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/button_check.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/dollar-icon.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/dropdown-arrow.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/favicon.ico
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/footer-icon.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/handle.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/header-icon.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/icon-add.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/icon-backup.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/icon-delete.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/icon-docs.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/icon-edit.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/icon-home.png

88

/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/icon-info.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/icon-notice.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/icon-paint.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/icon-settings.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/icon-slider.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/icon-warn.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/icon_option.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/loading-bottom.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/portfolio-icon.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/select.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/sign_warning.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/slider-control.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/social-icon.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/stop.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/styles-icon.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/switch.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/toggle_tabs.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/ui-bg_flat_0_aaaaaa_40x100.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/warning.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/wrench.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/images/wrench16.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/js/color-picker.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/js/cookie.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/js/iris.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/js/jquery.maskedinput-1.2.2.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/js/jquery.tipsy.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/assets/js/smof.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/classes/class.options_machine.php

89

/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/front-end/options.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/functions/functions.admin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/functions/functions.filters.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/functions/functions.interface.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/functions/functions.load.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/functions/functions.options.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/functions/functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/layouts/default.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/admin/layouts/placebo.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/blog-alternative/content-gallery.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/blog-alternative/content-image.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/blog-alternative/content-video.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/blog-alternative/content.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/blog-lines/content.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/blog-standard/content-quote.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/blog-standard/content.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/css/bootstrap.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/css/font-awesome-ie7.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/css/font-awesome.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/css/font-awesome.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/css/color-scheme/blue.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/css/color-scheme/brown.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/css/color-scheme/gray.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/css/color-scheme/orange.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/css/color-scheme/pink.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/css/color-scheme/purple.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/css/color-scheme/red.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/fonts/fontawesome-webfont.eot
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/fonts/fontawesome-webfont.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/fonts/fontawesome-webfont.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/fonts/fontawesome-webfont.woff
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/fonts/FontAwesome.otf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/headers/header-layout-one.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/headers/header-layout-three.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/headers/header-layout-two.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/bx_loader.gif

90

/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/controls.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/loader.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/mail-bg.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/td-menu-icon.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/admin/add_plugin.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/admin/custom_bg_color.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/admin/custom_excerpt.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/admin/custom_plugin.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/admin/media_thumbs.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/admin/shortcode_button_align.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/admin/shortcodes_button.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/admin/tabs_list.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/admin/video_cf.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/admin/woo_images.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/images/admin/woo_pages.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/inc/customizer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/inc/documentation.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/inc/extras.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/inc/template-tags.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/inc/theme-woocommerce.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/js/backstretch.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/js/customizer.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/js/html5.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/js/jquery.bxslider.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/js/jquery.easing.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/js/jquery.fitvids.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/js/jquery.infinitescroll.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/js/jquery.isotope.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/js/jquery.isotope.sloppy-masonry.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/js/jquery.nicescroll.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/js/keyboard-image-navigation.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/js/navigation.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/js/respond.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/js/skip-link-focus-fix.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/js/tdminimal-admin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/js/tdminimal.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/languages/en_US.mo
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/languages/en_US.po
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/languages/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/woocommerce/content-

**Exhibit "1" Page 91 of 116**

product.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/woocommerce/content-single-product.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/tdminimal/woocommerce/single-product/related.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/404.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/archive.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/author.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/category.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/content-aside.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/content-audio.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/content-featured-post.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/content-gallery.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/content-image.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/content-link.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/content-none.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/content-page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/content-quote.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/content-video.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/content.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/featured-content.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/footer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/image.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/screenshot.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/search.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/sidebar-content.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/sidebar-footer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/sidebar.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/single.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/tag.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/taxonomy-post_format.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/css/editor-style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/css/ie.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/genericons/COPYING.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/genericons/Genericons-Regular.otf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/genericons/genericons.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/genericons/LICENSE.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/genericons/README.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-

content/themes/twentyfourteen/genericons/font/genericons-regular-webfont.eot
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/themes/twentyfourteen/genericons/font/genericons-regular-webfont.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/themes/twentyfourteen/genericons/font/genericons-regular-webfont.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/themes/twentyfourteen/genericons/font/genericons-regular-webfont.woff
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/images/pattern-dark.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/images/pattern-light.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/inc/back-compat.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/inc/custom-header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/inc/customizer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/inc/featured-content.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/inc/template-tags.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/inc/widgets.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/js/customizer.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/js/featured-content-
admin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/js/functions.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/js/html5.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/js/keyboard-image-
navigation.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/js/slider.js
/public_html/jamesmurtaghmdpsycho.biz/wp-
content/themes/twentyfourteen/languages/twentyfourteen.pot
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/page-
templates/contributors.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentyfourteen/page-templates/full-
width.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/404.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/archive.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/author-bio.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/author.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/category.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/content-aside.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/content-audio.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/content-chat.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/content-gallery.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/content-image.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/content-link.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/content-none.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/content-quote.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/content-status.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/content-video.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/content.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/footer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/image.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/index.php

/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/screenshot.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/search.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/sidebar-main.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/sidebar.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/single.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/tag.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/taxonomy-post_format.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/css/editor-style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/css/ie.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/genericons/COPYING.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/genericons/Genericons-Regular.otf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/genericons/genericons.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/genericons/LICENSE.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/genericons/README.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/genericons/font/genericons-regular-webfont.eot
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/genericons/font/genericons-regular-webfont.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/genericons/font/genericons-regular-webfont.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/genericons/font/genericons-regular-webfont.woff
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/images/dotted-line-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/images/dotted-line-light-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/images/dotted-line-light.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/images/dotted-line.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/images/search-icon-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/images/search-icon.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/images/headers/circle-thumbnail.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/images/headers/circle.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/images/headers/diamond-thumbnail.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/images/headers/diamond.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/images/headers/star-thumbnail.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/images/headers/star.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/inc/back-compat.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/inc/custom-header.php

94

/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/js/functions.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/js/html5.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/js/theme-customizer.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentythirteen/languages/twentythirteen.pot
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/404.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/archive.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/author.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/category.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/content-aside.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/content-image.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/content-link.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/content-none.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/content-page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/content-quote.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/content-status.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/content.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/editor-style-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/editor-style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/footer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/image.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/screenshot.png
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/search.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/sidebar-front.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/sidebar.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/single.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/style.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/tag.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/css/ie.css
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/inc/custom-header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/js/html5.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/js/navigation.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/js/theme-customizer.js
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/languages/twentytwelve.pot
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/page-templates/front-page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/themes/twentytwelve/page-templates/full-width.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/uploads/index.php
/public_html/jamesmurtaghmdpsycho.biz/wp-content/uploads/2013/02/kuritzky-2013-150x150.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/uploads/2013/02/kuritzky-2013-279x300.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/uploads/2013/02/kuritzky-2013.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/uploads/2013/02/kuritzky-20131-150x150.jpg

95

/public_html/jamesmurtaghmdpsycho.biz/wp-content/uploads/2013/02/kuritzky-20131-279x300.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/uploads/2013/02/kuritzky-20131.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/uploads/2013/03/kuritzkya-150x150.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/uploads/2013/03/kuritzkya-271x300.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/uploads/2013/03/kuritzkya.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/uploads/2013/08/kurmyr-150x150.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/uploads/2013/08/kurmyr-186x300.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-content/uploads/2013/08/kurmyr.jpg
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/admin-bar.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/atomlib.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/author-template.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/bookmark-template.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/bookmark.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/cache.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/canonical.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/capabilities.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/category-template.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/category.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-feed.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-http.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-IXR.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-json.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-oembed.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-phpass.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-phpmailer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-pop3.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-simplepie.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-smtp.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-snoopy.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-walker-category-dropdown.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-walker-category.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-walker-comment.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-walker-page-dropdown.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-walker-page.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-admin-bar.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-ajax-response.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-comment-query.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-comment.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-customize-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-customize-manager.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-customize-nav-menus.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-customize-panel.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-customize-section.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-customize-setting.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-customize-widgets.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-editor.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-embed.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-error.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-http-cookie.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-http-curl.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-http-encoding.php

/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-http-ixr-client.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-http-proxy.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-http-response.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-http-streams.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-image-editor-gd.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-image-editor-imagick.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-image-editor.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-meta-query.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-network.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-oembed-controller.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-post.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-rewrite.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-role.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-roles.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-tax-query.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-term.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-theme.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-user-query.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-user.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-walker.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-widget-factory.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-widget.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp-xmlrpc-server.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class-wp.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class.wp-dependencies.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class.wp-scripts.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/class.wp-styles.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/comment-template.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/comment.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/compat.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/cron.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/date.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/default-constants.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/default-filters.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/default-widgets.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/deprecated.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/embed-template.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/embed.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/feed-atom-comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/feed-atom.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/feed-rdf.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/feed-rss.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/feed-rss2-comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/feed-rss2.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/feed.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/formatting.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/functions.wp-scripts.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/functions.wp-styles.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/general-template.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/http.php

97

/public_html/jamesmurtaghmdpsycho.biz/wp-includes/kses.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/l10n.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/link-template.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/load.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/locale.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/media-template.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/media.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/meta.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ms-blogs.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ms-default-constants.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ms-default-filters.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ms-deprecated.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ms-files.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ms-functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ms-load.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ms-settings.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/nav-menu-template.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/nav-menu.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/option.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/pluggable-deprecated.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/pluggable.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/plugin.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/post-formats.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/post-template.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/post-thumbnail-template.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/post.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/query.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/registration-functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/registration.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/rest-api.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/revision.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/rewrite.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/rss-functions.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/rss.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/script-loader.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/session.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/shortcodes.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/taxonomy.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/template-loader.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/template.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/theme.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/update.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/user.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/vars.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/version.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/widgets.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/wlwmanifest.xml
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/wp-db.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/wp-diff.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/certificates/ca-bundle.crt
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/admin-bar-rtl.css

/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/admin-bar-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/admin-bar.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/admin-bar.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/buttons-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/buttons-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/buttons.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/buttons.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/customize-preview.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/customize-preview.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/dashicons.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/dashicons.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/editor-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/editor-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/editor.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/editor.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/jquery-ui-dialog-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/jquery-ui-dialog-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/jquery-ui-dialog.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/jquery-ui-dialog.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/media-views-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/media-views-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/media-views.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/media-views.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/wp-auth-check-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/wp-auth-check-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/wp-auth-check.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/wp-auth-check.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/wp-embed-template-ie.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/wp-embed-template-ie.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/wp-embed-template.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/wp-embed-template.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/wp-pointer-rtl.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/wp-pointer-rtl.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/wp-pointer.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/css/wp-pointer.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-background-image-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-background-image-setting.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-color-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-cropped-image-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-filter-setting.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-header-image-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-header-image-setting.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-image-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-media-

99

control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-nav-menu-auto-add-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-nav-menu-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-nav-menu-item-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-nav-menu-item-setting.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-nav-menu-location-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-nav-menu-name-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-nav-menu-section.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-nav-menu-setting.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-nav-menus-panel.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-new-menu-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-new-menu-section.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-sidebar-section.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-site-icon-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-theme-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-themes-section.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-customize-upload-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-widget-area-customize-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/customize/class-wp-widget-form-customize-control.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/fonts/dashicons.eot
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/fonts/dashicons.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/fonts/dashicons.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/fonts/dashicons.woff
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/getid3.lib.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/getid3.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/license.commercial.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/license.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/module.audio-video.asf.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/module.audio-video.flv.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/module.audio-video.matroska.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/module.audio-video.quicktime.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/module.audio-video.riff.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/module.audio.ac3.php

/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/module.audio.dts.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/module.audio.flac.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/module.audio.mp3.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/module.audio.ogg.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/module.tag.apetag.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/module.tag.id3v1.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/module.tag.id3v2.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/module.tag.lyrics3.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/ID3/readme.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/admin-bar-sprite-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/admin-bar-sprite.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/arrow-pointer-blue-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/arrow-pointer-blue.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/blank.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/down_arrow-2x.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/down_arrow.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/icon-pointer-flag-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/icon-pointer-flag.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/rss-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/rss.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/spinner-2x.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/spinner.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/toggle-arrow-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/toggle-arrow.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/uploader-icons-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/uploader-icons.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/wpicons-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/wpicons.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/wpspin-2x.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/wpspin.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/xit-2x.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/xit.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/crystal/archive.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/crystal/audio.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/crystal/code.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/crystal/default.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/crystal/document.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/crystal/interactive.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/crystal/license.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/crystal/spreadsheet.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/crystal/text.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/crystal/video.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/media/archive.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/media/audio.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/media/code.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/media/default.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/media/document.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/media/interactive.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/media/spreadsheet.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/media/text.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/media/video.png

/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/frownie.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_arrow.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_biggrin.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_confused.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_cool.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_cry.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_eek.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_evil.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_exclaim.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_idea.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_lol.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_mad.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_mrgreen.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_neutral.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_question.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_razz.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_redface.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_rolleyes.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_sad.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_smile.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_surprised.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_twisted.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/icon_wink.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/mrgreen.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/rolleyes.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/smilies/simple-smile.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/wlw/wp-comments.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/wlw/wp-icon.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/images/wlw/wp-watermark.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/admin-bar.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/admin-bar.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/autosave.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/autosave.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/backbone.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/colorpicker.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/colorpicker.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/comment-reply.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/comment-reply.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/customize-base.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/customize-base.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/customize-loader.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/customize-loader.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/customize-models.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/customize-models.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/customize-preview-nav-menus.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/customize-preview-nav-menus.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/customize-preview-widgets.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/customize-preview-widgets.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/customize-preview.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/customize-preview.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/customize-views.js

102

/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/customize-views.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/heartbeat.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/heartbeat.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/hoverIntent.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/hoverIntent.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/json2.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/json2.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/masonry.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mce-view.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mce-view.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/media-audiovideo.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/media-audiovideo.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/media-editor.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/media-editor.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/media-grid.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/media-grid.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/media-models.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/media-models.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/media-views.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/media-views.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/quicktags.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/quicktags.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/shortcode.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/shortcode.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/swfobject.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tw-sack.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tw-sack.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/twemoji.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/twemoji.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/underscore.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/utils.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/utils.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-a11y.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-a11y.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-ajax-response.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-ajax-response.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-auth-check.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-auth-check.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-backbone.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-backbone.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-embed-template.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-embed-template.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-embed.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-embed.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-emoji-loader.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-emoji-loader.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-emoji-release.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-emoji.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-emoji.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-list-revisions.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-list-revisions.min.js

103

/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-lists.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-lists.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-pointer.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-pointer.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-util.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wp-util.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wpdialog.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wpdialog.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wplink.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/wplink.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/zxcvbn-async.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/zxcvbn-async.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/zxcvbn.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/crop/cropper.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/crop/cropper.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/crop/marqueeHoriz.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/crop/marqueeVert.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/crop/cropper.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/crop/cropper.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/crop/marqueeHoriz.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/crop/marqueeVert.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/imgareaselect/border-anim-h.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/imgareaselect/border-anim-v.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/imgareaselect/imgareaselect.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/imgareaselect/jquery.imgareaselect.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/imgareaselect/jquery.imgareaselect.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jcrop/Jcrop.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jcrop/jquery.Jcrop.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jcrop/jquery.Jcrop.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/jquery-migrate.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/jquery-migrate.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/jquery.color.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/jquery.form.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/jquery.form.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/jquery.hotkeys.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/jquery.hotkeys.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/jquery.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/jquery.masonry.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/jquery.query.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/jquery.schedule.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/jquery.serialize-object.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/jquery.table-hotkeys.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/jquery.table-hotkeys.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/jquery.ui.touch-punch.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/suggest.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/suggest.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/accordion.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/autocomplete.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/button.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/core.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/datepicker.min.js

104

/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/dialog.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/draggable.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/droppable.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/effect-blind.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/effect-bounce.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/effect-clip.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/effect-drop.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/effect-explode.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/effect-fade.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/effect-fold.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/effect-highlight.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/effect-puff.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/effect-pulsate.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/effect-scale.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/effect-shake.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/effect-size.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/effect-slide.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/effect-transfer.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/effect.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/menu.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/mouse.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/position.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/progressbar.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/resizable.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/selectable.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/selectmenu.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/slider.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/sortable.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/spinner.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/tabs.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/tooltip.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/jquery/ui/widget.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mediaelement/background.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mediaelement/bigplay.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mediaelement/bigplay.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mediaelement/controls.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mediaelement/controls.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mediaelement/flashmediaelement.swf
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mediaelement/froogaloop.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mediaelement/jumpforward.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mediaelement/loading.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mediaelement/mediaelement-and-
player.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mediaelement/mediaelementplayer.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mediaelement/silverlightmediaelement.xap
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mediaelement/skipback.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mediaelement/wp-mediaelement.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mediaelement/wp-mediaelement.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/mediaelement/wp-playlist.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/plupload/handlers.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/plupload/handlers.min.js

105

/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/plupload/license.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/plupload/plupload.flash.swf
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/plupload/plupload.full.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/plupload/plupload.silverlight.xap
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/plupload/wp-plupload.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/plupload/wp-plupload.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/swfupload/handlers.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/swfupload/handlers.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/swfupload/license.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/swfupload/swfupload.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/swfupload/swfupload.swf
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/swfupload/plugins/swfupload.cookies.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/swfupload/plugins/swfupload.queue.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/swfupload/plugins/swfupload.speed.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/swfupload/plugins/swfupload.swfobject.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/thickbox/loadingAnimation.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/thickbox/macFFBgHack.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/thickbox/thickbox.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/thickbox/thickbox.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/license.txt
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/tiny_mce_popup.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/tinymce.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/wp-tinymce.js.gz
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/wp-tinymce.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/langs/wp-langs-en.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/charmap/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/charmap/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/colorpicker/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/colorpicker/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/compat3x/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/compat3x/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/compat3x/css/dialog.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/directionality/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/directionality/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/fullscreen/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/fullscreen/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/hr/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/hr/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/image/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/image/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/lists/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/lists/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/media/moxieplayer.swf
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/media/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/media/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/paste/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/paste/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/tabfocus/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/tabfocus/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/textcolor/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/textcolor/plugin.min.js

/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wordpress/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wordpress/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wpautoresize/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wpautoresize/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wpdialogs/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wpdialogs/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wpeditimage/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wpeditimage/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wpembed/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wpembed/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wpemoji/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wpemoji/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wpgallery/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wpgallery/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wplink/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wplink/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wptextpattern/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wptextpattern/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wpview/plugin.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/plugins/wpview/plugin.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/content.inline.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/content.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/skin.ie7.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/skin.min.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/fonts/readme.md
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/fonts/tinymce-small.eot
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/fonts/tinymce-small.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/fonts/tinymce-small.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/fonts/tinymce-small.woff
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/fonts/tinymce.eot
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/fonts/tinymce.svg
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/fonts/tinymce.ttf
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/fonts/tinymce.woff
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/img/anchor.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/img/loader.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/img/object.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/lightgray/img/trans.gif
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/wordpress/wp-content.css
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/wordpress/images/audio.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/wordpress/images/dashicon-edit.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/wordpress/images/dashicon-no.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/wordpress/images/embedded.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/wordpress/images/gallery-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/wordpress/images/gallery.png

107

/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/wordpress/images/more-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/wordpress/images/more.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/wordpress/images/pagebreak-2x.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/wordpress/images/pagebreak.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/wordpress/images/playlist-audio.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/wordpress/images/playlist-video.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/skins/wordpress/images/video.png
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/themes/modern/theme.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/themes/modern/theme.min.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/utils/editable_selects.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/utils/form_utils.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/utils/mctabs.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/js/tinymce/utils/validate.js
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/pomo/entry.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/pomo/mo.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/pomo/po.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/pomo/streams.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/pomo/translations.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/random_compat/byte_safe_strings.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/random_compat/cast_to_int.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/random_compat/error_polyfill.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/random_compat/random.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/random_compat/random_bytes_com_dotnet.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/random_compat/random_bytes_dev_urandom.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/random_compat/random_bytes_libsodium.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/rest-api/class-wp-rest-request.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/rest-api/class-wp-rest-response.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/rest-api/class-wp-rest-server.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Author.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Cache.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Caption.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Category.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Copyright.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Core.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Credit.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Enclosure.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Exception.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/File.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/gzdecode.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/IRI.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Item.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Locator.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Misc.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Parser.php

/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Rating.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Registry.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Restriction.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Sanitize.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Source.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Cache/Base.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Cache/DB.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Cache/File.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Cache/Memcache.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Cache/MySQL.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Content/Type/Sniffer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Decode/HTML/Entities.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/HTTP/Parser.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Net/IPv6.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/Parse/Date.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/SimplePie/XML/Declaration/Parser.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/Text/Diff.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/Text/Diff/Renderer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/Text/Diff/Engine/native.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/Text/Diff/Engine/shell.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/Text/Diff/Engine/string.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/Text/Diff/Engine/xdiff.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/Text/Diff/Renderer/inline.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/theme-compat/comments-popup.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/theme-compat/comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/theme-compat/footer.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/theme-compat/header.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/theme-compat/sidebar.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/widgets/class-wp-nav-menu-widget.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/widgets/class-wp-widget-archives.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/widgets/class-wp-widget-calendar.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/widgets/class-wp-widget-categories.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/widgets/class-wp-widget-links.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/widgets/class-wp-widget-meta.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/widgets/class-wp-widget-pages.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/widgets/class-wp-widget-recent-comments.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/widgets/class-wp-widget-recent-posts.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/widgets/class-wp-widget-rss.php
/public_html/jamesmurtaghmdpsycho.biz/wp-includes/widgets/class-wp-widget-search.php
/public_html/omsj/goons/murtagh/1.pdf
/public_html/omsj/goons/murtagh/2008 SSI Complaint.pdf
/public_html/omsj/goons/murtagh/20090413_Observations.pdf
/public_html/omsj/goons/murtagh/2bk2010-76346_442013-22200-PM.mp3
/public_html/omsj/goons/murtagh/68.pdf
/public_html/omsj/goons/murtagh/75.pdf
/public_html/omsj/goons/murtagh/April 11 2013 MOTION FOR RECONSIDERATION DENIED TO
SUPPLEMENT RECORD DENIED.pdf
/public_html/omsj/goons/murtagh/April 21 2013 NOTICE OF INTENT TO GA SUPREME COURT.pdf
/public_html/omsj/goons/murtagh/April 8 2013 MOTION FOR RECONSIDERATION APPELLANT.pdf
/public_html/omsj/goons/murtagh/April 8 2013 TO SUPPLEMENT RECORD.pdf
/public_html/omsj/goons/murtagh/Arbitrator award 2.pdf

109

/public_html/omsj/goons/murtagh/Arbitrator Award.pdf
/public_html/omsj/goons/murtagh/Arbitrator Decision.pdf
/public_html/omsj/goons/murtagh/August 17 2012 REPLY BRIEF APPELLANT.pdf
/public_html/omsj/goons/murtagh/CourtofAppeals26Jul2012.pdf
/public_html/omsj/goons/murtagh/Defamation suit.pdf
/public_html/omsj/goons/murtagh/Emory 29Mar2013.pdf
/public_html/omsj/goons/murtagh/Emory1-1.pdf
/public_html/omsj/goons/murtagh/Emory1-2.pdf
/public_html/omsj/goons/murtagh/Emory1-3.pdf
/public_html/omsj/goons/murtagh/Emory1-4.pdf
/public_html/omsj/goons/murtagh/Emory1-5.pdf
/public_html/omsj/goons/murtagh/Emory1-6.pdf
/public_html/omsj/goons/murtagh/Emory1.pdf
/public_html/omsj/goons/murtagh/Emory10.pdf
/public_html/omsj/goons/murtagh/Emory11.pdf
/public_html/omsj/goons/murtagh/Emory12-1.pdf
/public_html/omsj/goons/murtagh/Emory12.pdf
/public_html/omsj/goons/murtagh/Emory13.pdf
/public_html/omsj/goons/murtagh/Emory14.pdf
/public_html/omsj/goons/murtagh/Emory2.pdf
/public_html/omsj/goons/murtagh/Emory3-1.pdf
/public_html/omsj/goons/murtagh/Emory3-10.pdf
/public_html/omsj/goons/murtagh/Emory3-11.pdf
/public_html/omsj/goons/murtagh/Emory3-12.pdf
/public_html/omsj/goons/murtagh/Emory3-2.pdf
/public_html/omsj/goons/murtagh/Emory3-3.pdf
/public_html/omsj/goons/murtagh/Emory3-4.pdf
/public_html/omsj/goons/murtagh/Emory3-5.pdf
/public_html/omsj/goons/murtagh/Emory3-6.pdf
/public_html/omsj/goons/murtagh/Emory3-7.pdf
/public_html/omsj/goons/murtagh/Emory3-8.pdf
/public_html/omsj/goons/murtagh/Emory3-9.pdf
/public_html/omsj/goons/murtagh/Emory3.pdf
/public_html/omsj/goons/murtagh/Emory4-1.pdf
/public_html/omsj/goons/murtagh/Emory4.pdf
/public_html/omsj/goons/murtagh/Emory5-1.pdf
/public_html/omsj/goons/murtagh/Emory5-2.pdf
/public_html/omsj/goons/murtagh/Emory5-3.pdf
/public_html/omsj/goons/murtagh/Emory5.pdf
/public_html/omsj/goons/murtagh/Emory6-1.pdf
/public_html/omsj/goons/murtagh/Emory6-2.pdf
/public_html/omsj/goons/murtagh/Emory6-3.pdf
/public_html/omsj/goons/murtagh/Emory6.pdf
/public_html/omsj/goons/murtagh/Emory7.pdf
/public_html/omsj/goons/murtagh/Emory8.pdf
/public_html/omsj/goons/murtagh/Emory9.pdf
/public_html/omsj/goons/murtagh/Evidence of retaliation.pdf
/public_html/omsj/goons/murtagh/Fake Clark to St Mary.pdf
/public_html/omsj/goons/murtagh/Farber v. Jefferys, N.Y. Sup. Ct. 2009.pdf
/public_html/omsj/goons/murtagh/Fierer1997.pdf
/public_html/omsj/goons/murtagh/FiererSellingLies.jpg

110

/public_html/omsj/goons/murtagh/Final Order.pdf
/public_html/omsj/goons/murtagh/Fulton1-1.pdf
/public_html/omsj/goons/murtagh/Fulton1-2.pdf
/public_html/omsj/goons/murtagh/Fulton1-3.pdf
/public_html/omsj/goons/murtagh/Fulton1.pdf
/public_html/omsj/goons/murtagh/Fulton10-1.pdf
/public_html/omsj/goons/murtagh/Fulton10-2.pdf
/public_html/omsj/goons/murtagh/Fulton10.pdf
/public_html/omsj/goons/murtagh/Fulton11-1.pdf
/public_html/omsj/goons/murtagh/Fulton11-2.pdf
/public_html/omsj/goons/murtagh/Fulton11-3.pdf
/public_html/omsj/goons/murtagh/Fulton11-4.pdf
/public_html/omsj/goons/murtagh/Fulton11-5.pdf
/public_html/omsj/goons/murtagh/Fulton11-6.pdf
/public_html/omsj/goons/murtagh/Fulton11-7.pdf
/public_html/omsj/goons/murtagh/Fulton11-8.pdf
/public_html/omsj/goons/murtagh/Fulton11-9.pdf
/public_html/omsj/goons/murtagh/Fulton11.pdf
/public_html/omsj/goons/murtagh/Fulton12-1.pdf
/public_html/omsj/goons/murtagh/Fulton12-2.pdf
/public_html/omsj/goons/murtagh/Fulton12-3.pdf
/public_html/omsj/goons/murtagh/Fulton12.pdf
/public_html/omsj/goons/murtagh/Fulton13-1.pdf
/public_html/omsj/goons/murtagh/Fulton13-2.pdf
/public_html/omsj/goons/murtagh/Fulton13-3.pdf
/public_html/omsj/goons/murtagh/Fulton13-4.pdf
/public_html/omsj/goons/murtagh/Fulton13-5.pdf
/public_html/omsj/goons/murtagh/Fulton13-6.pdf
/public_html/omsj/goons/murtagh/Fulton13-7.pdf
/public_html/omsj/goons/murtagh/Fulton13.pdf
/public_html/omsj/goons/murtagh/Fulton14-1.pdf
/public_html/omsj/goons/murtagh/Fulton14-2.pdf
/public_html/omsj/goons/murtagh/Fulton14.pdf
/public_html/omsj/goons/murtagh/Fulton15.pdf
/public_html/omsj/goons/murtagh/Fulton16.pdf
/public_html/omsj/goons/murtagh/Fulton17.pdf
/public_html/omsj/goons/murtagh/Fulton18.pdf
/public_html/omsj/goons/murtagh/Fulton19-1.pdf
/public_html/omsj/goons/murtagh/Fulton19.pdf
/public_html/omsj/goons/murtagh/Fulton2-1.pdf
/public_html/omsj/goons/murtagh/Fulton2.pdf
/public_html/omsj/goons/murtagh/Fulton20-1.pdf
/public_html/omsj/goons/murtagh/Fulton20-2.pdf
/public_html/omsj/goons/murtagh/Fulton20-3.pdf
/public_html/omsj/goons/murtagh/Fulton20.pdf
/public_html/omsj/goons/murtagh/Fulton21.pdf
/public_html/omsj/goons/murtagh/Fulton22.pdf
/public_html/omsj/goons/murtagh/Fulton23.pdf
/public_html/omsj/goons/murtagh/Fulton4-1.pdf
/public_html/omsj/goons/murtagh/Fulton4-2.pdf
/public_html/omsj/goons/murtagh/Fulton4.pdf

111

/public_html/omsj/goons/murtagh/Fulton7.pdf
/public_html/omsj/goons/murtagh/Fulton8-1.pdf
/public_html/omsj/goons/murtagh/Fulton8-10.pdf
/public_html/omsj/goons/murtagh/Fulton8-11.pdf
/public_html/omsj/goons/murtagh/Fulton8-12.pdf
/public_html/omsj/goons/murtagh/Fulton8-13.pdf
/public_html/omsj/goons/murtagh/Fulton8-14.pdf
/public_html/omsj/goons/murtagh/Fulton8-15.pdf
/public_html/omsj/goons/murtagh/Fulton8-16.pdf
/public_html/omsj/goons/murtagh/Fulton8-17.pdf
/public_html/omsj/goons/murtagh/Fulton8-2.pdf
/public_html/omsj/goons/murtagh/Fulton8-3.pdf
/public_html/omsj/goons/murtagh/Fulton8-4.pdf
/public_html/omsj/goons/murtagh/Fulton8-5.pdf
/public_html/omsj/goons/murtagh/Fulton8-6.pdf
/public_html/omsj/goons/murtagh/Fulton8-7.pdf
/public_html/omsj/goons/murtagh/Fulton8-8.pdf
/public_html/omsj/goons/murtagh/Fulton8-9.pdf
/public_html/omsj/goons/murtagh/Fulton8.pdf
/public_html/omsj/goons/murtagh/Gable affidavit.pdf
/public_html/omsj/goons/murtagh/gactapp 22 apr 2014.pdf
/public_html/omsj/goons/murtagh/Giustra depo.pdf
/public_html/omsj/goons/murtagh/Idaho1.pdf
/public_html/omsj/goons/murtagh/Idaho2.pdf
/public_html/omsj/goons/murtagh/Idaho3.pdf
/public_html/omsj/goons/murtagh/Idaho5.pdf
/public_html/omsj/goons/murtagh/Idaho6.pdf
/public_html/omsj/goons/murtagh/Idaho7.pdf
/public_html/omsj/goons/murtagh/James J Murtagh Lawsuits.docx
/public_html/omsj/goons/murtagh/Joe Bird Bankruptcy Docket Report.pdf
/public_html/omsj/goons/murtagh/July 13 2012 RESPONSE TO MOTION FOR SUPERSEDEAS.pdf
/public_html/omsj/goons/murtagh/July 26 2012 REQUEST TO ARGUE GRANTED.pdf
/public_html/omsj/goons/murtagh/July 30 2012 BRIEF OF APPELLEE.pdf
/public_html/omsj/goons/murtagh/July 30 2012 TO SUPPLEMENT RECORD.pdf
/public_html/omsj/goons/murtagh/July 9 2012 BRIEF OF APPELLANT.pdf
/public_html/omsj/goons/murtagh/July 9 2012 REQUEST TO ARGUE APPELLANT.pdf
/public_html/omsj/goons/murtagh/July 9 2012 REQUEST TO ARGUE APPELLEE.pdf
/public_html/omsj/goons/murtagh/June 29 2012 NOTICE OF APPEARANCE.pdf
/public_html/omsj/goons/murtagh/Kuritzky REDACTED.pdf
/public_html/omsj/goons/murtagh/Mahanylaw.jpg
/public_html/omsj/goons/murtagh/May 1 2013 NOTICE OF FILING CERT TO GA SUPREME
COURT.pdf
/public_html/omsj/goons/murtagh/MURTAG v. EMORY, Ga. Ct. App. 2012.pdf
/public_html/omsj/goons/murtagh/Murtagh 2008.jpg
/public_html/omsj/goons/murtagh/Murtagh 2011.jpg
/public_html/omsj/goons/murtagh/Murtagh Resume 2010.pdf
/public_html/omsj/goons/murtagh/Murtagh v. COMMISSIONER OF INTERNAL REVENUE, U.S.T.C.
2003.pdf
/public_html/omsj/goons/murtagh/Murtagh v. Emory University, N.D. Ga. 1999.pdf
/public_html/omsj/goons/murtagh/Murtagh v. Emory, 11th Cir. 2001.pdf
/public_html/omsj/goons/murtagh/Murtagh v. Emory, N.D. Ga. 2009 (docs avail).pdf

112

/public_html/omsj/goons/murtagh/MURTAGH v. FULTON-DEJAKB, D.C. Super. Ct. 2007 (1482-2).pdf
/public_html/omsj/goons/murtagh/Murtagh v. Fulton-DeKalb, 11th Cir. 2000.pdf
/public_html/omsj/goons/murtagh/Murtagh v. Fulton-Dekalb, N.D. Ga. 1999.pdf
/public_html/omsj/goons/murtagh/Murtagh v. Fulton-Dekalb, N.D. Ga. 2009 (docs avail).pdf
/public_html/omsj/goons/murtagh/Murtagh v. Southwest Idaho Acute Care, D. ladho 2012 (docs
avail).pdf
/public_html/omsj/goons/murtagh/MURTAGH v. ST MARY'S REGIONAL HEALTH CENTER, D. Me.
2012 (docs avail).pdf
/public_html/omsj/goons/murtagh/Murtagh v. Veterans Admin, N.D. Ga. 2000.pdf
/public_html/omsj/goons/murtagh/Murtagh vs. Sleepcare Diagnostics, Ohio Comm. Pleas. 2012.pdf
/public_html/omsj/goons/murtagh/Murtagh-Pardoemail27Sep2012.pdf
/public_html/omsj/goons/murtagh/Murtagh_v._Southwest_Idaho_Acu_1.pdf
/public_html/omsj/goons/murtagh/MurtaghSSI15June08.pdf
/public_html/omsj/goons/murtagh/MurtaghTAC.pdf
/public_html/omsj/goons/murtagh/PoisoningAffidavit.pdf
/public_html/omsj/goons/murtagh/RebJJM.jpg
/public_html/omsj/goons/murtagh/RebJJMParis.jpg
/public_html/omsj/goons/murtagh/RebJJMwine.jpg
/public_html/omsj/goons/murtagh/September 10 2012 TO RESCHEDULE ORAL ARGUMENT.pdf
/public_html/omsj/goons/murtagh/September 11 2012 TO RESCHEDULE ORAL ARGUMENT
GRANTED.pdf
/public_html/omsj/goons/murtagh/September 13 2012 SUPP BRIEF DENIED APPELLEE.pdf
/public_html/omsj/goons/murtagh/September 6 2012 TO FILE SUPP BRIEF APPELLEE.pdf
/public_html/omsj/goons/murtagh/Settlement Agreement.pdf
/public_html/omsj/goons/murtagh/StMarys1.pdf
/public_html/omsj/goons/murtagh/StMarys10.pdf
/public_html/omsj/goons/murtagh/StMarys11.pdf
/public_html/omsj/goons/murtagh/StMarys12.pdf
/public_html/omsj/goons/murtagh/StMarys13.pdf
/public_html/omsj/goons/murtagh/StMarys14.pdf
/public_html/omsj/goons/murtagh/StMarys17.pdf
/public_html/omsj/goons/murtagh/StMarys19.pdf
/public_html/omsj/goons/murtagh/StMarys2.pdf
/public_html/omsj/goons/murtagh/StMarys20.pdf
/public_html/omsj/goons/murtagh/StMarys21-1.pdf
/public_html/omsj/goons/murtagh/StMarys21-2.pdf
/public_html/omsj/goons/murtagh/StMarys21.pdf
/public_html/omsj/goons/murtagh/StMarys22-1.pdf
/public_html/omsj/goons/murtagh/StMarys22-2.pdf
/public_html/omsj/goons/murtagh/StMarys22.pdf
/public_html/omsj/goons/murtagh/StMarys23.pdf
/public_html/omsj/goons/murtagh/StMarys25.pdf
/public_html/omsj/goons/murtagh/StMarys26.pdf
/public_html/omsj/goons/murtagh/StMarys27.pdf
/public_html/omsj/goons/murtagh/StMarys28.pdf
/public_html/omsj/goons/murtagh/StMarys29.pdf
/public_html/omsj/goons/murtagh/StMarys3.pdf
/public_html/omsj/goons/murtagh/StMarys30.pdf
/public_html/omsj/goons/murtagh/StMarys31.pdf
/public_html/omsj/goons/murtagh/StMarys33.pdf
/public_html/omsj/goons/murtagh/StMarys35-1.pdf

/public_html/omsj/goons/murtagh/StMarys35-2.pdf
/public_html/omsj/goons/murtagh/StMarys35-3.pdf
/public_html/omsj/goons/murtagh/StMarys35-4.pdf
/public_html/omsj/goons/murtagh/StMarys35.pdf
/public_html/omsj/goons/murtagh/StMarys36.pdf
/public_html/omsj/goons/murtagh/StMarys38-1-1.pdf
/public_html/omsj/goons/murtagh/StMarys38-1.pdf
/public_html/omsj/goons/murtagh/StMarys38-2.pdf
/public_html/omsj/goons/murtagh/StMarys38-3.pdf
/public_html/omsj/goons/murtagh/StMarys38-4.pdf
/public_html/omsj/goons/murtagh/StMarys38-5.pdf
/public_html/omsj/goons/murtagh/StMarys38-6.pdf
/public_html/omsj/goons/murtagh/StMarys38.pdf
/public_html/omsj/goons/murtagh/StMarys39.pdf
/public_html/omsj/goons/murtagh/StMarys4.pdf
/public_html/omsj/goons/murtagh/StMarys40-1.pdf
/public_html/omsj/goons/murtagh/StMarys40.pdf
/public_html/omsj/goons/murtagh/StMarys42.pdf
/public_html/omsj/goons/murtagh/StMarys43.pdf
/public_html/omsj/goons/murtagh/StMarys44.pdf
/public_html/omsj/goons/murtagh/StMarys45.pdf
/public_html/omsj/goons/murtagh/StMarys46.pdf
/public_html/omsj/goons/murtagh/StMarys47.pdf
/public_html/omsj/goons/murtagh/StMarys49.pdf
/public_html/omsj/goons/murtagh/StMarys5-1.pdf
/public_html/omsj/goons/murtagh/StMarys5-2.pdf
/public_html/omsj/goons/murtagh/StMarys5.pdf
/public_html/omsj/goons/murtagh/StMarys50.pdf
/public_html/omsj/goons/murtagh/StMarys51.pdf
/public_html/omsj/goons/murtagh/StMarys52.pdf
/public_html/omsj/goons/murtagh/StMarys53.pdf
/public_html/omsj/goons/murtagh/StMarys54.pdf
/public_html/omsj/goons/murtagh/StMarys55-1.pdf
/public_html/omsj/goons/murtagh/StMarys55-2.pdf
/public_html/omsj/goons/murtagh/StMarys55-3.pdf
/public_html/omsj/goons/murtagh/StMarys55.pdf
/public_html/omsj/goons/murtagh/StMarys56-1.pdf
/public_html/omsj/goons/murtagh/StMarys56-2.pdf
/public_html/omsj/goons/murtagh/StMarys56-3.pdf
/public_html/omsj/goons/murtagh/StMarys56.pdf
/public_html/omsj/goons/murtagh/StMarys57-1.pdf
/public_html/omsj/goons/murtagh/StMarys57-2.pdf
/public_html/omsj/goons/murtagh/StMarys57.pdf
/public_html/omsj/goons/murtagh/StMarys58.pdf
/public_html/omsj/goons/murtagh/StMarys59.pdf
/public_html/omsj/goons/murtagh/StMarys6.pdf
/public_html/omsj/goons/murtagh/StMarys60.pdf
/public_html/omsj/goons/murtagh/StMarys61.pdf
/public_html/omsj/goons/murtagh/StMarys63-1.pdf
/public_html/omsj/goons/murtagh/StMarys63.pdf
/public_html/omsj/goons/murtagh/StMarys64.pdf

114

/public_html/omsj/goons/murtagh/StMarys67.pdf
/public_html/omsj/goons/murtagh/StMarys7.pdf
/public_html/omsj/goons/murtagh/StMarys70.pdf
/public_html/omsj/goons/murtagh/StMarys71.pdf
/public_html/omsj/goons/murtagh/StMarys72.pdf
/public_html/omsj/goons/murtagh/StMarys75.pdf
/public_html/omsj/goons/murtagh/StMarys76.pdf
/public_html/omsj/goons/murtagh/StMarys77.pdf
/public_html/omsj/goons/murtagh/StMarys78.pdf
/public_html/omsj/goons/murtagh/StMarys8.pdf
/public_html/omsj/goons/murtagh/StMarys80.pdf
/public_html/omsj/goons/murtagh/StMarys81.pdf
/public_html/omsj/goons/murtagh/StMarys83.pdf
/public_html/omsj/goons/murtagh/StMarys9.pdf
/public_html/omsj/goons/murtagh/Unsealed 5Oct07.pdf
/public_html/omsj/goons/murtagh/unsealed.pdf
/public_html/omsj/goons/murtagh/USA ex rel Murtagh v. Emory, N.D. Ga. 1999.pdf
/public_html/omsj/2009/errklan.mp4
/public_html/omsj/2009/FDA MagicJ.pdf
/public_html/omsj/2009/FictitiousBusinessName.pdf
/public_html/omsj/2009/gray2009.jpg
/public_html/omsj/2009/Maggiore-AlBayati.pdf
/public_html/omsj/2009/Milgram1.mp4
/public_html/omsj/2009/Milgram2.mp4
/public_html/omsj/2009/Milgram3.mp4
/public_html/omsj/2009/splash-chinhon.png
/public_html/omsj/goons/murtagh/2013/23Sep13 GA SupCt.jpg
/public_html/omsj/goons/murtagh/2013/ATT 5 Army.pdf
/public_html/omsj/goons/murtagh/2013/Clark TMB Complaint.pdf
/public_html/omsj/goons/murtagh/2013/ContInt-Inj 15Nov.pdf
/public_html/omsj/goons/murtagh/2013/Creative Loafing.pdf
/public_html/omsj/goons/murtagh/2013/Declaration 15Nov2013.pdf
/public_html/omsj/goons/murtagh/2013/Draft Settlement Agreement 2Dec2013.pdf
/public_html/omsj/goons/murtagh/2013/Fake Clark to St Mary.pdf
/public_html/omsj/goons/murtagh/2013/Hearing 6Dec2013.PDF
/public_html/omsj/goons/murtagh/2013/Kendrick Dec20June14 FINAL.pdf
/public_html/omsj/goons/murtagh/2013/LAPD 08-0619018.pdf
/public_html/omsj/goons/murtagh/2013/LAPD IDTheft 29Sep2012.pdf
/public_html/omsj/goons/murtagh/2013/Murtagh reply to TX Board inquiry.pdf
/public_html/omsj/goons/murtagh/2013/Murtagh20Nov2012GAP.pdf
/public_html/omsj/goons/murtagh/2013/MurtaghOpEdNews.pdf
/public_html/omsj/goons/murtagh/2013/opednewsCWBPlall.pdf
/public_html/omsj/goons/murtagh/2013/ORI 1992.pdf
/public_html/omsj/goons/murtagh/2013/Patrick Rains FINAL.pdf
/public_html/omsj/goons/murtagh/2013/Rogers 18Oct2012.pdf
/public_html/omsj/goons/murtagh/2013/Smith 21Dec.pdf
/public_html/omsj/goons/murtagh/2013/SSI Complaint 2008.pdf
/public_html/omsj/goons/murtagh/2013/TMB Complaint17Oct13.pdf
/public_html/omsj/goons/murtagh/2013/TRO-Injunction15Nov FULL.pdf
/public_html/omsj/goons/murtagh/2013/TRO-Injunction15Nov.pdf
/public_html/omsj/goons/murtagh/2014/2 Motion for Out of State Bond Final..pdf

115

/public_html/omsj/goons/murtagh/2014/2008 ANNUAL REPORT.pdf
/public_html/omsj/goons/murtagh/2014/20140702_plaintiffs reply.pdf
/public_html/omsj/goons/murtagh/2014/5-Bird emails.pdf
/public_html/omsj/goons/murtagh/2014/57-14 Kuritzky Declaration 8Oct14.pdf
/public_html/omsj/goons/murtagh/2014/Annual Report 2010.pdf
/public_html/omsj/goons/murtagh/2014/ANNUALREPORT2009.pdf
/public_html/omsj/goons/murtagh/2014/Baker 12 Oct REDACTED.pdf
/public_html/omsj/goons/murtagh/2014/bond motion.pdf
/public_html/omsj/goons/murtagh/2014/California Driver License.pdf
/public_html/omsj/goons/murtagh/2014/discovery2.pdf
/public_html/omsj/goons/murtagh/2014/Draft Settlement 2Dec13.pdf
/public_html/omsj/goons/murtagh/2014/FINALClark 24 Oct.pdf
/public_html/omsj/goons/murtagh/2014/georgia MedBoard.jpg
/public_html/omsj/goons/murtagh/2014/gotzsche1.mp4
/public_html/omsj/goons/murtagh/2014/gotzsche2.mp4
/public_html/omsj/goons/murtagh/2014/gotzsche3.mp4
/public_html/omsj/goons/murtagh/2014/Kendrick Dec20June14 FINAL.pdf
/public_html/omsj/goons/murtagh/2014/Kendrick Declaration.pdf
/public_html/omsj/goons/murtagh/2014/Kendrick FINAL.pdf
/public_html/omsj/goons/murtagh/2014/Kuritzky 9Oct EXS.pdf
/public_html/omsj/goons/murtagh/2014/Kuritzky 9Oct.pdf
/public_html/omsj/goons/murtagh/2014/Kuritzky FINAL OctB EXHIBITS.pdf

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**4929 Wilshire Boulevard, Suite 940, Los Angeles CA 90010**

A true and correct copy of the foregoing document entitled **CLARK BAKER'S DECLARATION RE COMPLIANCE WITH ORDER ON PLAINTIFF'S MOTION FOR RELIEF BASED ON DEFENDANT'S VIOLATION OF THIS COURT'S OCTOBER 5, 2017 ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 13, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David P Bleistein      dbleistein@rosen-law.com, robertrosen@rosen-law.com, johnwallace@rosen-law.com, lhiraide@rosen-law.com, mail@rosen-law.com, jim@rosen-law.com, sharan@rosen-law.com
John Wallace      johnwallace@rosen-law.com
Lisa Hiraide      lhiraide@rosen-law.com
Baruch C Cohen      bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
Alan I Nahmias      anahmias@mbnlawyers.com, jdale@mirmanbubman.com
Sam S Leslie (TR)      sleslie@trusteeleslie.com, sleslie@ecf.epiqsystems.com; trustee@trusteeleslie.com
US Trustee (LA)      ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **April 13, 2018,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 13, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond, Roybal Federal Bldg. & Courthouse, 255 E. Temple St, Ste 1534, Los Angeles CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 13, 2018 | Baruch C. Cohen | /s/ Baruch C. Cohen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*               **F 9013-3.1.PROOF.SERVICE**