Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
   A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501         Fax (323) 937-4503
e-mail: baruchcohen@baruchcohenesq.com

*Attorney For Defendant CLARK WARREN BAKER*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CLARK WARREN BAKER<br><br>    Debtor<br><br>JAMES MURTAGH, M.D.<br><br>    Plaintiff<br><br>vs.<br><br>CLARK WARREN BAKER<br><br>    Defendant | Case No. 2:15-BK-20351-BB<br><br>Adv. 2:15-ap-01535-BB<br><br>Before the Honorable Sheri Bluebond<br><br>Chapter 7<br><br>**DEFENDANTS' OPPOSITION TO SUPPLEMENTAL DECLARATION OF JOHN WALLACE IN SUPPORT OF PLAINTIFF'S REQUEST FOR SANCTIONS IN CONNECTION WITH MOTION HEARD ON MARCH 20, 2018**<br><br>Date: 5-8-2018<br>Time: 2:00 p.m.<br>Place: COURTROOM: 1539<br>Calendar No. 214 |

Defendant CLARK WARREN BAKER ("Defendant") hereby opposes *Supplemental Declaration of John Wallace in Support of Plaintiff's Request for Sanctions in Connection with Motion Heard on March 20, 2018* ("Supp-Dec").

*Plaintiff's Motion for Relief Based on Defendant's Violation of this Court's October 5, 2017*

1  *Order* [Doc 322] requested sanctions of only $11,700.00.

2  John Wallace's Declaration ¶ 14 [Page 39 of 42] of 2-27-2018 in support of the Motion

3  testified under penalty of perjury that he reviewed his time sheets since December 2017 related to the

4  Motion and represented that he spent only 15 hours x $525.00 an hour = $7,875.00, and Lisa Hiraide's

5  Declaration ¶2 [Page 41 of 42] in support of the Motion represented that she spent only 9 hours x

6  $425.00 an hour = $3,825.00, together totaling only $11,700.00. Both Wallace & Hiraide testified that

7  these numbers were "true and correct."

8  Wallace testified:

9  14 My Work. I maintain time records on a daily basis contemporaneously documenting my
professional time. I have reviewed my time sheet entries since December 2017. My time related to the
10  attached Motion is at least 10 hours. I anticipate that my time for the Reply papers will consume at
least 5 hours. I calculated my attorney's fees related to this Motion to be $7,875.
11  16. ***Total Attorneys' Fees and Costs***. The ***total*** amount of attorney's fees and costs for which we seek
an award is: $11,700.

12

13  Hiraide testified:

14  2. My Work. I maintain time records on a daily basis contemporaneously documenting my
professional time. I have reviewed my time sheet entries since December 2017. My time related to the
attached Motion is at least 8 hours. I anticipate that my time for the Reply papers will consume at least
15  1 hour. Thus, I calculate that my attorney's fees related to this Motion is $3825

16  The 4-13-2018 *Order on Plaintiff's Motion for Relief Based on Defendant's Violation of this*

17  *Court's October 5, 2017 Order* [Doc 339] provided that: "Money Sanctions. By April 6, 2018,

18  Plaintiff's counsel shall submit a Supplemental Declaration to support Plaintiff's request for money

19  sanctions, with specific entries showing time spent on particular activity ***in connection with the***

20  ***Motion***." [Emphasis added] That Motion was [Doc 322].

21  The Court's 4-13-2018 *Order* [Doc 339] did not authorize charges beyond the $11,700 total

22  charges and did not authorize charges beyond the Motion [Doc 322].

23  The Supp-Dec miraculously increased their attorneys fees to $61,312.50. John Wallace now

24  changed his numbers to 89.1 hours at $525.00 = $46,777.50, and Lisa Hiraide changed her numbers

25  to 34.2 hours x $425.00 = $14,535.00, totaling $61,312.50 - an unauthorized increase of $49,612.50.

26  The Supp-Dec does not provide any explanation how Plaintiff's fees spiked $49,612.50 from

27  $11,700 to $61,312.50.

28

1      The Supp-Dec does not explain how these extra charges had anything to do with the Motion
2 [Doc 322].

3      The Supp-Dec does not explain how charges after 2-27-2018 (when the Motion [Doc 322].
4 Was heard and finalized) were justified.

5      For the above reasons,. Defendant maintains that there should be no sanction at all, since
6 Defendant did not violate this Court's Order. At the very least, Plaintiff should be capped by the total
7 amount of his fees requested in his Motion [Doc 322] of $11,700.00.

9 DATED:    April 17, 2018        LAW OFFICE OF BARUCH C. COHEN
                                            A Professional Law Corporation

11                                             By   /S/ Baruch C. Cohen
                                            Baruch C. Cohen, Esq.
                                            *Attorney for Defendant CLARK WARREN BAKER*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**4929 Wilshire Boulevard, Suite 940, Los Angeles CA 90010**

A true and correct copy of the foregoing document entitled **DEFENDANTS' OPPOSITION TO SUPPLEMENTAL DECLARATION OF JOHN WALLACE IN SUPPORT OF PLAINTIFF'S REQUEST FOR SANCTIONS IN CONNECTION WITH MOTION HEARD ON MARCH 20, 2018** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 17, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| David P Bleistein | dbleistein@rosen-law.com, robertrosen@rosen-law.com, johnwallace@rosen-law.com, lhiraide@rosen-law.com, mail@rosen-law.com, jim@rosen-law.com, sharan@rosen-law.com |
| John Wallace | johnwallace@rosen-law.com |
| Lisa Hiraide | lhiraide@rosen-law.com |
| Baruch C Cohen | bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com |
| Alan I Nahmias | anahmias@mbnlawyers.com, jdale@mirmanbubman.com |
| Sam S Leslie (TR) | sleslie@trusteeleslie.com, sleslie@ecf.epiqsystems.com; trustee@trusteeleslie.com |
| US Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **April 17, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 17, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond, Roybal Federal Bldg. & Courthouse, 255 E. Temple St, Ste 1534, Los Angeles CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 17, 2018 | Baruch C. Cohen | /s/ Baruch C. Cohen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**